```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                           MIAMI DIVISION
                     CASE NO. 05-cr-20874-CMA


  UNITED STATES OF AMERICA,        Miami, Florida

          Plaintiff,               June 21, 2017

     vs.                           10:13 a.m. to 10:23 a.m.

  GUY PHILIPPE,                    Courtroom 12-2

          Defendant.               (Pages 1 to 10)
 _____

                             SENTENCING
              BEFORE THE HONORABLE CECILIA M. ALTONAGA,
                   UNITED STATES DISTRICT JUDGE

 APPEARANCES:

  FOR THE GOVERNMENT:    LYNN M. KIRKPATRICK, ESQ.
                         ANDY R. CAMACHO, ESQ.
                         MARK A. IRISH, ESQ.
                         Assistant United States Attorney
                         99 Northeast 4th Street
                         Miami, FL 33132
                         (305) 961-9001
                         Lynn.kirkpatrick@usdoj.gov
                         Andy.camacho@usdoj.gov
                         Mark.irish@usdoj.gov


  FOR THE DEFENDANT:     ZELJKA BOZANIC, ESQ.
                         Bozanic Law, P.A.
                         2847 Hollywood Boulevard
                         Hollywood, FL 33020-4226
                         (954) 920-9750
                         Info@bozaniclaw.com

                         ALAN S. ROSS, ESQ.
                         Alan Ross, Attorney at Law
                         2250 Southwest 3rd Avenue, 4th Floor
                         Miami, FL 33129-2045
                         (305) 858-9550
                         criminalawyer@aol.com
```

```
 1   APPEARANCES CONTINUED:

 2    Also Present:        Bran Alvarado, USPO
                           Joelle Haspil, Interpreter
 3

 4    REPORTED BY:         STEPHANIE A. McCARN, RPR
                           Official Court Reporter
 5                         400 North Miami Avenue
                           Twelfth Floor
 6                         Miami, Florida 33128
                           (305) 523-5518
 7                         Stephanie_McCarn@flsd.uscourts.gov

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**I N D E X**

**WITNESSES**

| **WITNESSES FOR THE GOVERNMENT:** | | | **Page** |
|---|---|---|---|
| | | | -- |

| **WITNESSES FOR THE DEFENDANT:** | | | **Page** |
|---|---|---|---|
| | | | -- |

| **EXHIBITS IN EVIDENCE** | **PRE** | **MARKED** | **ADMITTED** |
|---|---|---|---|
| **Government's Exhibit No.** | -- | -- | -- |
| **Defendant's Exhibit No.** | -- | -- | -- |

**MISCELLANEOUS**

```
                                                          Page
Proceedings.........................................    4
Court Reporter's Certificate.......................   10
```

1         (The following proceedings were held at 10:13 a.m.)
2             THE COURT:  United States and Guy Philippe.
3         Good morning.  Please state your appearances.
4             MR. CAMACHO:  Good morning, Your Honor.  Andy Camacho,
5   Lynn Kirkpatrick and Mark Irish on behalf of the United States.
6   Also with us is at counsel table is case Agent David Keys.
7             ALL PARTIES:  Good morning, Your Honor.
8             THE COURT:  Good morning.
9             MS. BOZANIC:  Good morning, Your Honor.  Zeljka
10  Bozanic and Alan Ross on behalf of Mr. Philippe.  Mr. Philippe
11  is present, sitting to my left.
12            THE COURT:  Good morning.
13        And good morning to you, Mr. Philippe.
14            THE DEFENDANT:  Good morning, Your Honor.
15            THE COURT:  Okay.  And from Probation.
16            PROBATION OFFICER:  Good morning, Your Honor, Bran
17  Alvarado on behalf of the United States Probation Office.
18            THE COURT:  Mr. Philippe, we are here for your
19  sentencing hearing.  Have you had the opportunity of reviewing
20  with your attorneys the Presentence Investigation Report?
21            THE DEFENDANT:  Yes, Your Honor.
22            THE COURT:  I would also note that I have received a
23  binder with communications from and names of many individuals
24  who are supporting you and asking for leniency in your sentence
25  and another document received just yesterday as well.

1    I don't know if the Government has these or not.  You
2 are welcome to look at them if you would like.
3         MS. KIRKPATRICK:  We do not, Your Honor.
4         THE COURT:  All right.  I will be hearing first from
5 the Government, Mr. Philippe, then from your attorneys and then
6 from you, if you would like to make a statement.
7         MR. CAMACHO:  Yes, Your Honor.  Thank you.
8         The Government first notes it has no objections to the
9 PSI.  And in terms of the sentencing, Your Honor, the
10 Government recommends a low-end guideline sentence of
11 108 months.  In coming to that recommendation, Your Honor, the
12 Government notes the 3553 factors, in particular, the nature
13 and circumstances of the offense.  The Defendant accepted bribe
14 money from drug traffickers for protection.  The history and
15 characteristics of this Defendant, the Defendant had a history
16 of doing so, for accepting bribe money.
17         108-month sentence reflects the seriousness of the
18 offense, it promotes respect for the law, and more importantly
19 is a just punishment for the offense.  Your Honor, also, the
20 Government notes that it is important to deterrence, both to
21 the Defendant and to the general public, to know that people
22 who accept bribe money will be punished and will receive a
23 serious sentence, in this case, that we are recommending 108
24 months.
25         And, finally, Your Honor, the Government would like to

```
 1  note that it's important to sentence similarly situated
 2  defendants to sentences to avoid sentencing disparity.  It
 3  would just like to note for the record, in terms of a general
 4  conspiracy similarly situated coconspirators, a defendant, a
 5  convicted defendant by a name of Jean Nesly Lucien, he was the
 6  director general of the Haitian National Police.
 7          THE COURT:  That's L-U-C-I-E-N.
 8          MR. CAMACHO:  That is correct.  And he was -- he
 9  received a sentence of 57 months.  And there was another
10  gentleman --
11          THE COURT:  I'm sorry.  And his sentence was for what
12  conduct?
13          MR. CAMACHO:  Money laundering, Your Honor.  It was --
14  it was a lesser amount of money involved in that case.
15          THE COURT:  And the amount here was what in comparison
16  to Mr. Lucien's amount of money laundered?
17          MR. CAMACHO:  Just one second, Your Honor.
18          Mr. Lucien was involved in approximately $150,000.
19  Here, as you know, Your Honor, we are above 1.5 million and
20  less than 3.5.
21          THE COURT:  All right.
22          MR. CAMACHO:  There was another defendant, um, that
23  was convicted of money laundering, Mr. Oriel Jean.  He was head
24  of security --
25          THE COURT:  Can you -- can you spell those names for
```

1  the court reporter?
2           MR. CAMACHO:  Absolutely.  It's Oriel, O-R-I-E-L,
3  Jean, J-E-A-N.  He was head of security for former President
4  Aristide.  He received a 70-month sentence that was later
5  reduced to 35 months after receiving a 5K.
6           THE COURT:  And what -- what was the money at issue
7  there?
8           MR. CAMACHO:  It was less than $400,000 in that case.
9  Again, a money laundering case, Your Honor.
10          THE COURT:  All right.
11          MR. CAMACHO:  And just to correct, Mr. Lucien's money
12 laundering involvement was $180,000.
13          THE COURT:  All right.
14          MR. CAMACHO:  So, Your Honor, based on the -- on the
15 plea agreement, the 3553(a) factors, the facts provided in the
16 Presentence Investigation Report, the Government recommends a
17 low-end sentence of 108 months.  Thank you.
18          THE COURT:  Thank you very much.
19          Ms. Bozanic.
20          MS. BOZANIC:  Thank you, Your Honor.
21          Judge, this is a case that was indicted about 12 years
22 ago.  Our client has accepted responsibility.  And we are
23 jointly asking for 108 months in this case.  Um, I spoke to the
24 Government, um, have the plea agreement, and we are asking the
25 Court jointly to sentence him to 108 months.  Thank you.

```
 1              THE COURT:  Thank you.
 2              Mr. Philippe, is there anything you would like to say
 3   before I announce your sentence?
 4              THE DEFENDANT:  No.  Thank you very much, Your Honor.
 5              THE COURT:  Again, the advisory guidelines here
 6   recommend for Mr. Philippe a sentence of between 108 and 135
 7   months for his conduct, relative to Count 2.  The parties agree
 8   and recommend that I sentence the Defendant to the low end of
 9   that range.
10              I have given careful consideration to the factors in
11   18 U.S. Code, Section 3553, the Defendant's history and
12   characteristics, the nature of the offense and the seriousness
13   of the offense committed, the need for the sentence to promote
14   respect for the law and to provide deterrence, and that it
15   should not result in unwarranted sentencing disparity among
16   those similarly situated.
17              Giving careful consideration to all of those factors,
18   it is the judgment of the Court, Mr. Philippe, that you are
19   committed to the Bureau of Prisons to be imprisoned for
20   108 months as to Count 2.  You will be on supervised release
21   for three years, upon your release from imprisonment.  Within
22   72 hours of release, you will report in person to the probation
23   office in the district to which you are released.
24              While on supervised release, you will comply with the
25   mandatory and standard conditions of supervision.  Those
```

```
 1   include not committing any crimes, being prohibited from
 2   possessing a firearm or other dangerous device, not unlawfully
 3   possessing a controlled substance, cooperating in the
 4   collection of DNA and complying with the following special
 5   condition:  you are to surrender to Immigration for removal
 6   following imprisonment.  You must pay the United States a
 7   special assessment of $100 as to Count 2.  No fine is imposed.
 8           Now that the sentence has been imposed, does the
 9   Defendant or his attorneys object to the Court's findings or
10   the manner in which the sentence was announced?
11           MS. BOZANIC:  No, Your Honor.
12           THE COURT:  Mr. Philippe, you have the right to appeal
13   your sentence.  Any notice of appeal must be filed within
14   14 days after entry of the judgment.  If you are unable to pay
15   the cost of an appeal, you may apply for leave to appeal *in*
16   *forma pauperis*.
17           Does the Government seek dismissal of the remaining
18   counts?
19           MR. CAMACHO:  Yes, Your Honor.  The Government has two
20   requests, first, dismissal of Counts 1 and 3.
21           THE COURT:  Those are dismissed.
22           MR. CAMACHO:  And the Government requests three days
23   to file submitted forfeiture -- or proposed forfeiture judgment
24   in the amount of $1.5 million, as reflected in the plea
25   agreement.
```

```
1            THE COURT:  Certainly.
2            MR. CAMACHO:  Thank you, Your Honor.
3            THE COURT:  Thank you.
4            MS. BOZANIC:  And, Judge, we would just have one
5    request.  If you would recommend that the Defendant be housed
6    somewhere close to the Southern District of Florida.
7            THE COURT:  I will include that request as well.
8            MS. BOZANIC:  Thank you, Your Honor.
9            THE COURT:  Mr. Philippe, good luck to you and to your
10   family.
11           MR. CAMACHO:  Thank you, Judge.  Have a good day.
12           MS. KIRKPATRICK:  Thank you, Your Honor.
13           THE COURT:  You all have a good day.
14           THE DEFENDANT:  Thank you.
15           COURT SECURITY OFFICER:  All rise.
16      (The proceedings adjourned at 10:23 a.m.)
17                       C E R T I F I C A T E
18
       I hereby certify that the foregoing is an
19
     accurate transcription of the proceedings in the
20
     above-entitled matter.
21

22

23   _05/16/18__            [signature] Stephanie A. McCarn
         DATE               STEPHANIE A. McCARN, RPR
24                          Official United States Court Reporter
                            400 North Miami Avenue, Twelfth Floor
25                          Miami, Florida 33128
                            (305) 523-5518
```