## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## CASE NUMBER NO: 05-20874-CR-ALTONAGA

UNITED STATES OF AMERICA

        Respondent.

V.

Guy PHILIPPE

        Petitioner

_____ /



FILED BY _____ D.C.

DEC 1 0 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

1. <u>EMERGENCY MOTION ASKING FOR COMPASSIONATE RELEASE (REDUCTION IN SENTENCE –RIS) PURSUANT TO 18 U.S.C. § 3582 (C) (1) (A) AND DENIAL OF THE WARDEN AT MC RAE CORRECTIONAL FACILITY; THE PETITIONER WITH CHRONIC ILLNESS (HIGH BLOOD PRESSURE, HIGH CHOLESTEROL, AND ASTHMA AS A CHILD GROWING UP) AND A RISK TO CONTRACTED THE COVID-19 FOR HIS VULNERABILITY IN THE WORSE PANDEMIC OF THE LAST 100 YEARS WITH NO CURE ON SIGHT.</u>

2. <u>GRANTING GUY PHILIPPE  COMPASSIONATE  RELEASE  AND REDUCING HIS SENTENCE TO TIME SERVED PURSUANT TO 18 U. S. C. § 3582 (C) (1) (A).</u>

3. <u>APPOINT COURT APPOINTMENT / PUBLIC DEFENDER COUNSELOR BY THIS HONORABLE DISTRICT COURT.</u>

4. <u>GRANTING SUCH OTHER AND FURTHER RELIEF AS THE COURT MAY DEEM JUST AND PROPER.</u>

## STATEMENTS OF THE CASE

Now come Guy Philippe (hereafter) Philippe as a petitioner Pro-SE asking the honorable District Court for compassionate release pursuant to 18 U.S.C.§ 3582 (c) (1) (a). Philippe is currently serving 108 months and 3 years' probation for offense United States code, section 1956 (H) conspiracy to lauder monetary instrument in violation of title 18 U.S.C. Philippe has already served 50.5 percent of his sentence. Philippe is 52 years of age, has three adults children ages 18 through 23 years of age and a prominent figure for under privilege kids as well as adults of his community in Haiti. And since his incarceration has continued to mentor others.

   Philippe has numerous medical issues such high blood pressure, high cholesterol, and asthma growing up as kids **(See attachment A)** These conditions put Philippe at higher risk of contracting COVID-19 with added risk of exposure because social distance is extremely impossible to attain due to the circumstances of incarceration. The above facts represent extraordinary and compelling reasons which could not reasonably have been foreseen by the court at time of sentencing.

   As the Court knows the Coronavirus Pandemic has made significant changes on everyone's Life. Thousands of people have died in the United States of America and millions are infected here and around the world. The situation is worse in the State of Georgia. In the Facility which Philippe is incarcerated many people are and were infected by this virus and this resulted deaths. Philippe's housing Unit was placed and still under quarantine due to individual falling ill and had to hospitalize for weeks. The Facility has been on lock down situation since the month of March 2020. Philippe has limited access to recreation, Law library and even religious services.

   Philippe is under extreme stress and doesn't want to die from this virus. This situation has caused tremendous stress which has caused Philippe health to deteriorate. Philippe's family is also extremely worried; on one hand his family is struggling with the fear of contracting the virus and other hand Philippe's family are under extreme stress due to his current situation

Philippe has diligently prayed for strength, patience and guidance. As a convicted individual, the petitioner does not know what lies ahead, but he has complete faith that The Almighty will continue to remain with him. It is with this faith that Philippe prays return to his family alive so that he can give them support in these trouble times.

Congress created a compassionate release form as a vehicle for reducing the sentences of inmates with debilitating medical conditions who has served a significant amount of their time where incarceration would be inequitable and unjust, but the COVID-19 pandemic changed everything in our everyday lives.

## Legal Analysis

In reference to exhausting administrative remedies, the court can excuse compliance with the normal exhaustion rule in light of the documented and serious national emergency. See Hendricks V. Zenon 933 F 2D 664, 672 (9th Cir. 1993) (recognizing that exceptional circumstance of peculiar urgency can excuse exhaustion, delaying consideration of this motion would put Philippe's life in danger and risk irreparable harm). U. S. V. Colvin №3: 19 CR 179 (JBA) 2020. U. S. District Lexis 57962* 4-5 (D. Conn April 2-2020).

**First:** "Exhaustion may be unnecessary where it would be futile."

**Second:** "Exhaustion may be unnecessary where the administrative process would be
Incapable of granting adequate relief".

Including situations where "The relief the agency might provide could, because of undue
Delay, became inadequate" Id at 119-20
**Third:** "Exhaustion may be unnecessary where pursuing agency review would subject Plaintiffs to undue prejudice" Id at 119

The compassionate release statue does not expressly define or limit what constitutes an "Extraordinary and compelling Reasons "for a sentence reduction.
But as such, the present global pandemic is a quintessential extraordinary circumstance beyond what most people have experienced in their life time.

Here, Philippe has satisfied the statue's gate-keeping provision because thirty days have passed since petitioner filed a petition for compassionate release with his warden. **(See attach B)** Thus, Philippe has satisfied the statue's gate-keeping provision and the court may address the merits.

THE Act allows federal Courts to directly reduce sentences under the (so-called compassionate release) statutory provisions of 18 U.S.C. § 3582 (c) (1) (a) without awaiting a motion by the Bureau of Prisons. Here is a list of recently grated cases from the last few weeks:

- United States v. O'Brayan $N^0$ 96-10076-03-JTM, 2020 WL 869475 ( KAN Feb 21, 2020)

- United States v. Mondaca, $N^0$ 89-CR-0655, 2020 WL 1029024 (S.D. CAL Mar 3, 2020).

- United States v. Brannan, $N^0$ 4:15-CR-80-01) CS.D TEX, April 2, 2020

- United States v. Colvin ($N^0$ 3: 19-CR-179) (JBA) (2020 WL 1613943) (D.CONN April 2 2020)

- United States v. Foster ($N^0$ 1: 14-CR-324-02) (M.D.P.A. April 3, 2020)

- United States v. Young ($N^0$ 2:00-CR-00002-1, 2020 WL 1047815) M.D. TENN Mar 4, 2020)

- United States v. Villanueva (18-CR-472-3) (KPF)(S.D. N.Y. April 8, 2020)

- United States v. Winckler ($N^0$ 13-318) (W.D. P.A. April 3, 2020)

- United States v. Smith ($N^0$ 12-CR-133) (JFK) (S.D. N.Y. April 13, 2020)

- United States v. Coker ($N^0$ 3: 14-CR-085) E.D. TENN April 15, 2020

- United States v. Gentille ($N^0$ 19-CR-590) (KPF) S.D. N.Y. April 9, 2020

- United States v. Decator ($N^0$ CCB-95-0202) D. M.D. April 6, 2020

- United States v. Kataev ($N^0$ 16-CR-763-05) (LGS) S.D. N.Y. April 14, 2020

- United States v. Pinkerton, ($N^0$ 15-CR-30045-3) (CD III April 30, 2020)

- United States v. Lucas, ($N^0$ 15-CR-143) (WONY April 29, 2020)

- United States v. Dunlap ($N^0$ 1: 02-CR-165-1) (M.D N.C April 29, 2020)

- United States v. Saad ($N^0$ 16-20197) E.D. (E.D MICH April 29, 2020)

- United States v. Haper ($N^0$ 7: 18-CR-00025) (D. CONN. April 28, 2020)

- United States v. Mel ($N^0$ TDC-18-0571) (D. M. D. April 28, 2020)

- United States v. Robinson ($N^0$ 18-CR-00597-RS-1) ( CAL. April 27.2020)

- United States v. Gorai ($N^0$ 2: 18-CR-220 JCM) (D NEV. April 24.2020)

- United States v. Coles (N⁰ 00-CR-20051) (CD. April 24, 2020)

- United States v. Thorson (N⁰ 5:16-CR-00017-TRB) (WD. April 24, 2020)

- United States v. Williams (N⁰ 3:17-CR-121) (D Conn. April 24, 2020)

- United States v. Park (N⁰ 16-CR-473-RA) (SD NY April 24, 2020)

- United States v. Walls (N⁰ 92-80236) (ED Mich. 23, 2020)

- United States v. Jackson (N⁰ 4:14-CR-00576) (SD Tex. April 23, 2020)

- United States v. Curtis (N⁰ 03-533 BAH) (DDC April 22, 2020)

- United States v. Bess (N⁰ 16-CR-156) (WD NY. April 22, 2020)

- United States v. Sanchez (N⁰ 18-CR-00140) (D Conn. April 22, 2020)

- United States v. Sawicz (N⁰ 08-CR-287) (ED NY April 18, 2020)

- United States v. Mc. Carthy (N⁰ 3:92-CR-00700) (D Conn April 08, 2020)

- United States v. Almontes (N⁰ 3:05-CR-58-SRU) (D Conn April 09, 2020)

- United States v. Al-Jamail (N⁰ 12-20272) (ED Mich. May 12, 2020)

- United States v. Barber (N⁰ 6:18-CR-00446-AA) (D Ore. May 12, 2020)

- United States v. Ramirez (N⁰ 17-10328-WGY) (D Mass. May 12, 2020)

- United States v. Hunt (N⁰ 18-20037) (ED Mich. May 12, 2020)

- United States v. Rivernider (N⁰ 3:10-CR-222) (D Conn. May 12, 2020)

- United States v. Valencia (N⁰ 15-163(AT)) (SD NY May 11, 2020)

- United States v. Simpson (N⁰ 11-CR-00832)(ND Cal. May 11, 2020)

- United States v. Reddy (N⁰ 13-CR-20358) (ED Mich. May 11, 2020)

- United States v. Foreman (N⁰ 3:-CR-62(VAB)) (D Conn. May 11, 2020)

- United States v. Connell (N⁰ 18-CR-00281-RS-1) (ND Cal. May 08, 2020)

- United States v. Joseph (N⁰ 18-CR-00350) (ND Cal. May 08, 2020)

- United States v. Peña (N⁰ 15-CR-551) (SD NY May 08, 2020)

New COVID-19 Influenced Federal Sentence Reduction using §3582 (c) (1) (a)
Even for defendants who were sentenced to life imprisonment.

- United States v. More, No. 3: 16-CR-00171-Jo, WL 2572529 (d. Ore. May 21, 2020)
- United States v. Galloway, No. RDB-10-0775, 2020 WL 2571172 (E.D. Mich. May 21, 2020)
- United States v. Parker, No. 2: 98-CR-00749, 2020 WL 2572525 (C.D. Cal. May 21, 2020)
- United States v. Schneider, No. 14-CR-30036, 2020 WL 2556354, at *1 (C.D. Ill. May 20, 2020)
- United States v. Hill, No. 3: 19-CR-00038 (JAM), 2020 WL 2542725 (D. Conn. May 19, 2020)
- United States v. Bright, No. 2:15-CR-00015-005, 2020 WL 2537508 (W.D. Va. May 19, 2020)
- United States v. Bischoff, No. 17-CR-196-JD, 2020 WL 2561423 (D.N.H. May 18, 2020)
- United States v. Cotinola, No. 13-CR-03890-MV, 2020 WL 2561423 (D.N.H. May 18, 2020)
- United States v. Routrre, No. 1: 12-CR-0308 (LEK), 2020 WL 2610923 (N.D.N.Y. May 18, 2020)
- United States v. Johnson, No. 15-CR-125 (KBJ), 2020 WL 2515856 (D.D.C. May 16, 2020)
- United States v. Bess, No. 16-CR-156, 2020 WL 1940809, at *9 (W.D.N.Y. April. 22, 2020

## EXTRAORDINARY AND COMPELLING REASONS

Compassionate release provides a path for defendants with "Extraordinary and Compelling reasons" to leave prison early § 3582 (c) (1) (a) (i). Such a sentence reduction must comply with the 18 U.S.C. § 3553 (a) factors and "applicable policy statements issued by the sentencing commission". § 3582 (c) (1) (a).

## DEFINITIONS

Congress never defined what constitutes "Extraordinary and Compelling" 28 U.S.C. § 994 (c). Instead, the statute directed the commission to promulgate "the criteria to be applied and a list of specific" extraordinary and compelling examples. Id before the First Step Act, the commission provided just three such examples, none of which apply here.

The commission also provided a catch-all provision that allows the BOP Director to determine 'there exists in the defendant's case an extraordinary and compelling reason other than, or in combination with, the reasons described in subdivisions (a) through (c). "§ 1b1.13 CMT. N. 1(d). That still begs the question: what is extraordinary and compelling?

Congress and the commission gave two guideposts. Extraordinary and compelling reasons "need not have been unforeseen at the time of sentencing" 1b1.13 CMT. N.2. courts otherwise are left to themselves because the commission, for whatever reason. Never updated its policy statement, as statutorily required, for the First Step Act. Rather, the outdated policy statement still assumes

compassionate release "may be granted only upon motion by the Director of the Bureau of prisons" § 1b1. 13 CMT. N.4. this left district court in a conundrum.

On the one hand, Congress unequivocally said it wishes to "[i] ncreas [s] the [u] se ...of [c] ompassionate [r] elease" by allowing district courts to grant petitions "consistent with applicable policy statements" from the commission. §3582 (c) (1) (a) (emphasis added). On the other hand, the commission-unable to take any official action-has not made the policy statement for the old regime applicable to the new one.

Many courts, including this one, have concluded this means the commissions lacks an applicable policy statement regarding when a court can grant compassionate release. U.S. v. Brown N° 4:05 CR-00227-1 _____ F. Supp. 3d_____, _____, 2020. WL 2091802, at *6 (S.D. Iowa April 29-2020).

U.S. v. Haynes, N° 93 CR 1043 (RJD), 2020 WL 1941478, at *14 (E.D. N.Y. April 22, 2020) (citing thirteen such cases) in the absence of an applicable policy statement, these courts conclude "the court can determine whether any extraordinary and compelling reasons other than those delineated in U.S.S.G. § 1b1. 13 CMT. n.1 (a) (c) warrant granting relief." Cantu, 423 F. Supp. 3. D at 352; See also U.S. v. Fox, N° 2: 14-CR-03-DBM, 2019 WL 3046086, at * 3(D. ME July 11, 2019). The result is that the district court can consider anything – or at least anything the BOP could have considered – when assessing a defendant's motion.

The number of courts adopting this position has grown more still as society grapples with the profound enological consequences of COVID-19 E.g., Rodriguez, _____ F. Supp. 3d at _____ 2020 WL 1627331, at * 12 Indeed, this reading now

"appears to be the majority position". U.S. v. Scott, N° 17-CR-156,-F. Supp. 3d_____,
_____, 2020. It also is safe to say congress is aware of courts use of the law during
the pandemic. See cong. Research serv., R46297, Federal Prisoners and COVID-19
Background and Authorities to grant release 9 (2020).

The court acknowledges the policy arguments to the contrary. Yes releasing
defendants from incarceration is a delicate business-but not any more so than
incarcerating them initially. The court's reading also does not – and indeed has not
allowed judges to release any prisoner. The court also knows it must still act in
harmony with any sentencing policy guidelines that remain applicable and the §
3553 (a) factors. § 3582 (c) (1) (a). For instance, the need to appropriately punish
severe conduct and not introduce sentencing disparities between defendants
convicted of similar crimes provide additional limits on a judge's ability to release
people from custody. See § 3553 (a) (2)-(6).

## PETITIONER'S EXTRAORDINARY AND COMPELLING REASONS

Courts have found that the unprecedented risk of COVID-19; sentencing
disparities from changes in law; and rehabilitation each constitute extraordinary and
compelling reasons to grant compassionate release.

"Despite their disagreements about the precise definition of "extraordinary
and compelling reasons" justifying compassionate release, many courts over the
past two months have agreed that such reasons exist in cases involving defendants
whose serious underlying health conditions place them at an elevated risk of
infection and death from COVID-19 while in custody".

U.S. v. Cotinola, N° 13-CR-03890-MV, 2020 WL 2526717, at * 3 (D.N.M. May 18, 2020). Indeed, the number of courts that have granted compassionate release because of COVID-19 grows by the day.

U.S. v. Bess, N° 16-CR-156, 2020 WL 1940809 at * 9 (W.D. N.Y. April, 22, 2020).

U.S. v. Smith, N° 12-CR-133 (JFK), 2020 1849748 at * 4 (S.D. N.Y. April, 13, 2020.

## THE PETITIONER'S RELEASE WILL NOT ENDANGER THE COMMUNITY, AND A REDUCTION TO TIME SERVED COMPORTS WITH THE SECTION § 3553 (A) FACTOR

In determining whether the petitioner's sentence should be reduced, the Court must first make a threshold determination that he "is not a danger to the safety of any other person or to the community, as provided in 18 U.S.C. § 3142 (g)." U.S.S.G. § 1B1. 13 (2). If he is not, the Court must look to the factor in 18 U.S.C. §3553 (a) to determine whether a sentence reduction is warranted.

The petitioner's release will not present a danger to anyone and as confirmed by his prison records, he has not engaged in a single act of violence in the past 7 years. Ex. C, 2. The BOP's decision to place Gonzalo Ponce Hurtado at a low-security facility also suggests that they do not consider him to be a danger. *See United States v. Pena,* No. 15-CR-551 (AJN), 2020 WL 2301199, at *5 (S.D.N.Y. May 8, 2020) (citing the defendant's placement in a low-security facility as evidence that he did not currently present a danger to the community).

Although it is true the sentencing commission's guidelines, counseled in favor of a longer sentence, they are but one factor. See § 3553 (a) (4). And because the commission never released guidelines with respect to compassionate under the First Step Act. See Supra note 3, § 3553 (a) (5)'s "pertinent policy statement "factor is neutral.

Considering these factors in combination with the extraordinary and compelling reasons discussed above, the court grants petitioner's motion for compassionate release.

## REHABILITATION

"Rehabilitation of the petitioner alone shall not be considered" sufficiently extraordinary and compelling to justify compassionate release. § 994 (t) (emphasis added). For the word "alone" to do any work-as it must-that means courts can consider rehabilitation as part of a compassionate release motion. Cf. Corley V. U.S. 556 U.S. 303, 314 129 S. CT. 1558, 173 L. ED. 2D 443 (2009) (starting that a "statute should be construed so that effect's given to all its provisions" (quoting Hibbs V. Winn, 542 U.S. 88, 101, 124 S. CT. 2276, 159 L. ED. 2d 172 (2004)). Several courts, including this one, have concluded the same and considered a defendant's rehabilitation in granting compassionate release. Brown, _____F. sup. 3d at _____, 20020 WL 2091802, at *7; U.S. Wade, N⁰ 2: 99-CR-00257-CAS-3, 2020 WL 1864906, at *5 (C.D. CAL. April 13, 2020).

## RELEASE PLAN

If Philippe is release, he will be sent to his home country of Haiti. Not only had to help the most needed individual in his home community, as well being a mentor as he always been to those who needed it most. And he will go home to continue to teach his high school students.

## CONCLUSION

Therefore this honorable district court should grant Philippe's compassionate release, Reduce his sentence to time serve. In making this request, Philippe prays that for all herein stated, that in these hard times of pandemic COVID-19, the vulnerability that Philippe represent, the conditions of incarceration where it is impossible to maintain social distance, where only a few inmates wear masks, and infected inmates who are asymptomatic are spraying the virus all around the prison. Philippe believes that those are "extraordinary and compelling circumstances" warrants this Honorable Court earnest consideration pursuant to 18 U.S.C. §§ 3582 (c) (1) (a) to reduce Philippe's sentence to avoid a fatal outcome. That Philippe prays that this request should granted. Philippe at the proposed release would not pose any danger to the safety of his community.

Respectfully Submitted

Pro-SE

This __30__ Day Of __NOV__ 2020

--------------------------------------------------------

Guy Philippe

Reg. No. 09783-104

McRae Correctional Facility

P. O. Box Drawer 55030

Mc. Rae Helena, GA 31055

## *CERTIFICATE OF SERVICE*

I, Guy Philippe, hereby certify that I have served a copy of the foregoing, "Motion for Compassionate Release to the Southern District Court," which is deemed filed at the time it was delivered to the prison authorities for forwarding to the Court. Mc. Rae Correctional Facility, 487 U.S. 266, 288-71(1988), by placing it in a sealed prepaid envelope addressed to the:

Clerk of the Court

400 North Miami Avenue, Room 8

Miami Florida 33128

United States

And Deposited in the United States Postal Mail at the United States Mc. Rae Correctional Facility, on This _____30_____ Day of _November_ 2020. I declare under penalty of perjury that the foregoing is true and correct pursuant to title 28 U.S.C. 1746.

Respectfully Submitted,

Guy Philippe

**Inmate Condensed Chart Report**

| | | | |
|---|---|---|---|
| **Name:** PHILIPPE, GUY | | **DOB:** 02/29/1968 | |
| **MRN:** 5755670 | | **Sex:** M | |
| **Agency#:** 09783-104 - BOP | | | |

## PROBLEMS

| Patient Problems | Category | Status | ICD9 Code | ICD10 Code |
|---|---|---|---|---|
| Encounter for preventive health examination | | Active | V70.0 | Z00.00 |
| Headache | | Active | 784.0 | R51.9 |
| History of hypertension | | Active | V12.59 | Z86.79 |
| Hyperlipidemia | | Active | 272.4 | E78.5 |
| Latent tuberculosis infection | | Active | 795.51 | Z22.7 |

**Inmate Condensed Chart Report**

| | | | | |
|---|---|---|---|---|
| **Name:** | PHILIPPE, GUY | | **DOB:** | 02/29/1968 |
| **MRN:** | 5755670 | | **Sex:** | M |
| **Agency#:** | 09783-104 - BOP | | | |

 ## ALLERGENS

| **Allergies** | **Reactions** | **Status** |
|---|---|---|
| No Known Drug Allergies | | Active |

# Inmate Condensed Chart Report

**Name:** PHILIPPE, GUY
**MRN:** 5755670

**Agency#:** 05783-104 - BOP

**DOB:** 02/29/1968
**Sex:** M

A = Administered, E = Entered in Error, IC = Inmate Not in Cell, MH = Medication Held, OS = Medication Out of Stock, RI = Refused by Inmate, SL = Security Lockdown, NS = No Show

## MAR

| Medication | SIG | Authorizing Provider | Administered Date | Disp. | Dose | Administered By | KOP Rx Date | Stop Date |
|---|---|---|---|---|---|---|---|---|
| Atorvastatin Calcium 20 MG Oral Tablet | TAKE 1 TABLET BEDTIME | Jackson,Melvin MD | 8/8/2020 2:44:13PM | A | 30 tabs | Moring, Karisia LPN | Y | 08/06/2020 02/04/2021 |
| Ibuprofen 200 MG Oral Tablet | TAKE 2 TABLET EVERY 6 HOURS PRN | Jackson,Melvin MD | 8/18/2020 4:49:31PM | A | 24 TABS | Moring, Karisia LPN | Y | 08/18/2020 08/21/2020 |
| Atorvastatin Calcium 20 MG Oral Tablet | TAKE 1 TABLET BEDTIME | Branch,Walter M.D. | 9/6/2020 12:06:12PM | A | 30 tabs | Moring, Karisia LPN | Y | 08/26/2020 03/05/2021 |
| hydroCHLOROthiazide 25 MG Oral Tablet | TAKE 1 TABLET DAILY. | Branch,Walter M.D. | 9/26/2020 4:05:45AM | OS | | Brown, Kimberly LPN | N | 09/25/2020 |
| | | Branch,Walter M.D. | 9/27/2020 3:55:01AM | OS | | Brown, Kimberly LPN | N | 09/25/2020 |
| | | Branch,Walter M.D. | 9/28/2020 4:00:04AM | OS | | Brown, Kimberly LPN | N | 09/25/2020 |
| | | Branch,Walter M.D. | 9/29/2020 4:13:37AM | OS | | WILLIAMS, BETTY L.P.N | N | 09/25/2020 |
| | | Branch,Walter M.D. | 9/30/2020 3:51:57AM | OS | | WILLIAMS, BETTY L.P.N | N | 09/25/2020 |
| Atorvastatin Calcium 20 MG Oral Tablet | TAKE 1 TABLET BEDTIME | Branch,Walter M.D. | 10/5/2020 8:04:23AM | A | 30 tabs | Smith, Heather L.P.N. | Y | 09/25/2020 04/03/2021 |
| hydroCHLOROthiazide 25 MG Oral Tablet | TAKE 1 TABLET DAILY. | Branch,Walter M.D. | 10/5/2020 8:04:01AM | A | 30tabs | Smith, Heather L.P.N. | Y | 09/25/2020 04/03/2021 |
| Atorvastatin Calcium 20 MG Oral Tablet | TAKE 1 TABLET BEDTIME | Branch,Walter M.D. | 11/2/2020 9:23:23AM | A | 30 tabs | Smith, Heather L.P.N. | Y | 09/25/2020 04/03/2021 |
| hydroCHLOROthiazide 25 MG Oral Tablet | TAKE 1 TABLET DAILY. | Branch,Walter M.D. | 11/2/2020 9:23:25AM | A | 30abs | Smith, Heather L.P.N. | Y | 10/07/2020 04/03/2021 |

**Inmate Condensed Chart Report**

| | |
|---|---|
| **Name:** PHILIPPE, GUY | **DOB:** 02/29/1968 |
| **MRN:** 5755670 | **Sex:** M |
| **Agency#:** 09783-104 - BOP | |

## ☐ All Medications

| Medications | Order Date | Provider | Stop Date | Status |
|---|---|---|---|---|
| Atorvastatin Calcium 20 MG Oral Tablet | 09/25/2020 | Branch, Walter M.D. | 04/03/2021 | Active |
|    TAKE 1 TABLET BEDTIME | | | | |
| hydroCHLOROthiazide 25 MG Oral Tablet | 10/07/2020 | Branch, Walter M.D. | 04/03/2021 | Active |
|    TAKE 1 TABLET DAILY | | | | |
| Ibuprofen 200 MG Oral Tablet | 08/18/2020 | Jackson, Melvin MD | 08/21/2020 | Complete |
|    TAKE 2 TABLET EVERY 6 HOURS PRN | | | | |

**Inmate Condensed Chart Report**

| | |
|---|---|
| **Name:** PHILIPPE, GUY | **DOB:** 02/29/1968 |
| **MRN:** 5755670 | **Sex:** M |
| **Agency#:** 09783-104 - BOP | |

## ❏ Active MEDICATIONS

| Medications | Order Date | Provider | Stop Date | Status |
|---|---|---|---|---|
| Atorvastatin Calcium 20 MG Oral Tablet | 09/25/2020 | Branch, Walter M.D. | 04/03/2021 | Active |
| TAKE 1 TABLET BEDTIME | | | | |
| hydroCHLOROthiazide 25 MG Oral Tablet | 10/07/2020 | Branch, Walter M.D. | 04/03/2021 | Active |
| TAKE 1 TABLET DAILY. | | | | |

11/3/2020 11:00:07AM

**Inmate Condensed Chart Report**

**Name:** PHILIPPE, GUY
**MRN:** 575670
**Agency#:** 09783-104 - BOP
**DOB:** 02/29/1968
**Sex:** M

## ☐ VITALS

| | 9/25/2020 10:19:00AM Williams, Kayla R.N. | 8/26/2020 8:03:00AM Morrig, Karissa LPN | 8/18/2020 11:42:00AM WARD, MARY R.N. | 8/14/2020 9:51:00AM Glasper, Tangela CMA | 8/12/2020 9:50:00AM Williams, Kayla R.N. | 8/6/2020 1:35:00PM RUGGENBERG, LESLIE R.N. |
|---|---|---|---|---|---|---|
| WGT | 174-0 lb | 170-0 lb | | 173-0 lb | 173-0 lb | 172-0 lb |
| VisResL | | | | | 20/40 | |
| VisAcRes | | | | | 20/50 | |
| Urobilinog | | | 0.2 | | | |
| TEMP | 97.3 F | 98.2 F | | 97.8 F | 99.3 F | 98.6 F |
| RESP QUAL | | Normal | | | | Normal |
| RESP | 16 | 16 | | 18 | 18 | 18 |
| PUL RATE | 71 bpm | 64 bpm | | 58 bpm | 69 bpm | 86 bpm |
| PUL QUAL | | Normal | | | | Normal |
| Protein | | | Negative | | | |
| PH1 | | | 5.5 | | | |

11/3/2020 11:00:07AM

# Inmate Condensed Chart Report

**Name:** PHILIPPE, GUY
**MRN:** 5755670

**Agency#:** 09783-104 - BOP

**DOB:** 02/29/1968
**Sex:** M

| | 9/25/2020 10:19:00AM Williams, Kayla R.N | 8/26/2020 8:03:00AM Moring, Karisa LPN | 8/18/2020 11:42:00AM WARD, MARY R.N | 8/14/2020 9:51:00AM Glasper, Tangela CMA | 8/12/2020 9:50:00AM Williams, Kayla R.N. | 8/6/2020 1:35:00PM RUGGENBERG, LESLIE R.N. |
|---|---|---|---|---|---|---|
| O2 | 100 | 97 | | 99 | 99 | |
| Nitrate | | | Negative | | | |
| Luekocyties | | | Negative | | | |
| Ketone | | | No | | | |
| HGT | | | | | | 5-8 in |
| Gravity | | | >=1.030 | | | |
| Color1 | | | yellow | | | |
| Character1 | | | clear | | | |
| BSACalc | 1.93 | 1.91 | | 1.92 | 1.92 | 1.92 |
| BPSysStand | 141 mm Hg | 152 mm Hg | | | | |
| BPDiaStand | 87 mm Hg | 96 mm Hg | | | | |
| BP SYS | 130 mm Hg | 131 mm Hg | | 129 mm Hg | 140 mm Hg | 133 mm Hg |
| BP DIAS | 79 mm Hg | 84 mm Hg | | 76 mm Hg | 75 mm Hg | 89 mm Hg |

11/3/2020 11:00:07AM

# Inmate Condensed Chart Report

**Name:** PHILIPPE, GUY
**MRN:** 5755670
**Agency#:** 09783-104 - BOP
**DOB:** 02/29/1968
**Sex:** M

| | 9/25/2020 10:19:00AM Williams, Kayla R.N. | 8/26/2020 8:03:00AM Moring, Kanisia LPN | 8/18/2020 11:42:00AM WARD, MARY R.N. | 8/14/2020 9:51:00AM Glasper, Tangela CMA | 8/12/2020 9:50:00AM Williams, Kayla R.N. | 8/6/2020 1:35:00PM RUGGENBERG, LESLIE R.N. |
|---|---|---|---|---|---|---|
| BMI | 26.45 | 25.85 | | 26.30 | 26.30 | 26.15 |
| Blood | | | Negative | | | |
| Bilirubin | | | Negative | | | |
| AHSBMICalc | | | | | | 26.2 |
| 3014 | | | negative | | | |

11/3/2020 11:00:07 AM

# Inmate Condensed Chart Report

**Name:** PHILIPPE, GUY
**MRN:** 5755670

**Agency#:** 09783-104 - BOP

**DOB:** 02/29/1968
**Sex:** M

## ☐ IMMUNIZATIONS

| Vaccine | Series | Lot ID | Manufacturer | Dose | Site | Route | Provider | Date | PPD Order | Result | Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|
| PPD | X | | | | | | Psy.D. | 01/24/2018 | | | |
| MMR | X | | | | | | Psy.D. | 08/10/2020 | | | |
| PNEUMO (POLY) | X | | | | | | Psy.D. | 08/10/2020 | | | |
| Tdap | X | | | | | | Psy.D. | 08/10/2020 | | | |
| FLU | X | | | | | | Psy.D. | 09/30/2020 | | | |

**Inmate Condensed Chart Report**

| | |
|---|---|
| **Name:** PHILIPPE, GUY | **DOB:** 02/29/1968 |
| **MRN:** 5755670 | **Sex:** Male |
| **Agency#:** 09783-104 - BOP | |

# ☐ Orders

| Order | Status | To Be Done | Ordering Provider | Approving Provider |
|---|---|---|---|---|
| COMPREHENSIVE METABOLIC PANEL | Need Information | 12/14/2020 | Walter Branch M.D. | Walter Branch M.D. |
| Completed By: ;<br>Completed Date & Time: ; | | | | |
| LIPID (CARDIAC) PANEL- INCLUDES: CHOLESTEROL, TRIGLYCERIDES. HDL/LDL, VLDL | Need Information | 12/14/2020 | Walter Branch M.D. | Walter Branch M.D. |
| Completed By: ;<br>Completed Date & Time: ; | | | | |
| Blood Pressure | Complete | 08/05/2020 | LESLIE RUGGENBERG R.N. | LESLIE RUGGENBERG R.N. |
| Blood Pressure Position:**Sitting**; | | | | |
| Height Weight BMI BSA | Complete | 08/05/2020 | LESLIE RUGGENBERG R.N. | LESLIE RUGGENBERG R.N. |
| Pulse | Complete | 08/05/2020 | LESLIE RUGGENBERG R.N. | LESLIE RUGGENBERG R.N. |
| Respiration | Complete | 08/05/2020 | LESLIE RUGGENBERG R.N. | LESLIE RUGGENBERG R.N. |
| Temperature | Complete | 08/05/2020 | LESLIE RUGGENBERG R.N. | LESLIE RUGGENBERG R.N. |
| Temperature Method:**Oral**; | | | | |
| Vital Signs | Complete | 08/05/2020 | LESLIE RUGGENBERG R.N. | LESLIE RUGGENBERG R.N. |
| Onsite X Ray | Complete | 08/09/2020 | Melvin Jackson MD | Melvin Jackson MD |
| Anatomical Location: **CXR pa/lateral history of positive ppd**; | | | | |
| Vital Signs | Complete | 08/11/2020 | Kayla Williams R.N. | Kayla Williams R.N. |
| Blood Pressure | Complete | 08/11/2020 | Kayla Williams R.N. | Kayla Williams R.N. |
| Blood Pressure Location:**LUE**;<br>Blood Pressure Position:**Sitting**; | | | | |
| Height Weight BMI BSA | Complete | 08/11/2020 | Kayla Williams R.N. | Kayla Williams R.N. |
| O2 Saturation | Complete | 08/11/2020 | Kayla Williams R.N. | Kayla Williams R.N. |
| Pulse | Complete | 08/11/2020 | Kayla Williams R.N. | Kayla Williams R.N. |
| Respiration | Complete | 08/11/2020 | Kayla Williams R.N. | Kayla Williams R.N. |
| Temperature | Complete | 08/11/2020 | Kayla Williams R.N. | Kayla Williams R.N. |
| Visual Acuity Left | Complete | 08/11/2020 | Kayla Williams R.N. | Kayla Williams R.N. |
| Visual Acuity Right | Complete | 08/11/2020 | Kayla Williams R.N. | Kayla Williams R.N. |
| EKG | Complete | 08/13/2020 | Melvin Jackson MD | Melvin Jackson MD |
| Vital Signs | Complete | 08/13/2020 | Tangela Glasper CMA | Tangela Glasper CMA |
| Blood Pressure | Complete | 08/13/2020 | Tangela Glasper CMA | Tangela Glasper CMA |
| Blood Pressure Location:**LUE**;<br>Blood Pressure Position:**Sitting**; | | | | |
| Height Weight BMI BSA | Complete | 08/13/2020 | Tangela Glasper CMA | Tangela Glasper CMA |
| O2 Saturation | Complete | 08/13/2020 | Tangela Glasper CMA | Tangela Glasper CMA |
| Pulse | Complete | 08/13/2020 | Tangela Glasper CMA | Tangela Glasper CMA |
| Respiration | Complete | 08/13/2020 | Tangela Glasper CMA | Tangela Glasper CMA |
| Temperature | Complete | 08/13/2020 | Tangela Glasper CMA | Tangela Glasper CMA |
| Urine Dip | Complete | 08/17/2020 | MARY WARD R.N. | MARY WARD R.N. |
| Specimen Date & Time Collected : ;<br>Specimen Draw Performed by : ; | | | | |

**Inmate Condensed Chart Report**

| | |
|---|---|
| **Name:** PHILIPPE, GUY | **DOB:** 02/29/1968 |
| **MRN:** 5755670 | **Sex:** Male |
| **Agency#:** 09783-104 - BOP | |

# ☐ Orders

| Order | Status | To Be Done | Ordering Provider | Approving Provider |
|---|---|---|---|---|
| CBC (COMPLETE BLOOD COUNT) Components: WBC, RBC, HGB, HCT, MCV, MCH, MCHC, RDW, PLT, MPV, % Neutrophils, Absolute Neutrophil, % Lymphocytes, % Monocytes, % Eosinophils, % Basophils. Completed By: **MARY WARD RN**; Completed Date & Time: **18Aug2020 05:00AM**; | Complete | 08/23/2020 | Melvin Jackson MD | Melvin Jackson MD |
| COMPREHENSIVE METABOLIC PANEL Completed By: **MARY WARD RN**; Completed Date & Time: **18Aug2020 05:00AM**; | Complete | 08/23/2020 | Melvin Jackson MD | Melvin Jackson MD |
| LIPID (CARDIAC) PANEL- INCLUDES: CHOLESTEROL, TRIGLYCERIDES, HDL/LDL, VLDL Completed By: **MARY WARD RN**; Completed Date & Time: **18Aug2020 05:00AM**; | Complete | 08/23/2020 | Melvin Jackson MD | Melvin Jackson MD |
| Vital Signs | Complete | 08/25/2020 | Karisia Moring LPN | Karisia Moring LPN |
| Blood Pressure | Complete | 08/25/2020 | Karisia Moring LPN | Karisia Moring LPN |
| Blood Pressure Location:**LUE**; Blood Pressure Position:**Sitting**; | | | | |
| Blood Pressure Standing | Complete | 08/25/2020 | Karisia Moring LPN | Karisia Moring LPN |
| LUE; **Standing**; | | | | |
| Height Weight BMI BSA | Complete | 08/25/2020 | Karisia Moring LPN | Karisia Moring LPN |
| O2 Saturation | Complete | 08/25/2020 | Karisia Moring LPN | Karisia Moring LPN |
| O2 Source:**RA**; | | | | |
| Pulse | Complete | 08/25/2020 | Karisia Moring LPN | Karisia Moring LPN |
| Heart Rate Location:**L Radial**; | | | | |
| Respiration | Complete | 08/25/2020 | Karisia Moring LPN | Karisia Moring LPN |
| Temperature | Complete | 08/25/2020 | Karisia Moring LPN | Karisia Moring LPN |
| Temperature Method:**Oral**; | | | | |
| Vital Signs | Complete | 09/24/2020 | Kayla Williams R.N. | Kayla Williams R.N. |
| Blood Pressure | Complete | 09/24/2020 | Kayla Williams R.N. | Kayla Williams R.N. |
| Blood Pressure Position:**Sitting**; | | | | |
| Blood Pressure Standing | Complete | 09/24/2020 | Kayla Williams R.N. | Kayla Williams R.N. |
| :**Standing**; | | | | |
| Height Weight BMI BSA | Complete | 09/24/2020 | Kayla Williams R.N. | Kayla Williams R.N. |
| O2 Saturation | Complete | 09/24/2020 | Kayla Williams R.N. | Kayla Williams R.N. |
| Pulse | Complete | 09/24/2020 | Kayla Williams R.N. | Kayla Williams R.N. |
| Respiration | Complete | 09/24/2020 | Kayla Williams R.N. | Kayla Williams R.N. |
| Temperature | Complete | 09/24/2020 | Kayla Williams R.N. | Kayla Williams R.N. |
| CCC- Cardiac - Initial | Canceled | 09/03/2020 | Melvin Jackson MD | Melvin Jackson MD |
| Physician Comments: ; | | | | |
| Urine Dip | Active | 08/23/2020 | Melvin Jackson MD | Melvin Jackson MD |
| Specimen Date & Time Collected : **18Aug2020 05:00AM**; Specimen Draw Performed by : **MARY WARD RN**; | | | | |
| Follow-up visit in 1 month | Active | 09/22/2020 | Walter Branch M.D. | Walter Branch M.D. |

**Inmate Condensed Chart Report**

| Name: | PHILIPPE, GUY | | DOB: | 02/29/1968 |
|---|---|---|---|---|
| MRN: | 5755670 | | Sex: | Male |
| Agency#: | 09783-104 - BOP | | | |

## ▢ Orders

| Order | Status | To Be Done | Ordering Provider | Approving Provider |
|---|---|---|---|---|
| Comments: ; | | | | |
| Follow-up visit in 3 months | Active | 12/24/2020 | Walter Branch M.D. | Walter Branch M.D. |
| Comments: ; | | | | |
| CCC- Cardiac - F/U | Active | 02/23/2021 | Walter Branch M.D. | Walter Branch M.D. |
| Physician Comments: ; | | | | |
| TB Symptomology | Active | 08/05/2021 | Katie Staples R.N. | Katie Staples R.N. |
| Comments: ; | | | | |
| Next Exam Date:: **06Aug2021**; | | | | |

## BOP Inmate/Resident Health Appraisal

13-40A

| Arrival at Facility: | Date: | 8/6/2020 | Inmate Name: | PHILIPPE, GUY |
| --- | --- | --- | --- | --- |
| ☑ Initial Appraisal: | Date: | 8/12/2020 | Inmate # | 09783-104 - BOP |
| ☐ Periodic Appraisal: | Date: | | DOB: | 02/29/1968 |

| Date: | Time: | Facility: | Next of Kin: (Update) |
| --- | --- | --- | --- |
| 08/12/2020 | 05:40:04 PM | | |

| Height: | Weight: | Access to Care Understood?<br>○ Yes   ○ No | Respiration: | Pulse: | Temp: | BP: |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | | | |

**PRESENT COMPLAINTS:** Describe any current symptoms or complaints

**MEDICAL/SURGICAL HISTORY:** Include any current or previously diagnosed medical or surgical conditions and any previous hospitalizations

**SOCIAL HISTORY:** Include history of drug, alcohol or tobacco use. Document intravenous drug use history.

**FAMILY HISTORY:** Parents and siblings.

**CURRENT MEDICATIONS:**

**ALLERGIES OR MEDICATION SENSITIVITIES.**

| Signature: | Montford, Susan | Title: | | Date: | 08/12/2020 | Time: | 05:40:04 PM |
| --- | --- | --- | --- | --- | --- | --- | --- |

Proprietary Information - Not for Distribution - Copyrighted - Property of CCA

10/10/12

## BOP Inmate/Resident Health Appraisal

13-40A

### HISTORY/REVIEW OF SYSTEMS (Check All Applicable)

**HEAD**
- ☐ Injury
- ☐ Headaches
- ☐ Sinus pain
- ☐ Dizziness
- ☐ Other:

**EAR**
- ☐ Pain
- ☐ Discharge
- ☐ Ringing in ears
- ☐ Deafness
- ☐ Other:

**MOUTH**
- ☐ Teeth
- ☐ Lips
- ☐ Gums
- ☐ Tongue
- ☐ Other:

**EYE**
- ☐ Inflammation
- ☐ Impaired Vision
- ☐ Glasses
- ☐ Other:

**ABDOMEN/GASTRO-INTESTINAL**
- ☐ Pain on swallowing
- ☐ Gallstones
- ☐ Hernia
- ☐ Gas, belching
- ☐ Nausea
- ☐ Ulcer
- ☐ Constipation
- ☐ Vomiting
- ☐ Vomiting blood
- ☐ Diarrhea
- ☐ Jaundice
- ☐ Black stools
- ☐ Pain or burning after eating
- ☐ Other:

**NECK**
- ☐ Enlarged glands
- ☐ Thyroid disease
- ☐ Other:

**THROAT**
- ☐ Tonsillitis
- ☐ Hoarseness
- ☐ Sore throat
- ☐ Speech defect
- ☐ Other:

**NOSE**
- ☐ Injury
- ☐ Obstruction
- ☐ Nose bleeds
- ☐ Postnasal Drip
- ☐ Other:

**LUNGS**
- ☐ Tuberculosis
- ☐ Hay fever
- ☐ Shortness of breath
- ☐ Asthma
- ☐ Night sweats
- ☐ Cough
- ☐ Pneumonia
- ☐ Pain
- ☐ Other:

**CHEST/HEART**
- ☐ Chest pain or pressure
- ☐ Heart Palpitations
- ☐ Swelling
- ☐ Shortness of breath
- ☐ Difficulty with exertion or exercise
- ☐ Other:

### COMMENTS

Facility:

| | |
|---|---|
| **Inmate Name:** PHILIPPE, GUY | **Inmate Number:** 09783-104 - BOP |
| **Signature:** Montford, Susan | **Title:** |
| **Date:** 08/12/2020 | **Time:** 05:40:04 PM |

Proprietary Information - Not for Distribution - Copyrighted - Property of CCA

10/10/12

## BOP Inmate/Resident Health Appraisal

13-40A

**HISTORY/REVIEW OF SYSTEMS continued**

**GENITO-URINARY/RECTAL**
- ☐ Painful urination
- ☐ Frequent urination
- ☐ Blood in urine
- ☐ Kidney stones
- ☐ Other: _____

- ☐ Hemorrhoids
- ☐ Getting up at night
- ☐ History of venereal disease
- ☐ Rectal bleeding

**DIABETES**
- ☐ High blood sugar
- ☐ Low blood sugar
- ☐ Insulin
- ☐ Oral medication
- ☐ Frequent urination

**NEUROLOGICAL/SPINE**
- ☐ Dizziness
- ☐ Fainting
- ☐ Blackouts/loss of consciousness
- ☐ Numbness or tingling
- ☐ Pain
- ☐ Epilepsy/seizure
- ☐ Other: _____

**WEIGHT**
- ☐ Recent weight loss
- ☐ Recent weight gain

**MUSCULOSKELTAL**
- ☐ Muscle pain
- ☐ Muscle weakness
- ☐ Muscle twitching
- ☐ Joint pain
- ☐ Arthritis
- ☐ Deformities
- ☐ Paralysis
- ☐ Other: _____

**PSYCHIATRIC**
- ☐ Suicide attempt
- ☐ Psychiatric hospitalization
- ☐ Anxiety
- ☐ Depression
- ☐ Anger difficulties
- ☐ Hear voices/hallucinations
- ☐ Other: _____

**COMMENTS:**

**Facility:** _____

**Inmate Name:** PHILIPPE, GUY          **Inmate Number:** 09783-104 - BOP

**Signature:** Montford, Susan     **Title:** _____     **Date:** 08/12/2020     **Time:** 05:40:04 PM

Proprietary Information - Not for Distribution - Copyrighted - Property of CCA          10/10/12

# BOP Inmate/Resident Health Appraisal

13-40A

GENERAL IMPRESSION: (To include identifying marks, scars and tattoos)

| Physical Exam | WNL | Abnormal Findings |
|---|---|---|
| 1. Head | | |
| 2. Eyes | | |
| 3. Ears | | |
| 4. Nose | | |
| 5. Mouth | | |
| 6. Neck | | |
| 7. Chest | | |
| 8. Lungs | | |
| 9. Heart | | |
| 10. Vessels | | |
| 11. Abdomen | | |
| 12. Hernia | | |
| 13. Rectal | | |
| 14. Genital | | |
| 15. Upper Ext. | | |
| 16. Lower Ext. | | |
| 17. Spine | | |
| 18. Neurological | | |
| 19. Psychiatric | | |

(Mental Status) Psychiatric Consult Indicated?

| Visual Acuity | Visual Acuity (corrected) | Hearing Aid | Prosthesis | Housing Limitations |
|---|---|---|---|---|
| Right ____ Left ____ | Right ____ Left ____ | ○ Yes ○ No | | |

PROBLEM LIST

PLAN OF CARE

LABORATORY/DIAGNOSTIC TESTS ORDERED (LIST):

IMMUNIZATIONS?  ○ Yes ○ No  List:

CHRONIC CARE REFERRAL?  ○ Yes ○ No  IF YES, DATE OF REFERRAL:

DATE OF FULL REVIEW OF MEDICAL RECORD:

MEDICAL FOLLOW-UP VISIT SCHEDULED?  ○ Yes ○ No  IF YES, DATE OF APPT:

CIRCUMSTANCES PRECLUDING USE OF FORCE AGENT/DEVICES:

RECOMMENDATIONS FOR HOUSING, JOB ASSIGNMENT, PROGRAMMING:

| Facility: | | |
|---|---|---|
| Inmate Name: | PHILIPPE, GUY | Inmate Number: | 09783-104 - BOP |
| Signature: | Montford, Susan | Title: | Date: 08/12/2020 | Time: 05:40:04 PM |

Proprietary Information - Not for Distribution - Copyrighted - Property of CCA

10/10/12

## BOP Inmate/Resident Health Appraisal

13-40A

SUBJECTIVE

OBJECTIVE

ASSESSMENT

PLAN

**Facility:**

**Inmate Name:** PHILIPPE, GUY          **Inmate #** 09783-104 - BOP

**Signature:** Montford, Susan     **Title:**     **Date:** 08/12/2020   **Time:** 05:40:04 PM

Proprietary Information - Not For Distribution - Copyrighted - Property of CCA          10/10/12

97.3

# CORONAVIRUS DISEASE 2019 (COVID-19) INMATE SCREENING TOOL

| | |
|---|---|
| **1. Assess the Risk Of Exposure** | |
| ☐ Yes ☐ No | Traveled from, or through, any of the locations identified by the CDC as increasing epidemiologic risk within the last 14 days?  Link to CDC Criteria |
| ☐ Yes ☐ No | Had close contact with anyone diagnosed with the COVID-19 illness within the last 14 days? |

*If the answer to ALL the above risk of exposure questions is NO, then STOP here and proceed with normal intake. If the answer to ANY of the above risk of exposure questions is YES, then immediately assess symptoms.*

| **2. Assess Symptoms** | | Date of Onset: |
|---|---|---|
| ☐ Yes ☐ No | Fever (*Fever may not be present in some patients, such as elderly, immunosuppressed, or taking certain medications. Fever may be subjective or objective*). | |
| ☐ Yes ☐ No | Cough | |
| ☐ Yes ☐ No | Shortness of Breath (SOB) | |

**3. Implement Infection Prevention Control Measures if YES to the above questions in (2)**

**3a. The Symptomatic Patient**

If the patient has any symptoms, implement Standard, Contact, and Airborne Precautions with Eye Protection

- ☐ Report case promptly to facility leadership, infection prevention and control (IPC), public health and Regional and Central Office QIIPC Consultants.
- ☐ Place a surgical mask on the patient and minimize proximity to staff and inmates
- ☐ All staff escorting, evaluating, or in close contact (6 ft.) with the patient should perform hand hygiene, put on gloves, gown, fit-tested respirator (N-95), goggles or face shield and gloves before room entry or inmate contact. Inmate will wear a surgical mask. Doffing: gloves, gown, exit room, doff face shield then N-95 and wash hands.
- ☐ Escort patient to a *certified* Airborne Infection Isolation (AII) room.
- ☐ If no AII room is available, isolate in room with door closed and *preferably* air is exhausted outside.
- ☐ Prepare for transport to a designated referral healthcare facility in coordination with the local public health authority (do not call for transport service without prior notification and escort in place to move inmate).
- ☐ Minimize and keep a log of all persons interacting with (6ft.) or caring for, the inmate.
- ☐ Once the AII room is empty for two hours, it can be cleaned and disinfected with an EPA registered disinfectant (Emerging viral pathogens claim), by a person in proper PPE.
- ☐ Waste disposal: Double bag trash as hazardous waste. Linens: Double bag in linen hazard bag for washing in central laundry

**3b. The Asymptomatic Patient**

If the patient has no symptoms house in a single cell, and implement Standard, Contact and Droplet Precautions with Eye Protection

- ☐ Report case to facility leadership, QIICP, public health and Regional and Central Office QIIPC Consultants.
- ☐ House patient in a single cell. The preferred location is within Health Services. If unable to house patient in a single cell contact Regional and Central Office Infection Prevention and Control Consultants.
- ☐ Limit # of persons interacting with inmate. Utilize social distancing (6 ft.).
- ☐ Document a daily symptom assessment and temperature (Inmate can self-monitor with disposable thermometer or use non-contact thermometer. Utilize disposable food trays. Have inmate clean and disinfect room daily with disposable towels, if possible. Trash will be double bagged out of room.
- ☐ Staff entering room will perform hand hygiene, wear a gown, surgical mask, goggles or face shield and gloves. Inmate will wear a surgical mask. Remove PPE, except face shield and mask at exit. Outside room, remove mask and wash hands.
- ☐ Continue modified housing and observation procedures until 14 days after the last possible exposure date.
- ☐ If at any time the patient becomes symptomatic, implement the steps in 3a – The Symptomatic Patient.

Inmate Name (Last, First): **Philippe, Guy**   Registration # **09783-104**

Institution: McRae Correctional Facility

Provider Name/Signature: _____ Tangela Glasper, CMA   McRae Correctional Facility _____   Date: **8-20-20**

*February 2020, Version 2.0*



# CORONAVIRUS DISEASE 2019 (COVID-19) INMATE SCREENING TOOL

| 1. Assess the Risk Of Exposure | |
|---|---|
| ☐ Yes ☑ No | Traveled from, or through, any of the locations identified by the CDC as increasing epidemiologic risk within the last 14 days? Link to CDC Criteria |
| ☐ Yes ☑ No | Had close contact with anyone diagnosed with the COVID-19 illness within the last 14 days? |

*If the answer to ALL the above risk of exposure questions is NO, then STOP here and proceed with normal intake.*
*If the answer to ANY of the above risk of exposure questions is YES, then immediately assess symptoms.*

| 2. Assess Symptoms | | Date of Onset: |
|---|---|---|
| ☐ Yes ☐ No | Fever (*Fever may not be present in some patients, such as elderly, immunosuppressed, or taking certain medications.  Fever may be subjective or objective).* | |
| ☐ Yes ☐ No | Cough | |
| ☐ Yes ☐ No | Shortness of Breath (SOB) | |

| 3. Implement Infection Prevention Control Measures *if YES to the above questions in (2).* |
|---|

### 3a. The Symptomatic Patient

**If the patient has any symptoms, implement Standard, Contact, and Airborne Precautions with Eye Protection**
- ☐ Report case promptly to facility leadership, infection prevention and control (IPC), public health and Regional and Central Office QIIPC Consultants.
- ☐ Place a surgical mask on the patient and minimize proximity to staff and inmates
- ☐ All staff escorting, evaluating, or in close contact (6 ft.) with the patient should perform hand hygiene, put on gloves, gown, fit-tested respirator (N-95), goggles or face shield and gloves before room entry or inmate contact. Inmate will wear a surgical mask. Doffing: gloves, gown, exit room, doff face shield then N-95 and wash hands.
- ☐ Escort patient to a *certified* Airborne Infection Isolation (AII) room.
- ☐ If no AII room is available, isolate in room with door closed and *preferably* air is exhausted outside.
- ☐ Prepare for transport to a designated referral healthcare facility in coordination with the local public health  authority (do not call for transport service without prior notification and escort in place to move inmate).
- ☐ Minimize and keep a log of all persons interacting with (6ft.) or caring for, the inmate.
- ☐ Once the AII room is empty for two hours,  it can be cleaned and disinfected with an EPA registered disinfectant (Emerging viral pathogens claim), by a person in proper PPE.
- ☐ Waste disposal:  Double bag trash as hazardous waste.  Linens:  Double bag in linen hazard bag for washing in central laundry

### 3b. The Asymptomatic Patient

**If the patient has no symptoms house in a single cell, and implement Standard, Contact and Droplet Precautions with Eye Protection**
- ☐ Report case to facility leadership, QIICP, public health and Regional and Central Office QIIPC Consultants.
- ☐ House patient in a single cell.  The preferred location is within Health Services.  If unable to house patient in a single cell contact Regional and Central Office Infection Prevention and Control Consultants.
- ☐ Limit # of persons interacting with inmate.  Utilize social distancing (6 ft.).
- ☐ Document a daily symptom assessment and temperature (Inmate can self-monitor with disposable thermometer or use non-contact thermometer. Utilize disposable food trays. Have inmate clean and disinfect room daily with disposable towels, if possible.  Trash will be double bagged out of room.
- ☐ Staff entering room will perform hand hygiene, wear a gown, surgical mask, goggles or face shield and gloves.  Inmate will wear a surgical mask.  Remove PPE, except face shield and mask at exit.  Outside room, remove mask and wash hands.
- ☐ Continue modified housing and observation procedures until 14 days after the last possible exposure date.
- ☐ If at any time the patient becomes symptomatic, implement the steps in 3a – The Symptomatic Patient.

Inmate Name (Last, First): <u>Philippe, Guy</u>          Registration # <u>09783-104</u>
Institution:  <u>McRae Correctional Facility – MCA</u>
Provider Name/Signature: _____   Charles W. Staples, RN          Date: <u>8/17/20</u>
                                                          McRae Correctional Facility
*February 2020, Version 2.0*

*ana*

# CORONAVIRUS DISEASE 2019 (COVID-19) INMATE SCREENING TOOL

## 1.  Assess the Risk Of Exposure

| ☐ Yes   ☐ No | Traveled from, or through, any of the locations identified by the CDC as increasing epidemiologic risk within the last 14 days?  Link to CDC Criteria |
| ☐ Yes   ☐ No | Had close contact with anyone diagnosed with the COVID-19 illness within the last 14 days? |

*If the answer to ALL the above risk of exposure questions is NO, then STOP here and proceed with normal intake.*
*If the answer to ANY of the above risk of exposure questions is YES, then immediately assess symptoms.*

## 2.  Assess Symptoms                                                                                          Date of Onset:

| ☐ Yes | ☐ No | Fever (*Fever may not be present in some patients, such as elderly, immunosuppressed, or taking certain medications.  Fever may be subjective or objective*). | |
| ☐ Yes | ☐ No | Cough | |
| ☐ Yes | ☐ No | Shortness of Breath (SOB) | |

## 3.  Implement Infection Prevention Control Measures if YES to the above questions in (2)

### 3a  The Symptomatic Patient

**If the patient has any symptoms, implement Standard, Contact, and Airborne Precautions with Eye Protection**

- ☐ Report case promptly to facility leadership, infection prevention and control (IPC), public health and Regional and Central Office QIIPC Consultants.
- ☐ Place a surgical mask on the patient and minimize proximity to staff and inmates
- ☐ All staff escorting, evaluating, or in close contact (6 ft.) with the patient should perform hand hygiene, put on gloves, gown, fit-tested respirator (N-95), goggles or face shield and gloves before room entry or inmate contact. Inmate will wear a surgical mask.  Doffing: gloves, gown, exit room, doff face shield then N-95 and wash hands.
- ☐ Escort patient to a *certified* Airborne Infection Isolation (AII) room.
- ☐ If no AII room is available, isolate in room with door closed and *preferably* air is exhausted outside.
- ☐ Prepare for transport to a designated referral healthcare facility in coordination with the local public health  authority (do not call for transport service without prior notification and escort in place to move inmate).
- ☐ Minimize and keep a log of all persons interacting with (6ft.) or caring for, the inmate.
- ☐ Once the AII room is empty for two hours,  it can be cleaned and disinfected with an EPA registered disinfectant (Emerging viral pathogens claim), by a person in proper PPE.
- ☐ Waste disposal:  Double bag trash as hazardous waste.  Linens:  Double bag in linen hazard bag for washing in central laundry

### 3b  The Asymptomatic Patient

**If the patient has no symptoms house in a single cell, and implement Standard, Contact and Droplet Precautions with Eye Protection**

- ☐ Report case to facility leadership, QIICP, public health and Regional and Central Office QIIPC Consultants.
- ☐ House patient in a single cell.  The preferred location is within Health Services.  If unable to house patient in a single cell contact Regional and Central Office Infection Prevention and Control Consultants.
- ☐ Limit # of persons interacting with inmate.  Utilize social distancing (6 ft.).
- ☐ Document a daily symptom assessment and temperature (Inmate can self-monitor with disposable thermometer or use non-contact thermometer.  Utilize disposable food trays.  Have inmate clean and disinfect room daily with disposable towels, if possible.  Trash will be double bagged out of room.
- ☐ Staff entering room will perform hand hygiene, wear a gown, surgical mask, goggles or face shield and gloves.  Inmate will wear a surgical mask.  Remove PPE, except face shield and mask at exit.  Outside room, remove mask and wash hands.
- ☐ Continue modified housing and observation procedures until 14 days after the last possible exposure date.
- ☐ If at any time the patient becomes symptomatic, implement the steps in 3a -- The Symptomatic Patient.

Inmate Name (Last, First): __Philippe, Guy__                          Registration # __09783-104__

Institution:  __McRae Correctional Facility__

Provider Name/Signature: _____ Tangela Glasper, CMA _____  *(signature)*        Date: __8-19-20__
                                                           McRae Correctional Facility

*February 2020, Version 2.0*

# CORONAVIRUS DISEASE 2019 (COVID-19) INMATE SCREENING TOOL

| 1. | Assess the Risk Of Exposure | |
|---|---|---|
| ☐ Yes  ☑ No | Traveled from, or through, any of the locations identified by the CDC as increasing epidemiologic risk within the last 14 days?  Link to CDC Criteria | |
| ☐ Yes  ☑ No | Had close contact with anyone diagnosed with the COVID-19 illness within the last 14 days? | |

*If the answer to ALL the above risk of exposure questions is NO, then STOP here and proceed with normal intake.*
*If the answer to ANY of the above risk of exposure questions is YES, then immediately assess symptoms.*

| 2. | Assess Symptoms | Date of Onset: |
|---|---|---|
| ☐ Yes  ☐ No | **Fever** (*Fever may not be present in some patients, such as elderly, immunosuppressed, or taking certain medications.  Fever may be subjective or objective*). | |
| ☐ Yes  ☐ No | Cough | |
| ☐ Yes  ☐ No | Shortness of Breath (SOB) | |

## 3. Implement Infection Prevention Control Measures *if YES to the above questions in (2).*

### 3a. The Symptomatic Patient

**If the patient has any symptoms, implement Standard, Contact, and Airborne Precautions with Eye Protection**

☐ Report case promptly to facility leadership, infection prevention and control (IPC), public health and Regional and Central Office QIIPC Consultants.
☐ Place a surgical mask on the patient and minimize proximity to staff and inmates
☐ All staff escorting, evaluating, or in close contact (6 ft.) with the patient should perform hand hygiene, put on gloves, gown, fit-tested respirator (N-95), goggles or face shield and gloves before room entry or inmate contact. Inmate will wear a surgical mask. Doffing: gloves, gown, exit room, doff face shield then N-95 and wash hands.
☐ Escort patient to a *certified* Airborne Infection Isolation (AII) room.
☐ If no AII room is available, isolate in room with door closed and *preferably* air is exhausted outside.
☐ Prepare for transport to a designated referral healthcare facility in coordination with the local public health authority (do not call for transport service without prior notification and escort in place to move inmate).
☐ Minimize and keep a log of all persons interacting with (6ft.) or caring for, the inmate.
☐ Once the AII room is empty for two hours, it can be cleaned and disinfected with an EPA registered disinfectant (Emerging viral pathogens claim), by a person in proper PPE.
☐ Waste disposal: Double bag trash as hazardous waste. Linens:  Double bag in linen hazard bag for washing in central laundry

### 3b. The Asymptomatic Patient

**If the patient has no symptoms house in a single cell, and implement Standard, Contact and Droplet Precautions with Eye Protection**

☐ Report case to facility leadership, QIICP, public health and Regional and Central Office QIIPC Consultants.
☐ House patient in a single cell.  The preferred location is within Health Services.  If unable to house patient in a single cell contact Regional and Central Office Infection Prevention and Control Consultants.
☐ Limit # of persons interacting with inmate.  Utilize social distancing (6 ft.).
☐ Document a daily symptom assessment and temperature (Inmate can self-monitor with disposable thermometer or use non-contact thermometer. Utilize disposable food trays. Have inmate clean and disinfect room daily with disposable towels, if possible.  Trash will be double bagged out of room.
☐ Staff entering room will perform hand hygiene, wear a gown, surgical mask, goggles or face shield and gloves.  Inmate will wear a surgical mask. Remove PPE, except face shield and mask at exit.  Outside room, remove mask and wash hands.
☐ Continue modified housing and observation procedures until 14 days after the last possible exposure date.
☐ If at any time the patient becomes symptomatic, implement the steps in 3a – The Symptomatic Patient.

Inmate Name (Last, First): __Philippe, Guy__   Registration # __09783-104__
Institution:  __McRae Correctional Facility – MCA__
Provider Name/Signature: ___Tangela Glasper, CMA___   Date: __8-19-20__
                                            McRae Correctional Facility

*February 2020, Version 2.0*

# CORONAVIRUS DISEASE 2019 (COVID-19) INMATE SCREENING TOOL

## 1. Assess the Risk Of Exposure

| | |
|---|---|
| ☐ Yes   ☑ No | Traveled from, or through, any of the locations identified by the CDC as increasing epidemiologic risk within the last 14 days?  Link to CDC Criteria |
| ☐ Yes   ☑ No | Had close contact with anyone diagnosed with the COVID-19 illness within the last 14 days? |

*If the answer to ALL the above risk of exposure questions is NO, then STOP here and proceed with normal intake.*
*If the answer to ANY of the above risk of exposure questions is YES, then immediately assess symptoms.*

## 2. Assess Symptoms

Date of Onset:

| | |
|---|---|
| ☐ Yes   ☐ No | Fever (*Fever may not be present in some patients, such as elderly, immunosuppressed, or taking certain medications.  Fever may be subjective or objective*). |
| ☐ Yes   ☐ No | Cough |
| ☐ Yes   ☐ No | Shortness of Breath (SOB) |

## 3. Implement Infection Prevention Control Measures *if YES to the above questions in (2).*

### 3a. The Symptomatic Patient

If the patient has any symptoms, Implement Standard, Contact, and Airborne Precautions with Eye Protection

- ☐ Report case promptly to facility leadership, infection prevention and control (IPC), public health and Regional and Central Office QIIPC Consultants.
- ☐ Place a surgical mask on the patient and minimize proximity to staff and inmates
- ☐ All staff escorting, evaluating, or in close contact (6 ft.) with the patient should perform hand hygiene, put on gloves, gown, fit-tested respirator (N-95), goggles or face shield and gloves before room entry or inmate contact. Inmate will wear a surgical mask. Doffing: gloves, gown, exit room, doff face shield then N-95 and wash hands.
- ☐ Escort patient to a *certified* Airborne Infection Isolation (AII) room.
- ☐ If no AII room is available, isolate in room with door closed and *preferably* air is exhausted outside.
- ☐ Prepare for transport to a designated referral healthcare facility in coordination with the local public health authority (do not call for transport service without prior notification and escort in place to move inmate).
- ☐ Minimize and keep a log of all persons interacting with (6ft.) or caring for, the inmate.
- ☐ Once the AII room is empty for two hours, it can be cleaned and disinfected with an EPA registered disinfectant (Emerging viral pathogens claim), by a person in proper PPE.
- ☐ Waste disposal: Double bag trash as hazardous waste. Linens: Double bag in linen hazard bag for washing in central laundry

### 3b. The Asymptomatic Patient

If the patient has no symptoms house in a single cell, and implement Standard, Contact and Droplet Precautions with Eye Protection

- ☐ Report case to facility leadership, QIICP, public health and Regional and Central Office QIIPC Consultants.
- ☐ House patient in a single cell. The preferred location is within Health Services. If unable to house patient in a single cell contact Regional and Central Office Infection Prevention and Control Consultants.
- ☐ Limit # of persons interacting with inmate. Utilize social distancing (6 ft.).
- ☐ Document a daily symptom assessment and temperature (Inmate can self-monitor with disposable thermometer or use non-contact thermometer. Utilize disposable food trays. Have inmate clean and disinfect room daily with disposable towels, if possible. Trash will be double bagged out of room.
- ☐ Staff entering room will perform hand hygiene, wear a gown, surgical mask, goggles or face shield and gloves. Inmate will wear a surgical mask. Remove PPE, except face shield and mask at exit. Outside room, remove mask and wash hands.
- ☐ Continue modified housing and observation procedures until 14 days after the last possible exposure date.
- ☐ If at any time the patient becomes symptomatic, Implement the steps in 3a – The Symptomatic Patient.

Inmate Name (Last, First): Philippe, Guy        Registration # 09783-104

Institution: McRae Correctional Facility —MCA

Provider Name/Signature: Tangela Glasper, CMA        Date: 8-18-20
McRae Correctional Facility

*February 2020, Version 2.0*

97.2

# CORONAVIRUS DISEASE 2019 (COVID-19) INMATE SCREENING TOOL

| **1.** | **Assess the Risk Of Exposure** | |
|---|---|---|
| ☐ Yes ☑ No | Traveled from, or through, any of the locations identified by the CDC as increasing epidemiologic risk within the last 14 days?  Link to CDC Criteria | |
| ☐ Yes ☑ No | Had close contact with anyone diagnosed with the COVID-19 illness within the last 14 days? | |

*If the answer to ALL the above risk of exposure questions is NO, then STOP here and proceed with normal intake.*
*If the answer to ANY of the above risk of exposure questions is YES, then immediately assess symptoms.*

| **2.** | **Assess Symptoms** | **Date of Onset:** |
|---|---|---|
| ☐ Yes ☐ No | **Fever** (*Fever may not be present in some patients, such as elderly, immunosuppressed, or taking certain medications.  Fever may be subjective or objective*). | |
| ☐ Yes ☐ No | **Cough** | |
| ☐ Yes ☐ No | **Shortness of Breath (SOB)** | |

**3.   Implement Infection Prevention Control Measures** *if YES to the above questions in (2).*

### 3a. The Symptomatic Patient

**If the patient has any symptoms, implement Standard, Contact, and Airborne Precautions with Eye Protection**

☐ Report case promptly to facility leadership, infection prevention and control (IPC), public health and Regional and Central Office QIIPC Consultants.
☐ Place a surgical mask on the patient and minimize proximity to staff and inmates
☐ All staff escorting, evaluating, or in close contact (6 ft.) with the patient should perform hand hygiene, put on gloves, gown, fit-tested respirator (N-95), goggles or face shield and gloves before room entry or inmate contact. Inmate will wear a surgical mask.  Doffing: gloves, gown, exit room, doff face shield then N-95 and wash hands.
☐ Escort patient to a *certified* Airborne Infection Isolation (AII) room.
☐ If no AII room is available, isolate in room with door closed and *preferably* air is exhausted outside.
☐ Prepare for transport to a designated referral healthcare facility in coordination with the local public health  authority (do not call for transport service without prior notification and escort in place to move inmate).
☐ Minimize and keep a log of all persons interacting with (6ft.) or caring for, the inmate.
☐ Once the AII room is empty for two hours,  it can be cleaned and disinfected with an EPA registered disinfectant (Emerging viral pathogens claim), by a person in proper PPE.
☐ Waste disposal: Double bag trash as hazardous waste.  Linens:  Double bag in linen hazard bag for washing in central laundry

### 3b. The Asymptomatic Patient

**If the patient has no symptoms house in a single cell, and implement Standard, Contact and Droplet Precautions with Eye Protection**

☐ Report case to facility leadership, QIICP, public health and Regional and Central Office QIIPC Consultants.
☐ House patient in a single cell.  The preferred location is within Health Services.  If unable to house patient in a single cell contact Regional and Central Office Infection Prevention and Control Consultants.
☐ Limit # of persons interacting with inmate.  Utilize social distancing (6 ft.).
☐ Document a daily symptom assessment and temperature (Inmate can self-monitor with disposable thermometer or use non-contact thermometer. Utilize disposable food trays.  Have inmate clean and disinfect room daily with disposable towels, if possible.  Trash will be double bagged out of room.
☐ Staff entering room will perform hand hygiene, wear a gown, surgical mask, goggles or face shield and gloves.  Inmate will wear a surgical mask.  Remove PPE, except face shield and mask at exit.  Outside room, remove mask and wash hands.
☐ Continue modified housing and observation procedures until 14 days after the last possible exposure date.
☐ If at any time the patient becomes symptomatic, implement the steps in 3a – The Symptomatic Patient.

Inmate Name (Last, First): Philippe, Guy       Registration #  09783-104
Institution:  McRae Correctional Facility -- MCA
Provider Name/Signature: *JHattaway-RN*    Jordan Hattaway, RN
                                          McRae Correctional Facility   Date:   AUG 1 5 2020

*February 2020, Version 2.0*

97·2

# CORONAVIRUS DISEASE 2019 (COVID-19) INMATE SCREENING TOOL

| 1. | Assess the Risk Of Exposure | |
|---|---|---|
| ☐ Yes  ☑ No | Traveled from, or through, any of the locations identified by the CDC as increasing epidemiologic risk within the last 14 days?  Link to CDC Criteria | |
| ☐ Yes  ☑ No | Had close contact with anyone diagnosed with the COVID-19 illness within the last 14 days? | |

*If the answer to ALL the above risk of exposure questions is NO, then STOP here and proceed with normal intake.*
*If the answer to ANY of the above risk of exposure questions is YES, then immediately assess symptoms.*

| 2. | Assess Symptoms | Date of Onset: |
|---|---|---|
| ☐ Yes  ☐ No | Fever *(Fever may not be present in some patients, such as elderly, immunosuppressed, or taking certain medications.  Fever may be subjective or objective).* | |
| ☐ Yes  ☐ No | Cough | |
| ☐ Yes  ☐ No | Shortness of Breath (SOB) | |

## 3. Implement Infection Prevention Control Measures *if YES to the above questions in (2).*

### 3a. The Symptomatic Patient

**If the patient has any symptoms, implement Standard, Contact, and Airborne Precautions with Eye Protection**
- ☐ Report case promptly to facility leadership, infection prevention and control (IPC), public health and Regional and Central Office QIIPC Consultants.
- ☐ Place a surgical mask on the patient and minimize proximity to staff and inmates
- ☐ All staff escorting, evaluating, or in close contact (6 ft.) with the patient should perform hand hygiene, put on gloves, gown, fit-tested respirator (N-95), goggles or face shield and gloves before room entry or inmate contact. Inmate will wear a surgical mask. Doffing: gloves, gown, exit room, doff face shield then N-95 and wash hands.
- ☐ Escort patient to a *certified* Airborne Infection Isolation (AII) room.
- ☐ If no AII room is available, isolate in room with door closed and *preferably* air is exhausted outside.
- ☐ Prepare for transport to a designated referral healthcare facility in coordination with the local public health authority (do not call for transport service without prior notification and escort in place to move inmate).
- ☐ Minimize and keep a log of all persons interacting with (6ft.) or caring for, the inmate.
- ☐ Once the AII room is empty for two hours, it can be cleaned and disinfected with an EPA registered disinfectant (Emerging viral pathogens claim), by a person in proper PPE.
- ☐ Waste disposal:  Double bag trash as hazardous waste.  Linens: Double bag in linen hazard bag for washing in central laundry

### 3b. The Asymptomatic Patient

**If the patient has no symptoms house in a single cell, and implement Standard, Contact and Droplet Precautions with Eye Protection**
- ☐ Report case to facility leadership, QIICP, public health and Regional and Central Office QIIPC Consultants.
- ☐ House patient in a single cell.  The preferred location is within Health Services.  If unable to house patient in a single cell contact Regional and Central Office Infection Prevention and Control Consultants.
- ☐ Limit # of persons interacting with inmate.  Utilize social distancing (6 ft.).
- ☐ Document a daily symptom assessment and temperature (inmate can self-monitor with disposable thermometer or use non-contact thermometer. Utilize disposable food trays. Have inmate clean and disinfect room daily with disposable towels, if possible.  Trash will be double bagged out of room.
- ☐ Staff entering room will perform hand hygiene, wear a gown, surgical mask, goggles or face shield and gloves.  Inmate will wear a surgical mask. Remove PPE, except face shield and mask at exit.  Outside room, remove mask and wash hands.
- ☐ Continue modified housing and observation procedures until 14 days after the last possible exposure date.
- ☐ If at any time the patient becomes symptomatic, implement the steps in 3a – The Symptomatic Patient.

Inmate Name (Last, First): __Philippe, Guy__          Registration # __09783-104__
Institution: __McRae Correctional Facility – MCA__
Provider Name/Signature: _{Hattaway, RN_          Jordan Hattaway, RN          AUG 1 5 2020
                                                                        McRae Correctional Facility Date: _____

*February 2020, Version 2.0*

9n.3

# CORONAVIRUS DISEASE 2019 (COVID-19) INMATE SCREENING TOOL

| 1. Assess the Risk Of Exposure | |
|---|---|
| ☐ Yes  ☑ No | Traveled from, or through, any of the locations identified by the CDC as increasing epidemiologic risk within the last 14 days? Link to CDC Criteria |
| ☐ Yes  ☐ No | Had close contact with anyone diagnosed with the COVID-19 illness within the last 14 days? |

*If the answer to ALL the above risk of exposure questions is NO, then STOP here and proceed with normal intake.*
*If the answer to ANY of the above risk of exposure questions is YES, then immediately assess symptoms:*

| 2. Assess Symptoms | | Date of Onset: |
|---|---|---|
| ☐ Yes  ☐ No | Fever (*Fever may not be present in some patients, such as elderly, immunosuppressed, or taking certain medications. Fever may be subjective or objective*). | |
| ☐ Yes  ☐ No | Cough | |
| ☐ Yes  ☐ No | Shortness of Breath (SOB) | |

## 3. Implement Infection Prevention Control Measures if YES to the above questions in 1,2)

### 3a: The Symptomatic Patient

**If the patient has any symptoms, implement Standard, Contact, and Airborne Precautions with Eye Protection**

- ☐ Report case promptly to facility leadership, infection prevention and control (IPC), public health and Regional and Central Office QIIPC Consultants.
- ☐ Place a surgical mask on the patient and minimizes proximity to staff and inmates
- ☐ All staff escorting, evaluating, or in close contact (6 ft.) with the patient should perform hand hygiene, put on gloves, gown, fit-tested respirator (N-95), goggles or face shield and gloves before room entry or inmate contact. Inmate will wear a surgical mask. Doffing: gloves, gown, exit room, doff face shield then N-95 and wash hands.
- ☐ Escort patient to a *certified* Airborne Infection Isolation (AII) room.
- ☐ If no AII room is available, isolate in room with door closed and *preferably* air is exhausted outside.
- ☐ Prepare for transport to a designated referral healthcare facility in coordination with the local public health authority (do not call for transport service without prior notification and escort in place to move inmate).
- ☐ Minimize and keep a log of all persons interacting with (6ft.) or caring for, the inmate.
- ☐ Once the AII room is empty for two hours, it can be cleaned and disinfected with an EPA registered disinfectant (Emerging viral pathogens claim), by a person in proper PPE.
- ☐ Waste disposal: Double bag trash as hazardous waste. Linens: Double bag in linen hazard bag for washing in central laundry

### 3b: The Asymptomatic Patient

**If the patient has no symptoms house in a single cell, and implement Standard, Contact and Droplet Precautions with Eye Protection**

- ☐ Report case to facility leadership, QIICP, public health and Regional and Central Office QIIPC Consultants.
- ☐ House patient in a single cell. The preferred location is within Health Services. If unable to house patient in a single cell contact Regional and Central Office Infection Prevention and Control Consultants.
- ☐ Limit # of persons interacting with inmate. Utilize social distancing (6 ft.).
- ☐ Document a daily symptom assessment and temperature (Inmate can self-monitor with disposable thermometer or use non-contact thermometer. Utilize disposable food trays. Have inmate clean and disinfect room daily with disposable towels, if possible. Trash will be double bagged out of room.
- ☐ Staff entering room will perform hand hygiene, wear a gown, surgical mask, goggles or face shield and gloves. Inmate will wear a surgical mask. Remove PPE, except face shield and mask at exit. Outside room, remove mask and wash hands.
- ☐ Continue modified housing and observation procedures until 14 days after the last possible exposure date.
- ☐ If at any time the patient becomes symptomatic, implement the steps in 3a – The Symptomatic Patient.

Inmate Name (Last, First): **Philippe, Guy**          Registration # **09783-104**

Institution:  **McRae Correctional Facility**

Provider Name/Signature:          Tangela Glasper, CMA          Date: **AUG 0 7 2020**
                                   McRae Correctional Facility

*February 2020, Version 2.0*

# CORONAVIRUS DISEASE 2019 (COVID-19) INMATE SCREENING TOOL

G9

| 1. | Assess the Risk Of Exposure | |
|---|---|---|
| ☐ Yes  ☑ No | Traveled from, or through, any of the locations identified by the CDC as increasing epidemiologic risk within the last 14 days?  Link to CDC Criteria | |
| ☐ Yes  ☑ No | Had close contact with anyone diagnosed with the COVID-19 illness within the last 14 days? | |

*If the answer to ALL the above risk of exposure questions is NO, then STOP here and proceed with normal intake.*
*If the answer to ANY of the above risk of exposure questions is YES, then immediately assess symptoms.*

| 2. | Assess Symptoms | Date of Onset: |
|---|---|---|
| ☐ Yes  ☐ No | Fever (*Fever may not be present in some patients, such as elderly, immunosuppressed, or taking certain medications. Fever may be subjective or objective*). | |
| ☐ Yes  ☐ No | Cough | |
| ☐ Yes  ☐ No | Shortness of Breath (SOB) | |

## 3.   Implement Infection Prevention Control Measures *if YES to the above questions in (2).*

### 3a. The Symptomatic Patient

**If the patient has any symptoms, implement Standard, Contact, and Airborne Precautions with Eye Protection**

- ☐ Report case promptly to facility leadership, infection prevention and control (IPC), public health and Regional and Central Office QIIPC Consultants.
- ☐ Place a surgical mask on the patient and minimize proximity to staff and inmates
- ☐ All staff escorting, evaluating, or in close contact (6 ft.) with the patient should perform hand hygiene, put on gloves, gown, fit-tested respirator (N-95), goggles or face shield and gloves before room entry or inmate contact. Inmate will wear a surgical mask. Doffing: gloves, gown, exit room, doff face shield then N-95 and wash hands.
- ☐ Escort patient to a *certified* Airborne Infection Isolation (AII) room.
- ☐ If no AII room is available, isolate in room with door closed and *preferably* air is exhausted outside.
- ☐ Prepare for transport to a designated referral healthcare facility in coordination with the local public health authority (do not call for transport service without prior notification and escort in place to move inmate).
- ☐ Minimize and keep a log of all persons interacting with (6ft.) or caring for, the inmate.
- ☐ Once the AII room is empty for two hours, it can be cleaned and disinfected with an EPA registered disinfectant (Emerging viral pathogens claim), by a person in proper PPE.
- ☐ Waste disposal:  Double bag trash as hazardous waste.  Linens:  Double bag in linen hazard bag for washing in central laundry

### 3b. The Asymptomatic Patient

**If the patient has no symptoms house in a single cell, and implement Standard, Contact and Droplet Precautions with Eye Protection**

- ☐ Report case to facility leadership, QIICP, public health and Regional and Central Office QIIPC Consultants.
- ☐ House patient in a single cell.  The preferred location is within Health Services.  If unable to house patient in a single cell contact Regional and Central Office Infection Prevention and Control Consultants.
- ☐ Limit # of persons interacting with inmate.  Utilize social distancing (6 ft.).
- ☐ Document a daily symptom assessment and temperature (Inmate can self-monitor with disposable thermometer or use non-contact thermometer.  Utilize disposable food trays.  Have inmate clean and disinfect room daily with disposable towels, if possible.  Trash will be double bagged out of room.
- ☐ Staff entering room will perform hand hygiene, wear a gown, surgical mask, goggles or face shield and gloves.  Inmate will wear a surgical mask.  Remove PPE, except face shield and mask at exit.  Outside room, remove mask and wash hands.
- ☐ Continue modified housing and observation procedures until 14 days after the last possible exposure date.
- ☐ If at any time the patient becomes symptomatic, implement the steps in 3a – The Symptomatic Patient.

Inmate Name (Last, First): Philippe, Guy          Registration # 09783-104
Institution:  McRae Correctional Facility – MCA
Provider Name/Signature: Mary Ward          Mary Ward, RN
McRae Correctional Facility          Date: 8·13·20

*February 2020, Version 2.0*

972

# CORONAVIRUS DISEASE 2019 (COVID-19) INMATE SCREENING TOOL

## 1.  Assess the Risk Of Exposure

| ☐ Yes  ☑ No | Traveled from, or through, any of the locations identified by the CDC as increasing epidemiologic risk within the last 14 days?  Link to CDC Criteria |
| ☐ Yes  ☑ No | Had close contact with anyone diagnosed with the COVID-19 illness within the last 14 days? |

*If the answer to ALL the above risk of exposure questions is NO, then STOP here and proceed with normal intake.*
*If the answer to ANY of the above risk of exposure questions is YES, then immediately assess symptoms.*

## 2.  Assess Symptoms                                                                                    Date of Onset:

| ☐ Yes  ☐ No | Fever (*Fever may not be present in some patients, such as elderly, immunosuppressed, or taking certain medications.  Fever may be subjective or objective).* |  |
| ☐ Yes  ☐ No | Cough |  |
| ☐ Yes  ☐ No | Shortness of Breath (SOB) |  |

## 3.  Implement Infection Prevention Control Measures *if YES to the above questions in (2).*

### 3a. The Symptomatic Patient

**If the patient has any symptoms, implement Standard, Contact, and Airborne Precautions with Eye Protection**
- ☐ Report case promptly to facility leadership, infection prevention and control (IPC), public health and Regional and Central Office QIIPC Consultants.
- ☐ Place a surgical mask on the patient and minimize proximity to staff and inmates
- ☐ All staff escorting, evaluating, or in close contact (6 ft.) with the patient should perform hand hygiene, put on gloves, gown, fit-tested respirator (N-95), goggles or face shield and gloves before room entry or inmate contact. Inmate will wear a surgical mask.  Doffing: gloves, gown, exit room, doff face shield then N-95 and wash hands.
- ☐ Escort patient to a *certified* Airborne Infection Isolation (AII) room.
- ☐ If no AII room is available, isolate in room with door closed and *preferably* air is exhausted outside.
- ☐ Prepare for transport to a designated referral healthcare facility in coordination with the local public health  authority (do not call for transport service without prior notification and escort in place to move inmate).
- ☐ Minimize and keep a log of all persons interacting with (6ft.) or caring for, the inmate.
- ☐ Once the AII room is empty for two hours,  it can be cleaned and disinfected with an EPA registered disinfectant (Emerging viral pathogens claim), by a person in proper PPE.
- ☐ Waste disposal:  Double bag trash as hazardous waste.  Linens:  Double bag in linen hazard bag for washing in central laundry

### 3b. The Asymptomatic Patient

**If the patient has no symptoms house in a single cell, and implement Standard, Contact and Droplet Precautions with Eye Protection**
- ☐ Report case to facility leadership, QIICP, public health and Regional and Central Office QIIPC Consultants.
- ☐ House patient in a single cell.  The preferred location is within Health Services.  If unable to house patient in a single cell  contact Regional and Central Office Infection Prevention and Control Consultants.
- ☐ Limit # of persons interacting with inmate. Utilize social distancing (6 ft.).
- ☐ Document a daily symptom assessment and temperature (Inmate can self-monitor with disposable thermometer or use non-contact thermometer. Utilize disposable food trays.  Have inmate clean and disinfect room daily with disposable towels, if possible. Trash will be double bagged out of room.
- ☐ Staff entering room will perform hand hygiene, wear a gown, surgical mask, goggles or face shield and gloves.  Inmate will wear a surgical mask.  Remove PPE, except face shield and mask at exit.  Outside room, remove mask and wash hands.
- ☐ Continue modified housing and observation procedures until 14 days after the last possible exposure date.
- ☐ If at any time the patient becomes symptomatic, implement the steps in 3a – The Symptomatic Patient.

Inmate Name (Last, First): Philippe, Guy            Registration #  09783-104
Institution:   McRae Correctional Facility – MCA
Provider Name/Signature: *J Hattaway RN*     Jordan Hattaway, RN   Date:  AUG 1 4 2020
                                                                          McRae Correctional Facility

*February 2020, Version 2.0*

# CORONAVIRUS DISEASE 2019 (COVID-19) INMATE SCREENING TOOL

| 1. | Assess the Risk Of Exposure | |
|---|---|---|
| ☐ Yes ☑ No | Traveled from, or through, any of the locations identified by the CDC as increasing epidemiologic risk within the last 14 days?  Link to CDC Criteria | |
| ☐ Yes ☑ No | Had close contact with anyone diagnosed with the COVID-19 illness within the last 14 days? | |

*If the answer to ALL the above risk of exposure questions is NO, then STOP here and proceed with normal intake.*
*If the answer to ANY of the above risk of exposure questions is YES, then immediately assess symptoms.*

| 2. | Assess Symptoms | Date of Onset: |
|---|---|---|
| ☐ Yes ☐ No | **Fever** (*Fever may not be present in some patients, such as elderly, immunosuppressed, or taking certain medications.  Fever may be subjective or objective*). | |
| ☐ Yes ☐ No | Cough | |
| ☐ Yes ☐ No | Shortness of Breath (SOB) | |

**3.   Implement Infection Prevention Control Measures** *if YES to the above questions in (2).*

### 3a. The Symptomatic Patient

**If the patient has any symptoms, implement Standard, Contact, and Airborne Precautions with Eye Protection**

- ☐ Report case promptly to facility leadership, infection prevention and control (IPC), public health and Regional and Central Office QIIPC Consultants.
- ☐ Place a surgical mask on the patient and minimize proximity to staff and inmates
- ☐ All staff escorting, evaluating, or in close contact (6 ft.) with the patient should perform hand hygiene, put on gloves, gown, fit-tested respirator (N-95), goggles or face shield and gloves before room entry or inmate contact. Inmate will wear a surgical mask.  Doffing: gloves, gown, exit room, doff face shield then N-95 and wash hands.
- ☐ Escort patient to a *certified* Airborne Infection Isolation (AII) room.
- ☐ If no AII room is available, isolate in room with door closed and *preferably* air is exhausted outside.
- ☐ Prepare for transport to a designated referral healthcare facility in coordination with the local public health authority (do not call for transport service without prior notification and escort in place to move inmate).
- ☐ Minimize and keep a log of all persons interacting with (6ft.) or caring for, the inmate.
- ☐ Once the AII room is empty for two hours, it can be cleaned and disinfected with an EPA registered disinfectant (Emerging viral pathogens claim), by a person in proper PPE.
- ☐ Waste disposal: Double bag trash as hazardous waste.  Linens: Double bag in linen hazard bag for washing in central laundry

### 3b. The Asymptomatic Patient

**If the patient has no symptoms house in a single cell, and implement Standard, Contact and Droplet Precautions with Eye Protection**

- ☐ Report case to facility leadership, QIICP, public health and Regional and Central Office QIIPC Consultants.
- ☐ House patient in a single cell.  The preferred location is within Health Services.  If unable to house patient in a single cell contact Regional and Central Office Infection Prevention and Control Consultants.
- ☐ Limit # of persons interacting with inmate.  Utilize social distancing (6 ft.).
- ☐ Document a daily symptom assessment and temperature (Inmate can self-monitor with disposable thermometer or use non-contact thermometer. Utilize disposable food trays.  Have inmate clean and disinfect room daily with disposable towels, if possible.  Trash will be double bagged out of room.
- ☐ Staff entering room will perform hand hygiene, wear a gown, surgical mask, goggles or face shield and gloves.  Inmate will wear a surgical mask.  Remove PPE, except face shield and mask at exit.  Outside room, remove mask and wash hands.
- ☐ Continue modified housing and observation procedures until 14 days after the last possible exposure date.
- ☐ If at any time the patient becomes symptomatic, implement the steps in 3a – The Symptomatic Patient.

Inmate Name (Last, First): _Philippe, Guy_          Registration # _09783-104_

Institution:  _McRae Correctional Facility – MCA_

Provider Name/Signature: _Jordan Hattaway RN_          Jordan Hattaway, RN   McRae Correctional Facility Date: _AUG 1 4 2020_

*February 2020, Version 2.0*

# CORONAVIRUS DISEASE 2019 (COVID-19) INMATE SCREENING TOOL

979

| 1. | Assess the Risk Of Exposure | |
|---|---|---|
| ☐ Yes  ☑ No | Traveled from, or through, any of the locations identified by the CDC as increasing epidemiologic risk within the last 14 days?  Link to CDC Criteria | |
| ☐ Yes  ☑ No | Had close contact with anyone diagnosed with the COVID-19 illness within the last 14 days? | |

*If the answer to ALL the above risk of exposure questions is NO, then STOP here and proceed with normal intake.*
*If the answer to ANY of the above risk of exposure questions is YES, then immediately assess symptoms.*

| 2. | Assess Symptoms | Date of Onset: |
|---|---|---|
| ☐ Yes  ☐ No | Fever (*Fever may not be present in some patients, such as elderly, immunosuppressed, or taking certain medications.  Fever may be subjective or objective*). | |
| ☐ Yes  ☐ No | Cough | |
| ☐ Yes  ☐ No | Shortness of Breath (SOB) | |

## 3. Implement Infection Prevention Control Measures *if YES to the above questions in (2).*

### 3a. The Symptomatic Patient

**If the patient has any symptoms, implement Standard, Contact, and Airborne Precautions with Eye Protection**
- ☐ Report case promptly to facility leadership, infection prevention and control (IPC), public health and Regional and Central Office QIIPC Consultants.
- ☐ Place a surgical mask on the patient and minimize proximity to staff and inmates
- ☐ All staff escorting, evaluating, or in close contact (6 ft.) with the patient should perform hand hygiene, put on gloves, gown, fit-tested respirator (N-95), goggles or face shield and gloves before room entry or inmate contact. Inmate will wear a surgical mask. Doffing: gloves, gown, exit room, doff face shield then N-95 and wash hands.
- ☐ Escort patient to a *certified* Airborne Infection Isolation (AII) room.
- ☐ If no AII room is available, isolate in room with door closed and *preferably* air is exhausted outside.
- ☐ Prepare for transport to a designated referral healthcare facility in coordination with the local public health authority (do not call for transport service without prior notification and escort in place to move inmate).
- ☐ Minimize and keep a log of all persons interacting with (6ft.) or caring for, the inmate.
- ☐ Once the AII room is empty for two hours, it can be cleaned and disinfected with an EPA registered disinfectant (Emerging viral pathogens claim), by a person in proper PPE.
- ☐ Waste disposal: Double bag trash as hazardous waste. Linens: Double bag in linen hazard bag for washing in central laundry

### 3b. The Asymptomatic Patient

**If the patient has no symptoms house in a single cell, and implement Standard, Contact and Droplet Precautions with Eye Protection**
- ☐ Report case to facility leadership, QIICP, public health and Regional and Central Office QIIPC Consultants.
- ☐ House patient in a single cell. The preferred location is within Health Services. If unable to house patient in a single cell contact Regional and Central Office Infection Prevention and Control Consultants.
- ☐ Limit # of persons interacting with inmate. Utilize social distancing (6 ft.).
- ☐ Document a daily symptom assessment and temperature (Inmate can self-monitor with disposable thermometer or use non-contact thermometer. Utilize disposable food trays. Have inmate clean and disinfect room daily with disposable towels, if possible. Trash will be double bagged out of room.
- ☐ Staff entering room will perform hand hygiene, wear a gown, surgical mask, goggles or face shield and gloves. Inmate will wear a surgical mask. Remove PPE, except face shield and mask at exit. Outside room, remove mask and wash hands.
- ☐ Continue modified housing and observation procedures until 14 days after the last possible exposure date.
- ☐ If at any time the patient becomes symptomatic, implement the steps in 3a – The Symptomatic Patient.

Inmate Name (Last, First): Philippe, Guy            Registration # 09783-104

Institution:  McRae Correctional Facility – MCA       Mary Ward, RN

Provider Name/Signature: *Mary Ward RN*  McRae Correctional Facility   Date: 8.13.20

*February 2020, Version 2.0*

97.2

# CORONAVIRUS DISEASE 2019 (COVID-19) INMATE SCREENING TOOL

| 1. | Assess the Risk Of Exposure | |
|---|---|---|
| ☐ Yes   ☐ No | Traveled from, or through, any of the locations identified by the CDC as increasing epidemiologic risk within the last 14 days?  Link to CDC Criteria | |
| ☐ Yes   ☐ No | Had close contact with anyone diagnosed with the COVID-19 illness within the last 14 days? | |

*If the answer to ALL the above risk of exposure questions is NO, then STOP here and proceed with normal intake.*
*If the answer to ANY of the above risk of exposure questions is YES, then immediately assess symptoms.*

| 2. | Assess Symptoms | Date of Onset: |
|---|---|---|
| ☐ Yes   ☐ No | Fever (*Fever may not be present in some patients, such as elderly, immunosuppressed, or taking certain medications.  Fever may be subjective or objective*). | |
| ☐ Yes   ☐ No | Cough | |
| ☐ Yes   ☐ No | Shortness of Breath (SOB) | |

## 3.   Implement Infection Prevention Control Measures *if YES to the above questions in (2).*

### 3a. The Symptomatic Patient

**If the patient has any symptoms, implement Standard, Contact, and Airborne Precautions with Eye Protection**

- ☐ Report case promptly to facility leadership, infection prevention and control (IPC), public health and Regional and Central Office QIIPC Consultants.
- ☐ Place a surgical mask on the patient and minimize proximity to staff and inmates
- ☐ All staff escorting, evaluating, or in close contact (6 ft.) with the patient should perform hand hygiene, put on gloves, gown, fit-tested respirator (N-95), goggles or face shield and gloves before room entry or inmate contact. Inmate will wear a surgical mask. Doffing: gloves, gown, exit room, doff face shield then N-95 and wash hands.
- ☐ Escort patient to a *certified* Airborne Infection Isolation (AII) room.
- ☐ If no AII room is available, isolate in room with door closed and *preferably* air is exhausted outside.
- ☐ Prepare for transport to a designated referral healthcare facility in coordination with the local public health authority (do not call for transport service without prior notification and escort in place to move inmate).
- ☐ Minimize and keep a log of all persons interacting with (6ft.) or caring for, the inmate.
- ☐ Once the AII room is empty for two hours, it can be cleaned and disinfected with an EPA registered disinfectant (Emerging viral pathogens claim), by a person in proper PPE.
- ☐ Waste disposal: Double bag trash as hazardous waste.  Linens: Double bag in linen hazard bag for washing in central laundry

### 3b. The Asymptomatic Patient

**If the patient has no symptoms house in a single cell, and implement Standard, Contact and Droplet Precautions with Eye Protection**

- ☐ Report case to facility leadership, QIICP, public health and Regional and Central Office QIIPC Consultants.
- ☐ House patient in a single cell.  The preferred location is within Health Services.  If unable to house patient in a single cell contact Regional and Central Office Infection Prevention and Control Consultants.
- ☐ Limit # of persons interacting with inmate.  Utilize social distancing (6 ft.).
- ☐ Document a daily symptom assessment and temperature (Inmate can self-monitor with disposable thermometer or use non-contact thermometer. Utilize disposable food trays. Have inmate clean and disinfect room daily with disposable towels, if possible.  Trash will be double bagged out of room.
- ☐ Staff entering room will perform hand hygiene, wear a gown, surgical mask, goggles or face shield and gloves.  Inmate will wear a surgical mask. Remove PPE, except face shield and mask at exit.  Outside room, remove mask and wash hands.
- ☐ Continue modified housing and observation procedures until 14 days after the last possible exposure date.
- ☐ If at any time the patient becomes symptomatic, implement the steps in 3a – The Symptomatic Patient.

Inmate Name (Last, First): Philippe, Guy          Registration #  09783-104
Institution:  McRae Correctional Facility – MCA
Provider Name/Signature: _Sandra West RN_          Date: _8-16-20_
*February 2020, Version 2.0*
                                        Sandra West, RN
                                        McRae Correctional
                                        Facility



# CORONAVIRUS DISEASE 2019 (COVID-19) INMATE SCREENING TOOL

| **1. Assess the Risk Of Exposure** | | |
|---|---|---|
| ☐ Yes   ☐ No | Traveled from, or through, any of the locations identified by the CDC as increasing epidemiologic risk within the last 14 days?  Link to CDC Criteria | |
| ☐ Yes   ☐ No | Had close contact with anyone diagnosed with the COVID-19 illness within the last 14 days? | |

*If the answer to ALL the above risk of exposure questions is NO, then STOP here and proceed with normal intake.*
*If the answer to ANY of the above risk of exposure questions is YES, then immediately assess symptoms.*

| **2. Assess Symptoms** | | Date of Onset: |
|---|---|---|
| ☐ Yes   ☐ No | Fever (*Fever may not be present in some patients, such as elderly, immunosuppressed, or taking certain medications.  Fever may be subjective or objective).* | |
| ☐ Yes   ☐ No | Cough | |
| ☐ Yes   ☐ No | Shortness of Breath (SOB) | |

## 3. Implement Infection Prevention Control Measures *if YES to the above questions in (2).*

### 3a. The Symptomatic Patient

**If the patient has any symptoms, implement Standard, Contact, and Airborne Precautions with Eye Protection**
- ☐ Report case promptly to facility leadership, infection prevention and control (IPC), public health and Regional and Central Office QIIPC Consultants.
- ☐ Place a surgical mask on the patient and minimize proximity to staff and inmates
- ☐ All staff escorting, evaluating, or in close contact (6 ft.) with the patient should perform hand hygiene, put on gloves, gown, fit-tested respirator (N-95), goggles or face shield and gloves before room entry or inmate contact. Inmate will wear a surgical mask. Doffing: gloves, gown, exit room, doff face shield then N-95 and wash hands.
- ☐ Escort patient to a *certified* Airborne Infection Isolation (AII) room.
- ☐ If no AII room is available, isolate in room with door closed and *preferably* air is exhausted outside.
- ☐ Prepare for transport to a designated referral healthcare facility in coordination with the local public health authority (do not call for transport service without prior notification and escort in place to move inmate).
- ☐ Minimize and keep a log of all persons interacting with (6ft.) or caring for, the inmate.
- ☐ Once the AII room is empty for two hours, it can be cleaned and disinfected with an EPA registered disinfectant (Emerging viral pathogens claim), by a person in proper PPE.
- ☐ Waste disposal: Double bag trash as hazardous waste. Linens: Double bag in linen hazard bag for washing in central laundry

### 3b. The Asymptomatic Patient

**If the patient has no symptoms house in a single cell, and implement Standard, Contact and Droplet Precautions with Eye Protection**
- ☐ Report case to facility leadership, QIICP, public health and Regional and Central Office QIIPC Consultants.
- ☐ House patient in a single cell. The preferred location is within Health Services. If unable to house patient in a single cell contact Regional and Central Office Infection Prevention and Control Consultants.
- ☐ Limit # of persons interacting with inmate. Utilize social distancing (6 ft.).
- ☐ Document a daily symptom assessment and temperature (Inmate can self-monitor with disposable thermometer or use non-contact thermometer. Utilize disposable food trays. Have inmate clean and disinfect room daily with disposable towels, if possible. Trash will be double bagged out of room.
- ☐ Staff entering room will perform hand hygiene, wear a gown, surgical mask, goggles or face shield and gloves. Inmate will wear a surgical mask. Remove PPE, except face shield and mask at exit. Outside room, remove mask and wash hands.
- ☐ Continue modified housing and observation procedures until 14 days after the last possible exposure date.
- ☐ If at any time the patient becomes symptomatic, implement the steps in 3a – The Symptomatic Patient.

nmate Name (Last, First): Philippe, Guy          Registration # 09783-104
Institution:  McRae Correctional Facility – MCA
Provider Name/Signature: _Sandra West RN_          Date: _8-16-20_

*February 2020, Version 2.0*

Sandra West, RN
McRae Correctional
Facility

97

# CORONAVIRUS DISEASE 2019 (COVID-19) INMATE SCREENING TOOL

| 1. Assess the Risk Of Exposure | | |
|---|---|---|
| ☐ Yes  ☑ No | Traveled from, or through, any of the locations identified by the CDC as increasing epidemiologic risk within the last 14 days? Link to CDC Criteria | |
| ☐ Yes  ☑ No | Had close contact with anyone diagnosed with the COVID-19 illness within the last 14 days? | |

*If the answer to ALL the above risk of exposure questions is NO, then STOP here and proceed with normal intake.*
*If the answer to ANY of the above risk of exposure questions is YES, then immediately assess symptoms.*

| 2. Assess Symptoms | | Date of Onset: |
|---|---|---|
| ☐ Yes  ☐ No | Fever (*Fever may not be present in some patients, such as elderly, immunosuppressed, or taking certain medications. Fever may be subjective or objective*). | |
| ☐ Yes  ☐ No | Cough | |
| ☐ Yes  ☐ No | Shortness of Breath (SOB) | |

## 3. Implement Infection Prevention Control Measures *if YES to the above questions in (2).*

### 3a. The Symptomatic Patient

**If the patient has any symptoms, implement Standard, Contact, and Airborne Precautions with Eye Protection**
- ☐ Report case promptly to facility leadership, infection prevention and control (IPC), public health and Regional and Central Office QIIPC Consultants.
- ☐ Place a surgical mask on the patient and minimize proximity to staff and inmates
- ☐ All staff escorting, evaluating, or in close contact (6 ft.) with the patient should perform hand hygiene, put on gloves, gown, fit-tested respirator (N-95), goggles or face shield and gloves before room entry or inmate contact. Inmate will wear a surgical mask. Doffing: gloves, gown, exit room, doff face shield then N-95 and wash hands.
- ☐ Escort patient to a *certified* Airborne Infection Isolation (AII) room.
- ☐ If no AII room is available, isolate in room with door closed and *preferably* air is exhausted outside.
- ☐ Prepare for transport to a designated referral healthcare facility in coordination with the local public health authority (do not call for transport service without prior notification and escort in place to move inmate).
- ☐ Minimize and keep a log of all persons interacting with (6ft.) or caring for, the inmate.
- ☐ Once the AII room is empty for two hours, it can be cleaned and disinfected with an EPA registered disinfectant (Emerging viral pathogens claim), by a person in proper PPE.
- ☐ Waste disposal: Double bag trash as hazardous waste. Linens: Double bag in linen hazard bag for washing in central laundry

### 3b. The Asymptomatic Patient

**If the patient has no symptoms house in a single cell, and implement Standard, Contact and Droplet Precautions with Eye Protection**
- ☐ Report case to facility leadership, QIICP, public health and Regional and Central Office QIIPC Consultants.
- ☐ House patient in a single cell. The preferred location is within Health Services. If unable to house patient in a single cell contact Regional and Central Office Infection Prevention and Control Consultants.
- ☐ Limit # of persons interacting with inmate. Utilize social distancing (6 ft.).
- ☐ Document a daily symptom assessment and temperature (Inmate can self-monitor with disposable thermometer or use non-contact thermometer. Utilize disposable food trays. Have inmate clean and disinfect room daily with disposable towels, if possible. Trash will be double bagged out of room.
- ☐ Staff entering room will perform hand hygiene, wear a gown, surgical mask, goggles or face shield and gloves. Inmate will wear a surgical mask. Remove PPE, except face shield and mask at exit. Outside room, remove mask and wash hands.
- ☐ Continue modified housing and observation procedures until 14 days after the last possible exposure date.
- ☐ If at any time the patient becomes symptomatic, implement the steps in 3a – The Symptomatic Patient.

Inmate Name (Last, First): Philippe, Guy          Registration # 09783-104
Institution: McRae Correctional Facility – MCA          Charles W. Staples, RN
                                                                              McRae Correctional Facility
Provider Name/Signature: _____          Date: 8/9/20

*February 2020, Version 2.0*

9⁷³

# CORONAVIRUS DISEASE 2019 (COVID-19) INMATE SCREENING TOOL

## 1.   Assess the Risk Of Exposure

| ☐ Yes ☑ No | Traveled from, or through, any of the locations identified by the CDC as increasing epidemiologic risk within the last 14 days? <u>Link to CDC Criteria</u> |
| ☐ Yes ☑ No | Had close contact with anyone diagnosed with the COVID-19 illness within the last 14 days? |

*If the answer to ALL the above risk of exposure questions is NO, then STOP here and proceed with normal intake.*
*If the answer to ANY of the above risk of exposure questions is YES, then immediately assess symptoms.*

## 2.   Assess Symptoms

Date of Onset:

| ☐ Yes ☐ No | Fever (*Fever may not be present in some patients, such as elderly, immunosuppressed, or taking certain medications. Fever may be subjective or objective*). |
| ☐ Yes ☐ No | Cough |
| ☐ Yes ☐ No | Shortness of Breath (SOB) |

## 3.   Implement Infection Prevention Control Measures *if YES to the above questions in (2).*

### 3a. The Symptomatic Patient

**If the patient has any symptoms, implement Standard, Contact, and Airborne Precautions with Eye Protection**

☐ Report case promptly to facility leadership, infection prevention and control (IPC), public health and Regional and Central Office QIIPC Consultants.
☐ Place a surgical mask on the patient and minimize proximity to staff and inmates
☐ All staff escorting, evaluating, or in close contact (6 ft.) with the patient should perform hand hygiene, put on gloves, gown, fit-tested respirator (N-95), goggles or face shield and gloves before room entry or inmate contact. Inmate will wear a surgical mask.  Doffing: gloves, gown, exit room, doff face shield then N-95 and wash hands.
☐ Escort patient to a *certified* Airborne Infection Isolation (AII) room.
☐ If no AII room is available, isolate in room with door closed and *preferably* air is exhausted outside.
☐ Prepare for transport to a designated referral healthcare facility in coordination with the local public health authority (do not call for transport service without prior notification and escort in place to move inmate).
☐ Minimize and keep a log of all persons interacting with (6ft.) or caring for, the inmate.
☐ Once the AII room is empty for two hours, it can be cleaned and disinfected with an EPA registered disinfectant (Emerging viral pathogens claim), by a person in proper PPE.
☐ Waste disposal:  Double bag trash as hazardous waste.  Linens:  Double bag in linen hazard bag for washing in central laundry

### 3b. The Asymptomatic Patient

**If the patient has no symptoms house in a single cell, and implement Standard, Contact and Droplet Precautions with Eye Protection**

☐ Report case to facility leadership, QIICP, public health and Regional and Central Office QIIPC Consultants.
☐ House patient in a single cell.  The preferred location is within Health Services.  If unable to house patient in a single cell contact Regional and Central Office Infection Prevention and Control Consultants.
☐ Limit # of persons interacting with inmate.  Utilize social distancing (6 ft.).
☐ Document a daily symptom assessment and temperature (Inmate can self-monitor with disposable thermometer or use non-contact thermometer. Utilize disposable food trays.  Have inmate clean and disinfect room daily with disposable towels, if possible.  Trash will be double bagged out of room.
☐ Staff entering room will perform hand hygiene, wear a gown, surgical mask, goggles or face shield and gloves.  Inmate will wear a surgical mask.  Remove PPE, except face shield and mask at exit.  Outside room, remove mask and wash hands.
☐ Continue modified housing and observation procedures until 14 days after the last possible exposure date.
☐ If at any time the patient becomes symptomatic, implement the steps in 3a - The Symptomatic Patient.

nmate Name (Last, First): Philippe, Guy          Registration #  09783-104
Institution:  McRae Correctional Facility – MCA

Charles W. Staples, RN
McRae Correctional Facility

Provider Name/Signature: _____          Date:  8/9/20

*February 2020, Version 2.0*

# CORONAVIRUS DISEASE 2019 (COVID-19) INMATE SCREENING TOOL

| 1. | Assess the Risk Of Exposure | |
|---|---|---|
| ☐ Yes  ☑ No | Traveled from, or through, any of the locations identified by the CDC as increasing epidemiologic risk within the last 14 days? Link to CDC Criteria | |
| ☐ Yes  ☑ No | Had close contact with anyone diagnosed with the COVID-19 illness within the last 14 days? | |

*If the answer to ALL the above risk of exposure questions is NO, then STOP here and proceed with normal intake.*
*If the answer to ANY of the above risk of exposure questions is YES, then immediately assess symptoms.*

| 2. | Assess Symptoms | Date of Onset: |
|---|---|---|
| ☐ Yes  ☐ No | **Fever** (*Fever may not be present in some patients, such as elderly, immunosuppressed, or taking certain medications.  Fever may be subjective or objective).* | |
| ☐ Yes  ☐ No | **Cough** | |
| ☐ Yes  ☐ No | **Shortness of Breath (SOB)** | |

## 3.  Implement Infection Prevention Control Measures *if YES to the above questions in (2).*

### 3a. The Symptomatic Patient

**If the patient has any symptoms, implement Standard, Contact, and Airborne Precautions with Eye Protection**

- ☐ Report case promptly to facility leadership, infection prevention and control (IPC), public health and Regional and Central Office QIIPC Consultants.
- ☐ Place a surgical mask on the patient and minimize proximity to staff and inmates
- ☐ All staff escorting, evaluating, or in close contact (6 ft.) with the patient should perform hand hygiene, put on gloves, gown, fit-tested respirator (N-95), goggles or face shield and gloves before room entry or inmate contact. Inmate will wear a surgical mask.  Doffing: gloves, gown, exit room, doff face shield then N-95 and wash hands.
- ☐ Escort patient to a *certified* Airborne Infection Isolation (AII) room.
- ☐ If no AII room is available, isolate in room with door closed and *preferably* air is exhausted outside.
- ☐ Prepare for transport to a designated referral healthcare facility in coordination with the local public health  authority (do not call for transport service without prior notification and escort in place to move inmate).
- ☐ Minimize and keep a log of all persons interacting with (6ft.) or caring for, the inmate.
- ☐ Once the AII room is empty for two hours,  it can be cleaned and disinfected with an EPA registered disinfectant (Emerging viral pathogens claim), by a person in proper PPE.
- ☐ Waste disposal:  Double bag trash as hazardous waste.  Linens:  Double bag in linen hazard bag for washing in central laundry

### 3b. The Asymptomatic Patient

**If the patient has no symptoms house in a single cell, and implement Standard, Contact and Droplet Precautions with Eye Protection**

- ☐ Report case to facility leadership, QIICP, public health and Regional and Central Office QIIPC Consultants.
- ☐ House patient in a single cell.  The preferred location is within Health Services.  If unable to house patient in a single cell contact Regional and Central Office Infection Prevention and Control Consultants.
- ☐ Limit # of persons interacting with inmate.  Utilize social distancing (6 ft.).
- ☐ Document a daily symptom assessment and temperature (inmate can self-monitor with disposable thermometer or use non-contact thermometer. Utilize disposable food trays.  Have inmate clean and disinfect room daily with disposable towels, if possible.  Trash will be double bagged out of room.
- ☐ Staff entering room will perform hand hygiene, wear a gown, surgical mask, goggles or face shield and gloves.  Inmate will wear a surgical mask.  Remove PPE, except face shield and mask at exit.  Outside room, remove mask and wash hands.
- ☐ Continue modified housing and observation procedures until 14 days after the last possible exposure date.
- ☐ If at any time the patient becomes symptomatic, implement the steps in 3a -- The Symptomatic Patient.

---

nmate Name (Last, First): Philippe, Guy          Registration # 09783-104

Institution:  McRae Correctional Facility – MCA          Charles W. Staples, RN
                                                        McRae Correctional Facility

Provider Name/Signature: _____          Date: 8/9/20

*February 2020, Version 2.0*

 q7³

# CORONAVIRUS DISEASE 2019 (COVID-19) INMATE SCREENING TOOL

| 1. Assess the Risk Of Exposure | | |
|---|---|---|
| ☐Yes ☑No | Traveled from, or through, any of the locations identified by the CDC as increasing epidemiologic risk within the last 14 days? Link to CDC Criteria | |
| ☐Yes ☑No | Had close contact with anyone diagnosed with the COVID-19 illness within the last 14 days? | |

*If the answer to ALL the above risk of exposure questions is NO, then STOP here and proceed with normal intake.*
*If the answer to ANY of the above risk of exposure questions is YES, then immediately assess symptoms.*

| 2. Assess Symptoms | | Date of Onset: |
|---|---|---|
| ☐Yes ☐No | Fever (*Fever may not be present in some patients, such as elderly, immunosuppressed, or taking certain medications. Fever may be subjective or objective*). | |
| ☐Yes ☐No | Cough | |
| ☐Yes ☐No | Shortness of Breath (SOB) | |

## 3. Implement Infection Prevention Control Measures *if YES to the above questions in (2).*

### 3a. The Symptomatic Patient

**If the patient has any symptoms, implement Standard, Contact, and Airborne Precautions with Eye Protection**

- ☐ Report case promptly to facility leadership, infection prevention and control (IPC), public health and Regional and Central Office QIIPC Consultants.
- ☐ Place a surgical mask on the patient and minimize proximity to staff and inmates
- ☐ All staff escorting, evaluating, or in close contact (6 ft.) with the patient should perform hand hygiene, put on gloves, gown, fit-tested respirator (N-95), goggles or face shield and gloves before room entry or inmate contact. Inmate will wear a surgical mask. Doffing: gloves, gown, exit room, doff face shield then N-95 and wash hands.
- ☐ Escort patient to a *certified* Airborne Infection Isolation (AII) room.
- ☐ If no AII room is available, isolate in room with door closed and *preferably* air is exhausted outside.
- ☐ Prepare for transport to a designated referral healthcare facility in coordination with the local public health authority (do not call for transport service without prior notification and escort in place to move inmate).
- ☐ Minimize and keep a log of all persons interacting with (6ft.) or caring for, the inmate.
- ☐ Once the AII room is empty for two hours, it can be cleaned and disinfected with an EPA registered disinfectant (Emerging viral pathogens claim), by a person in proper PPE.
- ☐ Waste disposal: Double bag trash as hazardous waste. Linens: Double bag in linen hazard bag for washing in central laundry

### 3b. The Asymptomatic Patient

**If the patient has no symptoms house in a single cell, and implement Standard, Contact and Droplet Precautions with Eye Protection**

- ☐ Report case to facility leadership, QIICP, public health and Regional and Central Office QIIPC Consultants.
- ☐ House patient in a single cell. The preferred location is within Health Services. If unable to house patient in a single cell contact Regional and Central Office Infection Prevention and Control Consultants.
- ☐ Limit # of persons interacting with inmate. Utilize social distancing (6 ft.).
- ☐ Document a daily symptom assessment and temperature (Inmate can self-monitor with disposable thermometer or use non-contact thermometer. Utilize disposable food trays. Have inmate clean and disinfect room daily with disposable towels, if possible. Trash will be double bagged out of room.
- ☐ Staff entering room will perform hand hygiene, wear a gown, surgical mask, goggles or face shield and gloves. Inmate will wear a surgical mask. Remove PPE, except face shield and mask at exit. Outside room, remove mask and wash hands.
- ☐ Continue modified housing and observation procedures until 14 days after the last possible exposure date.
- ☐ If at any time the patient becomes symptomatic, implement the steps in 3a – The Symptomatic Patient.

Inmate Name (Last, First): Philippe, Guy          Registration # 09783-104
Institution: McRae Correctional Facility – MCA
Provider Name/Signature: _____     Charles W. Staples, RN
                                                McRae Correctional Facility          Date: 8/9/20

*February 2020, Version 2.0*

97.2

# CORONAVIRUS DISEASE 2019 (COVID-19) INMATE SCREENING TOOL

| 1. | **Assess the Risk Of Exposure** | |
|---|---|---|
| ☐ Yes   ☐No | Traveled from, or through, any of the locations identified by the CDC as increasing epidemiologic risk within the last 14 days? Link to CDC Criteria | |
| ☐ Yes   ☐No | Had close contact with anyone diagnosed with the COVID-19 illness within the last 14 days? | |

*If the answer to ALL the above risk of exposure questions is NO, then STOP here and proceed with normal intake.*
*If the answer to ANY of the above risk of exposure questions is YES, then immediately assess symptoms.*

| 2. | **Assess Symptoms** | Date of Onset: |
|---|---|---|
| ☐ Yes   ☐ No | **Fever** (*Fever may not be present in some patients, such as elderly, immunosuppressed, or taking certain medications.  Fever may be subjective or objective).* | |
| ☐ Yes   ☐ No | **Cough** | |
| ☐ Yes   ☐ No | **Shortness of Breath (SOB)** | |

**3.   Implement Infection Prevention Control Measures *if YES to the above questions in (2).***

### 3a. The Symptomatic Patient

**If the patient has any symptoms, implement Standard, Contact, and Airborne Precautions with Eye Protection**
- ☐ Report case promptly to facility leadership, infection prevention and control (IPC), public health and Regional and Central Office QIIPC Consultants.
- ☐ Place a surgical mask on the patient and minimize proximity to staff and inmates
- ☐ All staff escorting, evaluating, or in close contact (6 ft.) with the patient should perform hand hygiene, put on gloves, gown, fit-tested respirator (N-95), goggles or face shield and gloves before room entry or inmate contact. Inmate will wear a surgical mask. Doffing: gloves, gown, exit room, doff face shield then N-95 and wash hands.
- ☐ Escort patient to a *certified* Airborne Infection Isolation (AII) room.
- ☐ If no AII room is available, isolate in room with door closed and *preferably* air is exhausted outside.
- ☐ Prepare for transport to a designated referral healthcare facility in coordination with the local public health authority (do not call for transport service without prior notification and escort in place to move inmate).
- ☐ Minimize and keep a log of all persons interacting with (6ft.) or caring for, the inmate.
- ☐ Once the AII room is empty for two hours, it can be cleaned and disinfected with an EPA registered disinfectant (Emerging viral pathogens claim), by a person in proper PPE.
- ☐ Waste disposal: Double bag trash as hazardous waste.  Linens:  Double bag in linen hazard bag for washing in central laundry

### 3b. The Asymptomatic Patient

**If the patient has no symptoms house in a single cell, and implement Standard, Contact and Droplet Precautions with Eye Protection**
- ☐ Report case to facility leadership, QIICP, public health and Regional and Central Office QIIPC Consultants.
- ☐ House patient in a single cell.  The preferred location is within Health Services.  If unable to house patient in a single cell contact Regional and Central Office Infection Prevention and Control Consultants.
- ☐ Limit # of persons interacting with inmate.  Utilize social distancing (6 ft.).
- ☐ Document a daily symptom assessment and temperature (Inmate can self-monitor with disposable thermometer or use non-contact thermometer. Utilize disposable food trays. Have inmate clean and disinfect room daily with disposable towels, if possible.  Trash will be double bagged out of room.
- ☐ Staff entering room will perform hand hygiene, wear a gown, surgical mask, goggles or face shield and gloves.  Inmate will wear a surgical mask. Remove PPE, except face shield and mask at exit.  Outside room, remove mask and wash hands.
- ☐ Continue modified housing and observation procedures until 14 days after the last possible exposure date.
- ☐ If at any time the patient becomes symptomatic, implement the steps in 3a – The Symptomatic Patient.

Inmate Name (Last, First):  Philippe, Guy          Registration #  09783-104
Institution:  McRae Correctional Facility – MCA
Provider Name/Signature:          Tangela Glasper, CMA          Date:  8-10-20
                                  McRae Correctional Facility

*February 2020, Version 2.0*



# CORONAVIRUS DISEASE 2019 (COVID-19) INMATE SCREENING TOOL

**1.   Assess the Risk Of Exposure**

| ☐ Yes ☐ No | Traveled from, or through, any of the locations identified by the CDC as increasing epidemiologic risk within the last 14 days?  Link to CDC Criteria |
|---|---|
| ☐ Yes ☐ No | Had close contact with anyone diagnosed with the COVID-19 illness within the last 14 days? |

*If the answer to ALL the above risk of exposure questions is NO, then STOP here and proceed with normal intake.*
*If the answer to ANY of the above risk of exposure questions is YES, then immediately assess symptoms.*

**2.   Assess Symptoms**                                                                     Date of Onset:

| ☐ Yes ☐ No | Fever (*Fever may not be present in some patients, such as elderly, immunosuppressed, or taking certain medications.  Fever may be subjective or objective*). | |
|---|---|---|
| ☐ Yes ☐ No | Cough | |
| ☐ Yes ☐ No | Shortness of Breath (SOB) | |

**3.   Implement Infection Prevention Control Measures *if YES to the above questions in (2).***

### 3a. The Symptomatic Patient

**If the patient has any symptoms, implement Standard, Contact, and Airborne Precautions with Eye Protection**
- ☐ Report case promptly to facility leadership, infection prevention and control (IPC), public health and Regional and Central Office QIIPC Consultants.
- ☐ Place a surgical mask on the patient and minimize proximity to staff and inmates
- ☐ All staff escorting, evaluating, or in close contact (6 ft.) with the patient should perform hand hygiene, put on gloves, gown, fit-tested respirator (N-95), goggles or face shield and gloves before room entry or inmate contact. Inmate will wear a surgical mask. Doffing: gloves, gown, exit room, doff face shield then N-95 and wash hands.
- ☐ Escort patient to a *certified* Airborne Infection Isolation (AII) room.
- ☐ If no AII room is available, isolate in room with door closed and *preferably* air is exhausted outside.
- ☐ Prepare for transport to a designated referral healthcare facility in coordination with the local public health authority (do not call for transport service without prior notification and escort in place to move inmate).
- ☐ Minimize and keep a log of all persons interacting with (6ft.) or caring for, the inmate.
- ☐ Once the AII room is empty for two hours, it can be cleaned and disinfected with an EPA registered disinfectant (Emerging viral pathogens claim), by a person in proper PPE.
- ☐ Waste disposal: Double bag trash as hazardous waste.  Linens: Double bag in linen hazard bag for washing in central laundry

### 3b. The Asymptomatic Patient

**If the patient has no symptoms house in a single cell, and implement Standard, Contact and Droplet Precautions with Eye Protection**
- ☐ Report case to facility leadership, QIICP, public health and Regional and Central Office QIIPC Consultants.
- ☐ House patient in a single cell.  The preferred location is within Health Services.  If unable to house patient in a single cell contact Regional and Central Office Infection Prevention and Control Consultants.
- ☐ Limit # of persons interacting with inmate.  Utilize social distancing (6 ft.).
- ☐ Document a daily symptom assessment and temperature (Inmate can self-monitor with disposable thermometer or use non-contact thermometer. Utilize disposable food trays. Have inmate clean and disinfect room daily with disposable towels, if possible.  Trash will be double bagged out of room.
- ☐ Staff entering room will perform hand hygiene, wear a gown, surgical mask, goggles or face shield and gloves.  Inmate will wear a surgical mask. Remove PPE, except face shield and mask at exit.  Outside room, remove mask and wash hands.
- ☐ Continue modified housing and observation procedures until 14 days after the last possible exposure date.
- ☐ If at any time the patient becomes symptomatic, implement the steps in 3a – The Symptomatic Patient.

**Inmate Name (Last, First):** Philippe, Guy          **Registration #** 09783-104
**Institution:** McRae Correctional Facility – MCA
**Provider Name/Signature:** _Sandra S West, RN_          Date: _8-7-20_

*February 2020, Version 2.0*

Sandra West, RN
McRae Correctional
Facility

gM.1 **CORONAVIRUS DISEASE 2019 (COVID-19) INMATE SCREENING TOOL**

| 1. | **Assess the Risk Of Exposure** |
|---|---|
| ☐ Yes   ☐ No | Traveled from, or through, any of the locations identified by the CDC as increasing epidemiologic risk within the last 14 days?  Link to CDC Criteria |
| ☐ Yes   ☐ No | Had close contact with anyone diagnosed with the COVID-19 illness within the last 14 days? |

*If the answer to ALL the above risk of exposure questions is NO, then STOP here and proceed with normal intake.*
*If the answer to ANY of the above risk of exposure questions is YES, then immediately assess symptoms.*

| 2. | **Assess Symptoms** | Date of Onset: |
|---|---|---|
| ☐ Yes   ☐ No | Fever (*Fever may not be present in some patients, such as elderly, immunosuppressed, or taking certain medications.  Fever may be subjective or objective*). | |
| ☐ Yes   ☐ No | Cough | |
| ☐ Yes   ☐ No | Shortness of Breath (SOB) | |

### 3. Implement Infection Prevention Control Measures *if YES to the above questions in (2).*

#### 3a. The Symptomatic Patient

**If the patient has any symptoms, implement Standard, Contact, and Airborne Precautions with Eye Protection**

- ☐ Report case promptly to facility leadership, infection prevention and control (IPC), public health and Regional and Central Office QIIPC Consultants.
- ☐ Place a surgical mask on the patient and minimize proximity to staff and inmates
- ☐ All staff escorting, evaluating, or in close contact (6 ft.) with the patient should perform hand hygiene, put on gloves, gown, fit-tested respirator (N-95), goggles or face shield and gloves before room entry or inmate contact. Inmate will wear a surgical mask. Doffing: gloves, gown, exit room, doff face shield then N-95 and wash hands.
- ☐ Escort patient to a *certified* Airborne Infection Isolation (AII) room.
- ☐ If no AII room is available, isolate in room with door closed and *preferably* air is exhausted outside.
- ☐ Prepare for transport to a designated referral healthcare facility in coordination with the local public health authority (do not call for transport service without prior notification and escort in place to move inmate).
- ☐ Minimize and keep a log of all persons interacting with (6ft.) or caring for, the inmate.
- ☐ Once the AII room is empty for two hours, it can be cleaned and disinfected with an EPA registered disinfectant (Emerging viral pathogens claim), by a person in proper PPE.
- ☐ Waste disposal: Double bag trash as hazardous waste.  Linens:  Double bag in linen hazard bag for washing in central laundry

#### 3b. The Asymptomatic Patient

**If the patient has no symptoms house in a single cell, and implement Standard, Contact and Droplet Precautions with Eye Protection**

- ☐ Report case to facility leadership, QIICP, public health and Regional and Central Office QIIPC Consultants.
- ☐ House patient in a single cell. The preferred location is within Health Services. If unable to house patient in a single cell contact Regional and Central Office Infection Prevention and Control Consultants.
- ☐ Limit # of persons interacting with inmate.  Utilize social distancing (6 ft.).
- ☐ Document a daily symptom assessment and temperature (Inmate can self-monitor with disposable thermometer or use non-contact thermometer. Utilize disposable food trays. Have inmate clean and disinfect room daily with disposable towels, if possible.  Trash will be double bagged out of room.
- ☐ Staff entering room will perform hand hygiene, wear a gown, surgical mask, goggles or face shield and gloves.  Inmate will wear a surgical mask. Remove PPE, except face shield and mask at exit.  Outside room, remove mask and wash hands.
- ☐ Continue modified housing and observation procedures until 14 days after the last possible exposure date.
- ☐ If at any time the patient becomes symptomatic, implement the steps in 3a – The Symptomatic Patient.

**Inmate Name (Last, First):** Philippe, Guy          **Registration #** 09783-104
**Institution:**  McRae Correctional Facility – MCA
**Provider Name/Signature:** _____ Tangela Glasper, CMA ____          **Date:** 8-12-20
                                          McRae Correctional Facility

*February 2020, Version 2.0*

# 96.6 CORONAVIRUS DISEASE 2019 (COVID-19) INMATE SCREENING TOOL

## 1. Assess the Risk Of Exposure

| ☐ Yes  ☑ No | Traveled from, or through, any of the locations identified by the CDC as increasing epidemiologic risk within the last 14 days?  Link to CDC Criteria |
| ☐ Yes  ☑ No | Had close contact with anyone diagnosed with the COVID-19 illness within the last 14 days? |

*If the answer to ALL the above risk of exposure questions is NO, then STOP here and proceed with normal intake.*
*If the answer to ANY of the above risk of exposure questions is YES, then immediately assess symptoms.*

## 2. Assess Symptoms

Date of Onset:

| ☐ Yes  ☐ No | **Fever** (*Fever may not be present in some patients, such as elderly, immunosuppressed, or taking certain medications.  Fever may be subjective or objective*). |
| ☐ Yes  ☐ No | **Cough** |
| ☐ Yes  ☐ No | **Shortness of Breath (SOB)** |

## 3. Implement Infection Prevention Control Measures *if YES to the above questions in (2).*

### 3a. The Symptomatic Patient

**If the patient has any symptoms, implement Standard, Contact, and Airborne Precautions with Eye Protection**

☐ Report case promptly to facility leadership, infection prevention and control (IPC), public health and Regional and Central Office QIIPC Consultants.
☐ Place a surgical mask on the patient and minimize proximity to staff and inmates
☐ All staff escorting, evaluating, or in close contact (6 ft.) with the patient should perform hand hygiene, put on gloves, gown, fit-tested respirator (N-95), goggles or face shield and gloves before room entry or inmate contact. Inmate will wear a surgical mask. Doffing: gloves, gown, exit room, doff face shield then N-95 and wash hands.
☐ Escort patient to a *certified* Airborne Infection Isolation (AII) room.
☐ If no AII room is available, isolate in room with door closed and *preferably* air is exhausted outside.
☐ Prepare for transport to a designated referral healthcare facility in coordination with the local public health authority (do not call for transport service without prior notification and escort in place to move inmate).
☐ Minimize and keep a log of all persons interacting with (6ft.) or caring for, the inmate.
☐ Once the AII room is empty for two hours, it can be cleaned and disinfected with an EPA registered disinfectant (Emerging viral pathogens claim), by a person in proper PPE.
☐ Waste disposal: Double bag trash as hazardous waste. Linens: Double bag in linen hazard bag for washing in central laundry

### 3b. The Asymptomatic Patient

**If the patient has no symptoms house in a single cell, and implement Standard, Contact and Droplet Precautions with Eye Protection**

☐ Report case to facility leadership, QIICP, public health and Regional and Central Office QIIPC Consultants.
☐ House patient in a single cell. The preferred location is within Health Services. If unable to house patient in a single cell contact Regional and Central Office Infection Prevention and Control Consultants.
☐ Limit # of persons interacting with inmate. Utilize social distancing (6 ft.).
☐ Document a daily symptom assessment and temperature (Inmate can self-monitor with disposable thermometer or use non-contact thermometer. Utilize disposable food trays. Have inmate clean and disinfect room daily with disposable towels, if possible. Trash will be double bagged out of room.
☐ Staff entering room will perform hand hygiene, wear a gown, surgical mask, goggles or face shield and gloves. Inmate will wear a surgical mask. Remove PPE, except face shield and mask at exit. Outside room, remove mask and wash hands.
☐ Continue modified housing and observation procedures until 14 days after the last possible exposure date.
☐ If at any time the patient becomes symptomatic, implement the steps in 3a – The Symptomatic Patient.

Inmate Name (Last, First): __Philippe, Guy__     Registration # __09783-104__
Institution: __McRae Correctional Facility – MCA__
Provider Name/Signature: _____ Tangela Glasper, CMA _____     Date: __8-11-20__
McRae Correctional Facility

*February 2020, Version 2.0*

*97.3* # CORONAVIRUS DISEASE 2019 (COVID-19) INMATE SCREENING TOOL

| **1. Assess the Risk Of Exposure** | |
|---|---|
| ☐ Yes   ☑ No | Traveled from, or through, any of the locations identified by the CDC as increasing epidemiologic risk within the last 14 days? Link to CDC Criteria |
| ☐ Yes   ☑ No | Had close contact with anyone diagnosed with the COVID-19 illness within the last 14 days? |

*If the answer to ALL the above risk of exposure questions is NO, then STOP here and proceed with normal intake.*
*If the answer to ANY of the above risk of exposure questions is YES, then immediately assess symptoms.*

| **2. Assess Symptoms** | | Date of Onset: |
|---|---|---|
| ☐ Yes   ☐ No | **Fever** (*Fever may not be present in some patients, such as elderly, immunosuppressed, or taking certain medications. Fever may be subjective or objective*). | |
| ☐ Yes   ☐ No | **Cough** | |
| ☐ Yes   ☐ No | **Shortness of Breath (SOB)** | |

### 3. Implement Infection Prevention Control Measures *if YES to the above questions in (2).*

#### 3a. The Symptomatic Patient

**If the patient has any symptoms, implement Standard, Contact, and Airborne Precautions with Eye Protection**
- ☐ Report case promptly to facility leadership, infection prevention and control (IPC), public health and Regional and Central Office QIIPC Consultants.
- ☐ Place a surgical mask on the patient and minimize proximity to staff and inmates
- ☐ All staff escorting, evaluating, or in close contact (6 ft.) with the patient should perform hand hygiene, put on gloves, gown, fit-tested respirator (N-95), goggles or face shield and gloves before room entry or inmate contact. Inmate will wear a surgical mask. Doffing: gloves, gown, exit room, doff face shield then N-95 and wash hands.
- ☐ Escort patient to a *certified* Airborne Infection Isolation (AII) room.
- ☐ If no AII room is available, isolate in room with door closed and *preferably* air is exhausted outside.
- ☐ Prepare for transport to a designated referral healthcare facility in coordination with the local public health authority (do not call for transport service without prior notification and escort in place to move inmate).
- ☐ Minimize and keep a log of all persons interacting with (6ft.) or caring for, the inmate.
- ☐ Once the AII room is empty for two hours, it can be cleaned and disinfected with an EPA registered disinfectant (Emerging viral pathogens claim), by a person in proper PPE.
- ☐ Waste disposal: Double bag trash as hazardous waste. Linens: Double bag in linen hazard bag for washing in central laundry

#### 3b. The Asymptomatic Patient

**If the patient has no symptoms house in a single cell, and implement Standard, Contact and Droplet Precautions with Eye Protection**
- ☐ Report case to facility leadership, QIICP, public health and Regional and Central Office QIIPC Consultants.
- ☐ House patient in a single cell. The preferred location is within Health Services. If unable to house patient in a single cell contact Regional and Central Office Infection Prevention and Control Consultants.
- ☐ Limit # of persons interacting with inmate. Utilize social distancing (6 ft.).
- ☐ Document a daily symptom assessment and temperature (inmate can self-monitor with disposable thermometer or use non-contact thermometer. Utilize disposable food trays. Have inmate clean and disinfect room daily with disposable towels, if possible. Trash will be double bagged out of room.
- ☐ Staff entering room will perform hand hygiene, wear a gown, surgical mask, goggles or face shield and gloves. Inmate will wear a surgical mask. Remove PPE, except face shield and mask at exit. Outside room, remove mask and wash hands.
- ☐ Continue modified housing and observation procedures until 14 days after the last possible exposure date.
- ☐ If at any time the patient becomes symptomatic, implement the steps in 3a – The Symptomatic Patient.

Inmate Name (Last, First): Philippe, Guy          Registration # 09783-104
Institution: McRae Correctional Facility – MCA
Provider Name/Signature: Tangela Glasper, CMA / McRae Correctional Facility          Date: 8-11-20

*February 2020, Version 2.0*

# 98.2 CORONAVIRUS DISEASE 2019 (COVID-19) INMATE SCREENING TOOL

| 1. | Assess the Risk Of Exposure | |
|---|---|---|
| ☐ Yes  ☑ No | Traveled from, or through, any of the locations identified by the CDC as increasing epidemiologic risk within the last 14 days?  Link to CDC Criteria | |
| ☐ Yes  ☑ No | Had close contact with anyone diagnosed with the COVID-19 illness within the last 14 days? | |

*If the answer to ALL the above risk of exposure questions is NO, then STOP here and proceed with normal intake.*
*If the answer to ANY of the above risk of exposure questions is YES, then immediately assess symptoms.*

| 2. | Assess Symptoms | Date of Onset: |
|---|---|---|
| ☐ Yes  ☐ No | Fever (*Fever may not be present in some patients, such as elderly, immunosuppressed, or taking certain medications.  Fever may be subjective or objective).* | |
| ☐ Yes  ☐ No | Cough | |
| ☐ Yes  ☐ No | Shortness of Breath (SOB) | |

## 3.   Implement Infection Prevention Control Measures *if YES to the above questions in (2).*

### 3a. The Symptomatic Patient

**If the patient has any symptoms, implement Standard, Contact, and Airborne Precautions with Eye Protection**
- ☐ Report case promptly to facility leadership, infection prevention and control (IPC), public health and Regional and Central Office QIIPC Consultants.
- ☐ Place a surgical mask on the patient and minimize proximity to staff and inmates
- ☐ All staff escorting, evaluating, or in close contact (6 ft.) with the patient should perform hand hygiene, put on gloves, gown, fit-tested respirator (N-95), goggles or face shield and gloves before room entry or inmate contact. Inmate will wear a surgical mask. Doffing: gloves, gown, exit room, doff face shield then N-95 and wash hands.
- ☐ Escort patient to a *certified* Airborne Infection Isolation (AII) room.
- ☐ If no AII room is available, isolate in room with door closed and *preferably* air is exhausted outside.
- ☐ Prepare for transport to a designated referral healthcare facility in coordination with the local public health authority (do not call for transport service without prior notification and escort in place to move inmate).
- ☐ Minimize and keep a log of all persons interacting with (6ft.) or caring for, the inmate.
- ☐ Once the AII room is empty for two hours, it can be cleaned and disinfected with an EPA registered disinfectant (Emerging viral pathogens claim), by a person in proper PPE.
- ☐ Waste disposal:  Double bag trash as hazardous waste.  Linens:  Double bag in linen hazard bag for washing in central laundry

### 3b. The Asymptomatic Patient

**If the patient has no symptoms house in a single cell, and implement Standard, Contact and Droplet Precautions with Eye Protection**
- ☐ Report case to facility leadership, QIICP, public health and Regional and Central Office QIIPC Consultants.
- ☐ House patient in a single cell.  The preferred location is within Health Services.  If unable to house patient in a single cell contact Regional and Central Office Infection Prevention and Control Consultants.
- ☐ Limit # of persons interacting with inmate. Utilize social distancing (6 ft.).
- ☐ Document a daily symptom assessment and temperature (Inmate can self-monitor with disposable thermometer or use non-contact thermometer. Utilize disposable food trays. Have inmate clean and disinfect room daily with disposable towels, if possible.  Trash will be double bagged out of room.
- ☐ Staff entering room will perform hand hygiene, wear a gown, surgical mask, goggles or face shield and gloves. Inmate will wear a surgical mask. Remove PPE, except face shield and mask at exit.  Outside room, remove mask and wash hands.
- ☐ Continue modified housing and observation procedures until 14 days after the last possible exposure date.
- ☐ If at any time the patient becomes symptomatic, implement the steps in 3a – The Symptomatic Patient.

Inmate Name (Last, First): <u>Philippe, Guy</u>　　　Registration # <u>09783-104</u>
Institution: <u>McRae Correctional Facility – MCA</u>
Provider Name/Signature: _____  Tangela Glasper, CMA  McRae Correctional Facility  　　Date: <u>8-10-20</u>

*February 2020, Version 2.0*

*qn.1*

# CORONAVIRUS DISEASE 2019 (COVID-19) INMATE SCREENING TOOL

### 1. Assess the Risk Of Exposure

| ☐ Yes ☐ No | Traveled from, or through, any of the locations identified by the CDC as increasing epidemiologic risk within the last 14 days? Link to CDC Criteria |
| ☐ Yes ☐ No | Had close contact with anyone diagnosed with the COVID-19 illness within the last 14 days? |

*If the answer to ALL the above risk of exposure questions is NO, then STOP here and proceed with normal intake.*
*If the answer to ANY of the above risk of exposure questions is YES, then immediately assess symptoms.*

### 2. Assess Symptoms                                                  Date of Onset:

| ☐ Yes ☐ No | Fever (*Fever may not be present in some patients, such as elderly, immunosuppressed, or taking certain medications. Fever may be subjective or objective*). |
| ☐ Yes ☐ No | Cough |
| ☐ Yes ☐ No | Shortness of Breath (SOB) |

### 3. Implement Infection Prevention Control Measures *if YES to the above questions in (2).*

#### 3a. The Symptomatic Patient

**If the patient has any symptoms, implement Standard, Contact, and Airborne Precautions with Eye Protection**
- ☐ Report case promptly to facility leadership, infection prevention and control (IPC), public health and Regional and Central Office QIIPC Consultants.
- ☐ Place a surgical mask on the patient and minimize proximity to staff and inmates
- ☐ All staff escorting, evaluating, or in close contact (6 ft.) with the patient should perform hand hygiene, put on gloves, gown, fit-tested respirator (N-95), goggles or face shield and gloves before room entry or inmate contact. Inmate will wear a surgical mask. Doffing: gloves, gown, exit room, doff face shield then N-95 and wash hands.
- ☐ Escort patient to a *certified* Airborne Infection Isolation (AII) room.
- ☐ If no AII room is available, isolate in room with door closed and *preferably* air is exhausted outside.
- ☐ Prepare for transport to a designated referral healthcare facility in coordination with the local public health authority (do not call for transport service without prior notification and escort in place to move inmate).
- ☐ Minimize and keep a log of all persons interacting with (6ft.) or caring for, the inmate.
- ☐ Once the AII room is empty for two hours, it can be cleaned and disinfected with an EPA registered disinfectant (Emerging viral pathogens claim), by a person in proper PPE.
- ☐ Waste disposal: Double bag trash as hazardous waste. Linens: Double bag in linen hazard bag for washing in central laundry

#### 3b. The Asymptomatic Patient

**If the patient has no symptoms house in a single cell, and implement Standard, Contact and Droplet Precautions with Eye Protection**
- ☐ Report case to facility leadership, QIICP, public health and Regional and Central Office QIIPC Consultants.
- ☐ House patient in a single cell. The preferred location is within Health Services. If unable to house patient in a single cell contact Regional and Central Office Infection Prevention and Control Consultants.
- ☐ Limit # of persons interacting with inmate. Utilize social distancing (6 ft.).
- ☐ Document a daily symptom assessment and temperature (inmate can self-monitor with disposable thermometer or use non-contact thermometer. Utilize disposable food trays. Have inmate clean and disinfect room daily with disposable towels, if possible. Trash will be double bagged out of room.
- ☐ Staff entering room will perform hand hygiene, wear a gown, surgical mask, goggles or face shield and gloves. Inmate will wear a surgical mask. Remove PPE, except face shield and mask at exit. Outside room, remove mask and wash hands.
- ☐ Continue modified housing and observation procedures until 14 days after the last possible exposure date.
- ☐ If at any time the patient becomes symptomatic, implement the steps in 3a – The Symptomatic Patient.

Inmate Name (Last, First): Philippe, Guy          Registration # 09783-104
Institution: McRae Correctional Facility – MCA
Provider Name/Signature: Tangela Glasper, CMA
McRae Correctional Facility          Date: 8-12-20

*February 2020, Version 2.0*

97.1

# CORONAVIRUS DISEASE 2019 (COVID-19) INMATE SCREENING TOOL

| **1.** | **Assess the Risk Of Exposure** |
|---|---|
| ☐ Yes ☑ No | Traveled from, or through, any of the locations identified by the CDC as increasing epidemiologic risk within the last 14 days? Link to CDC Criteria |
| ☐ Yes ☑ No | Had close contact with anyone diagnosed with the COVID-19 illness within the last 14 days? |

*If the answer to ALL the above risk of exposure questions is NO, then STOP here and proceed with normal intake.*
*If the answer to ANY of the above risk of exposure questions is YES, then immediately assess symptoms.*

| **2.** | **Assess Symptoms** | Date of Onset: |
|---|---|---|
| ☐ Yes ☐ No | Fever (*Fever may not be present in some patients, such as elderly, immunosuppressed, or taking certain medications. Fever may be subjective or objective*). | |
| ☐ Yes ☐ No | Cough | |
| ☐ Yes ☐ No | Shortness of Breath (SOB) | |

**3. Implement Infection Prevention Control Measures *if YES to the above questions in (2).***

### 3a. The Symptomatic Patient

**If the patient has any symptoms, implement Standard, Contact, and Airborne Precautions with Eye Protection**

☐ Report case promptly to facility leadership, infection prevention and control (IPC), public health and Regional and Central Office QIIPC Consultants.
☐ Place a surgical mask on the patient and minimize proximity to staff and inmates
☐ All staff escorting, evaluating, or in close contact (6 ft.) with the patient should perform hand hygiene, put on gloves, gown, fit-tested respirator (N-95), goggles or face shield and gloves before room entry or inmate contact. Inmate will wear a surgical mask. Doffing: gloves, gown, exit room, doff face shield then N-95 and wash hands.
☐ Escort patient to a *certified* Airborne Infection Isolation (AII) room.
☐ If no AII room is available, isolate in room with door closed and *preferably* air is exhausted outside.
☐ Prepare for transport to a designated referral healthcare facility in coordination with the local public health authority (do not call for transport service without prior notification and escort in place to move inmate).
☐ Minimize and keep a log of all persons interacting with (6ft.) or caring for, the inmate.
☐ Once the AII room is empty for two hours, it can be cleaned and disinfected with an EPA registered disinfectant (Emerging viral pathogens claim), by a person in proper PPE.
☐ Waste disposal: Double bag trash as hazardous waste. Linens: Double bag in linen hazard bag for washing in central laundry

### 3b. The Asymptomatic Patient

**If the patient has no symptoms house in a single cell, and implement Standard, Contact and Droplet Precautions with Eye Protection**

☐ Report case to facility leadership, QIICP, public health and Regional and Central Office QIIPC Consultants.
☐ House patient in a single cell. The preferred location is within Health Services. If unable to house patient in a single cell contact Regional and Central Office Infection Prevention and Control Consultants.
☐ Limit # of persons interacting with inmate. Utilize social distancing (6 ft.).
☐ Document a daily symptom assessment and temperature (Inmate can self-monitor with disposable thermometer or use non-contact thermometer. Utilize disposable food trays. Have inmate clean and disinfect room daily with disposable towels, if possible. Trash will be double bagged out of room.
☐ Staff entering room will perform hand hygiene, wear a gown, surgical mask, goggles or face shield and gloves. Inmate will wear a surgical mask. Remove PPE, except face shield and mask at exit. Outside room, remove mask and wash hands.
☐ Continue modified housing and observation procedures until 14 days after the last possible exposure date.
☐ If at any time the patient becomes symptomatic, implement the steps in 3a – The Symptomatic Patient.

**Inmate Name (Last, First):** Philippe, Guy     **Registration #** 09783-104
**Institution:** McRae Correctional Facility – MCA
**Provider Name/Signature:** ___Tangela Glasper, CMA___ McRae Correctional Facility     **Date:** 8-18-20

*February 2020, Version 2.0*

## CORONAVIRUS DISEASE 2019 (COVID-19) INMATE SCREENING TOOL

| 1. | Assess the Risk Of Exposure | |
|---|---|---|
| ☐ Yes ☒ No | Traveled from, or through, any of the locations identified by the CDC as increasing epidemiologic risk within the last 14 days? Link to CDC Criteria | |
| ☐ Yes ☐ No | Had close contact with anyone diagnosed with the COVID-19 illness within the last 14 days? | |

*If the answer to ALL the above risk of exposure questions is NO, then STOP here and proceed with normal intake.*
*If the answer to ANY of the above risk of exposure questions is YES, then immediately assess symptoms.*

| 2. | Assess Symptoms | Date of Onset: |
|---|---|---|
| ☐ Yes ☐ No | Fever (*Fever may not be present in some patients, such as elderly, immunosuppressed, or taking certain medications. Fever may be subjective or objective*). | |
| ☐ Yes ☐ No | Cough | |
| ☐ Yes ☐ No | Shortness of Breath (SOB) | |

### 3. Implement Infection Prevention Control Measures *if YES to the above questions in (2)*.

#### 3a. The Symptomatic Patient

**If the patient has any symptoms, implement Standard, Contact, and Airborne Precautions with Eye Protection**

- ☐ Report case promptly to facility leadership, infection prevention and control (IPC), public health and Regional and Central Office QIIPC Consultants.
- ☐ Place a surgical mask on the patient and minimize proximity to staff and inmates
- ☐ All staff escorting, evaluating, or in close contact (6 ft.) with the patient should perform hand hygiene, put on gloves, gown, fit-tested respirator (N-95), goggles or face shield and gloves before room entry or inmate contact. Inmate will wear a surgical mask. Doffing: gloves, gown, exit room, doff face shield then N-95 and wash hands.
- ☐ Escort patient to a *certified* Airborne Infection Isolation (AII) room.
- ☐ If no AII room is available, isolate in room with door closed and *preferably* air is exhausted outside.
- ☐ Prepare for transport to a designated referral healthcare facility in coordination with the local public health authority (do not call for transport service without prior notification and escort in place to move inmate).
- ☐ Minimize and keep a log of all persons interacting with (6ft.) or caring for, the inmate.
- ☐ Once the AII room is empty for two hours, it can be cleaned and disinfected with an EPA registered disinfectant (Emerging viral pathogens claim), by a person in proper PPE.
- ☐ Waste disposal: Double bag trash as hazardous waste. Linens: Double bag in linen hazard bag for washing in central laundry

#### 3b. The Asymptomatic Patient

**If the patient has no symptoms house in a single cell, and implement Standard, Contact and Droplet Precautions with Eye Protection**

- ☐ Report case to facility leadership, QIICP, public health and Regional and Central Office QIIPC Consultants.
- ☐ House patient in a single cell. The preferred location is within Health Services. If unable to house patient in a single cell contact Regional and Central Office Infection Prevention and Control Consultants.
- ☐ Limit # of persons interacting with inmate. Utilize social distancing (6 ft.).
- ☐ Document a daily symptom assessment and temperature (Inmate can self-monitor with disposable thermometer or use non-contact thermometer. Utilize disposable food trays. Have inmate clean and disinfect room daily with disposable towels, if possible. Trash will be double bagged out of room.
- ☐ Staff entering room will perform hand hygiene, wear a gown, surgical mask, goggles or face shield and gloves. Inmate will wear a surgical mask. Remove PPE, except face shield and mask at exit. Outside room, remove mask and wash hands.
- ☐ Continue modified housing and observation procedures until 14 days after the last possible exposure date.
- ☐ If at any time the patient becomes symptomatic, implement the steps in 3a – The Symptomatic Patient.

Inmate Name (Last, First): Philippe, Guy      Registration # 09783-104

Institution: McRae Correctional Facility – MCA

Provider Name/Signature: _____    Charles W. Staples, RN     Date: 8/17/20
                                               McRae Correctional Facility

*February 2020, Version 2.0*

# CORONAVIRUS DISEASE 2019 (COVID-19) INMATE SCREENING TOOL

## 1. Assess the Risk Of Exposure

| | |
|---|---|
| ☐ Yes  ☑ No | Traveled from, or through, any of the locations identified by the CDC as increasing epidemiologic risk within the last 14 days? Link to CDC Criteria |
| ☐ Yes  ☑ No | Had close contact with anyone diagnosed with the COVID-19 illness within the last 14 days? |

*If the answer to ALL the above risk of exposure questions is NO, then STOP here and proceed with normal intake.*
*If the answer to ANY of the above risk of exposure questions is YES, then immediately assess symptoms.*

## 2. Assess Symptoms

| | | | Date of Onset: |
|---|---|---|---|
| ☐ Yes | ☐ No | Fever (*Fever may not be present in some patients, such as elderly, immunosuppressed, or taking certain medications. Fever may be subjective or objective*). | |
| ☐ Yes | ☐ No | Cough | |
| ☐ Yes | ☐ No | Shortness of Breath (SOB) | |

## 3. Implement Infection Prevention Control Measures *if YES to the above questions in (2).*

### 3a. The Symptomatic Patient

**If the patient has any symptoms, implement Standard, Contact, and Airborne Precautions with Eye Protection**
- ☐ Report case promptly to facility leadership, infection prevention and control (IPC), public health and Regional and Central Office QIIPC Consultants.
- ☐ Place a surgical mask on the patient and minimize proximity to staff and inmates
- ☐ All staff escorting, evaluating, or in close contact (6 ft.) with the patient should perform hand hygiene, put on gloves, gown, fit-tested respirator (N-95), goggles or face shield and gloves before room entry or inmate contact. Inmate will wear a surgical mask. Doffing: gloves, gown, exit room, doff face shield then N-95 and wash hands.
- ☐ Escort patient to a *certified* Airborne Infection Isolation (AII) room.
- ☐ If no AII room is available, isolate in room with door closed and *preferably* air is exhausted outside.
- ☐ Prepare for transport to a designated referral healthcare facility in coordination with the local public health authority (do not call for transport service without prior notification and escort in place to move inmate).
- ☐ Minimize and keep a log of all persons interacting with (6ft.) or caring for, the inmate.
- ☐ Once the AII room is empty for two hours, it can be cleaned and disinfected with an EPA registered disinfectant (Emerging viral pathogens claim), by a person in proper PPE.
- ☐ Waste disposal: Double bag trash as hazardous waste. Linens: Double bag in linen hazard bag for washing in central laundry

### 3b. The Asymptomatic Patient

**If the patient has no symptoms house in a single cell, and implement Standard, Contact and Droplet Precautions with Eye Protection**
- ☐ Report case to facility leadership, QIICP, public health and Regional and Central Office QIIPC Consultants.
- ☐ House patient in a single cell. The preferred location is within Health Services. If unable to house patient in a single cell contact Regional and Central Office Infection Prevention and Control Consultants.
- ☐ Limit # of persons interacting with inmate. Utilize social distancing (6 ft.).
- ☐ Document a daily symptom assessment and temperature (Inmate can self-monitor with disposable thermometer or use non-contact thermometer. Utilize disposable food trays. Have inmate clean and disinfect room daily with disposable towels, if possible. Trash will be double bagged out of room.
- ☐ Staff entering room will perform hand hygiene, wear a gown, surgical mask, goggles or face shield and gloves. Inmate will wear a surgical mask. Remove PPE, except face shield and mask at exit. Outside room, remove mask and wash hands.
- ☐ Continue modified housing and observation procedures until 14 days after the last possible exposure date.
- ☐ If at any time the patient becomes symptomatic, implement the steps in 3a – The Symptomatic Patient.

---

**Inmate Name (Last, First):** Philippe, Guy        **Registration #** 09783-104
**Institution:** McRae Correctional Facility – MCA        Charles W. Staples, RN
**Provider Name/Signature:** _[signature]_        McRae Correctional Facility        **Date:** 8/8/20

*February 2020, Version 2.0*

97

# CORONAVIRUS DISEASE 2019 (COVID-19) INMATE SCREENING TOOL

| 1. | Assess the Risk Of Exposure | | |
|---|---|---|---|
| ☐ Yes  ☑No | Traveled from, or through, any of the locations identified by the CDC as increasing epidemiologic risk within the last 14 days? Link to CDC Criteria | | |
| ☐ Yes  ☑No | Had close contact with anyone diagnosed with the COVID-19 illness within the last 14 days? | | |

*If the answer to ALL the above risk of exposure questions is NO, then STOP here and proceed with normal intake.*
*If the answer to ANY of the above risk of exposure questions is YES, then immediately assess symptoms.*

| 2. | Assess Symptoms | Date of Onset: |
|---|---|---|
| ☐ Yes  ☐ No | **Fever** (*Fever may not be present in some patients, such as elderly, immunosuppressed, or taking certain medications. Fever may be subjective or objective*). | |
| ☐ Yes  ☐ No | **Cough** | |
| ☐ Yes  ☐ No | **Shortness of Breath (SOB)** | |

## 3. Implement Infection Prevention Control Measures *if YES to the above questions in (2).*

### 3a. The Symptomatic Patient

**If the patient has any symptoms, implement Standard, Contact, and Airborne Precautions with Eye Protection**
- ☐ Report case promptly to facility leadership, infection prevention and control (IPC), public health and Regional and Central Office QIIPC Consultants.
- ☐ Place a surgical mask on the patient and minimize proximity to staff and inmates
- ☐ All staff escorting, evaluating, or in close contact (6 ft.) with the patient should perform hand hygiene, put on gloves, gown, fit-tested respirator (N-95), goggles or face shield and gloves before room entry or inmate contact. Inmate will wear a surgical mask. Doffing: gloves, gown, exit room, doff face shield then N-95 and wash hands.
- ☐ Escort patient to a *certified* Airborne Infection Isolation (AII) room.
- ☐ If no AII room is available, isolate in room with door closed and *preferably* air is exhausted outside.
- ☐ Prepare for transport to a designated referral healthcare facility in coordination with the local public health authority (do not call for transport service without prior notification and escort in place to move inmate).
- ☐ Minimize and keep a log of all persons interacting with (6ft.) or caring for, the inmate.
- ☐ Once the AII room is empty for two hours, it can be cleaned and disinfected with an EPA registered disinfectant (Emerging viral pathogens claim), by a person in proper PPE.
- ☐ Waste disposal: Double bag trash as hazardous waste. Linens: Double bag in linen hazard bag for washing in central laundry

### 3b. The Asymptomatic Patient

**If the patient has no symptoms house in a single cell, and implement Standard, Contact and Droplet Precautions with Eye Protection**
- ☐ Report case to facility leadership, QIICP, public health and Regional and Central Office QIIPC Consultants.
- ☐ House patient in a single cell. The preferred location is within Health Services. If unable to house patient in a single cell contact Regional and Central Office Infection Prevention and Control Consultants.
- ☐ Limit # of persons interacting with inmate. Utilize social distancing (6 ft.).
- ☐ Document a daily symptom assessment and temperature (Inmate can self-monitor with disposable thermometer or use non-contact thermometer. Utilize disposable food trays. Have inmate clean and disinfect room daily with disposable towels, if possible. Trash will be double bagged out of room.
- ☐ Staff entering room will perform hand hygiene, wear a gown, surgical mask, goggles or face shield and gloves. Inmate will wear a surgical mask. Remove PPE, except face shield and mask at exit. Outside room, remove mask and wash hands.
- ☐ Continue modified housing and observation procedures until 14 days after the last possible exposure date.
- ☐ If at any time the patient becomes symptomatic, implement the steps in 3a – The Symptomatic Patient.

Inmate Name (Last, First): <u>Philippe, Guy</u>    Registration # <u>09783-104</u>
Institution: <u>McRae Correctional Facility – MCA</u>
Provider Name/Signature: _____ Charles W. Staples, RN    Date: <u>8/8/20</u>
McRae Correctional Facility

*February 2020, Version 2.0*

*986*

# CORONAVIRUS DISEASE 2019 (COVID-19) INMATE SCREENING TOOL

| 1. | Assess the Risk Of Exposure | |
|---|---|---|
| ☐ Yes  ☑ No | Traveled from, or through, any of the locations identified by the CDC as increasing epidemiologic risk within the last 14 days?  Link to CDC Criteria | |
| ☐ Yes  ☑ No | Had close contact with anyone diagnosed with the COVID-19 illness within the last 14 days? | |

*If the answer to ALL the above risk of exposure questions is NO, then STOP here and proceed with normal intake.*
*If the answer to ANY of the above risk of exposure questions is YES, then immediately assess symptoms.*

| 2. | Assess Symptoms | Date of Onset: |
|---|---|---|
| ☐ Yes  ☐ No | Fever (*Fever may not be present in some patients, such as elderly, immunosuppressed, or taking certain medications. Fever may be subjective or objective*). | |
| ☐ Yes  ☐ No | Cough | |
| ☐ Yes  ☐ No | Shortness of Breath (SOB) | |

## 3.   Implement Infection Prevention Control Measures *if YES to the above questions in (2).*

### 3a. The Symptomatic Patient

**If the patient has any symptoms, Implement Standard, Contact, and Airborne Precautions with Eye Protection**
- ☐ Report case promptly to facility leadership, infection prevention and control (IPC), public health and Regional and Central Office QIIPC Consultants.
- ☐ Place a surgical mask on the patient and minimize proximity to staff and inmates
- ☐ All staff escorting, evaluating, or in close contact (6 ft.) with the patient should perform hand hygiene, put on gloves, gown, fit-tested respirator (N-95), goggles or face shield and gloves before room entry or inmate contact. Inmate will wear a surgical mask. Doffing: gloves, gown, exit room, doff face shield then N-95 and wash hands.
- ☐ Escort patient to a *certified* Airborne Infection Isolation (AII) room.
- ☐ If no AII room is available, isolate in room with door closed and *preferably* air is exhausted outside.
- ☐ Prepare for transport to a designated referral healthcare facility in coordination with the local public health authority (do not call for transport service without prior notification and escort in place to move inmate).
- ☐ Minimize and keep a log of all persons interacting with (6ft.) or caring for, the inmate.
- ☐ Once the AII room is empty for two hours, it can be cleaned and disinfected with an EPA registered disinfectant (Emerging viral pathogens claim), by a person in proper PPE.
- ☐ Waste disposal:  Double bag trash as hazardous waste.  Linens:  Double bag in linen hazard bag for washing in central laundry

### 3b. The Asymptomatic Patient

**If the patient has no symptoms house in a single cell, and implement Standard, Contact and Droplet Precautions with Eye Protection**
- ☐ Report case to facility leadership, QIICP, public health and Regional and Central Office QIIPC Consultants.
- ☐ House patient in a single cell.  The preferred location is within Health Services.  If unable to house patient in a single cell contact Regional and Central Office Infection Prevention and Control Consultants.
- ☐ Limit # of persons interacting with inmate. Utilize social distancing (6 ft.).
- ☐ Document a daily symptom assessment and temperature (Inmate can self-monitor with disposable thermometer or use non-contact thermometer. Utilize disposable food trays.  Have inmate clean and disinfect room daily with disposable towels, if possible.  Trash will be double bagged out of room.
- ☐ Staff entering room will perform hand hygiene, wear a gown, surgical mask, goggles or face shield and gloves.  Inmate will wear a surgical mask.  Remove PPE, except face shield and mask at exit.  Outside room, remove mask and wash hands.
- ☐ Continue modified housing and observation procedures until 14 days after the last possible exposure date.
- ☐ If at any time the patient becomes symptomatic, Implement the steps in 3a – The Symptomatic Patient.

**Inmate Name (Last, First):** Philippe, Guy          **Registration #** 09783-104
**Institution:**  McRae Correctional Facility – MCA
**Provider Name/Signature:** _____ Sandra West, RN _____  **Date:** 8/6/2020
*February 2020, Version 2.0*
Sandra West, RN
McRae Correctional
Facility

11/3/2020 11:00:07AM

# Inmate Condensed Chart Report

**Name:** PHILIPPE, GUY
**MRN:** 57567/0

**Agency#:** 09783-104 - BOP

**DOB:** 02/29/1968
**Sex:** M

## ☐ LABORATORY RESULTS

| Order | Result | Date | Answer | Units | Flag |
|---|---|---|---|---|---|
| CBC (COMPLETE BLOOD COUNT) Components: WBC, RBC, HGB, HCT, MCV, MCH, MCHC, RDW, PLT, MPV, % Neutrophils, Absolute Neutrophil, % Lymphocytes, Monocytes, % Eosinophils, % Basophils. | ABSOLUTE NEUTROPHIL | 08/18/2020 | 3.13 | x10-3/uL | Normal |
| | BASOPHIL | 08/18/2020 | 0.6 | % | Normal |
| | EOSINOPHIL | 08/18/2020 | 4.5 | % | Normal |
| | HCT | 08/18/2020 | 45.3 | % | Normal |
| | HGB | 08/18/2020 | 15.2 | G/DL | Normal |
| | LYMPHOCYTE | 08/18/2020 | 31.0 | % | Normal |
| | MCH | 08/18/2020 | 30.8 | PG | Normal |
| | MCHC | 08/18/2020 | 33.6 | G/DL | Normal |
| | MCV | 08/18/2020 | 91.9 | FL | Normal |
| | MONOCYTE | 08/18/2020 | 5.6 | % | Normal |
| | MPV | 08/18/2020 | 12.0 | FL | Normal |
| | NEUTROPHILS | 08/18/2020 | 58.1 | % | Normal |
| | PLATELET | 08/18/2020 | 205 | TH/CUMM | Normal |
| | RBC | 08/18/2020 | 4.93 | M/CU MM | Normal |
| | RDW | 08/18/2020 | 11.5 | % | Normal |
| | WBC | 08/18/2020 | 5.38 | TH/CU MM | Normal |
| COMPREHENSIVE METABOLIC PANEL | ALBUMIN | 08/18/2020 | 4.8 | G/DL | Normal |
| | ALKALINE PHOSPHATASE | 08/18/2020 | 80 | U/L | Normal |
| | ALT (SGPT) | 08/18/2020 | 33 | U/L | Normal |
| | AST (SGOT) | 08/18/2020 | 24 | U/L | Normal |
| | BILIRUBIN, TOTAL | 08/18/2020 | 1.6 | MG/DL | Abn H |
| | BUN | 08/18/2020 | 14 | MG/DL | Normal |
| | CALCIUM | 08/18/2020 | 9.7 | MG/DL | Normal |
| | CARBON DIOXIDE (CO2) (BICARBONATE) | 08/18/2020 | 27 | MEQ/L | Normal |
| | CHLORIDE | 08/18/2020 | 100 | MEQ/L | Normal |
| | CREATININE, SERUM | 08/18/2020 | 1.08 | MG/DL | Normal |
| | GFR (AFRICAN AMERICAN) | 08/18/2020 | 92 | ML/MIN | Normal |
| | GFR (NON-AFRICAN AMERICAN) | 08/18/2020 | 76 | ML/MIN | Normal |
| | GLUCOSE | 08/18/2020 | 76 | MG/DL | Normal |
| | POTASSIUM, SERUM | 08/18/2020 | 4.3 | MEQ/L | Normal |
| | PROTEIN TOTAL, SERUM | 08/18/2020 | 8.0 | G/DL | Normal |
| | SODIUM, SERUM | 08/18/2020 | 139 | MEQ/L | Normal |

11/3/2020 11:00:07AM

# Inmate Condensed Chart Report

**Name:** PHILIPPE, GUY
**MRN:** 5755670

**Agency#:** 09783-104 - BOP

**DOB:** 02/29/1968
**Sex:** M

## LABORATORY RESULTS

| Order | Result | Date | Answer | Units | Flag |
|---|---|---|---|---|---|
| LIPID (CARDIAC) PANEL-INCLUDES: CHOLESTEROL, TRIGLYCERIDES, HDL/LDL, VLDL | | | | | |
| | CHOLESTEROL | 08/18/2020 | 207 | MG/DL | Abn H |
| | HDL | 08/18/2020 | 46 | MG/DL | Normal |
| | LDL | 08/18/2020 | 147 | MG/DL | Abn H |
| | TRIGLYCERIDES | 08/18/2020 | 71 | MG/DL | Normal |
| | VLDL | 08/18/2020 | 14 | MG/DL | Normal |



# PHILIPPE,GUY

DOB: 02/29/1968    Age: 52    Specimen: DK333431B    Collected: 07/31/2020 00:00
Sex: M    Fasting: U    Requisition: 0002555    Received: 07/31/2020 23:19
Phone: (405) 682-4075      Report Status: FINAL    Reported: 08/02/2020 16:47
Patient ID: 09783-104

Client #: 00032045
LEMONS,KIMBERLY R
FEDERAL TRANSFER CENTER-OKLA
7420 S MACARTHUR
PO BOX 898802
OKLAHOMA CITY, OK 73189-8802
Phone: (405) 682-4075 ext. 4001
Fax: (405) 680-4226

---

FASTING:UNKNOWN

---

## SARS CoV 2 RNA(COVID 19), QUALITATIVE NAAT   (FINAL)            Lab: DLO

---

**SARS CoV 2 RNA** (94500-6)                 **NOT DETECTED**                (FINAL)
Reference Range: NOT DETECTED

|                | NOT DETECTED | NOT DETECTED |
|----------------|--------------|--------------|
|                | 07/09/2020   | 07/31/2020   |

A Not Detected (negative) test result for this test
means that SARS- CoV-2 RNA was not present in the specimen
above the limit of detection. A negative result does not
rule out the possibility of COVID-19 and should not be
used as the sole basis for treatment or patient management
decisions. If COVID-19 is still suspected, based on
exposure history together with other clinical findings,
re-testing should be considered in consultation with
public health authorities. Laboratory test results should
always be considered in the context of clinical
observations and epidemiological data in making a final
diagnosis and patient management decisions.

Please review the "Fact Sheets" and FDA authorized
labeling available for health care providers and
patients using the following websites:
https://www.questdiagnostics.com/home/Covid-19/HCP/NAAT/fact-sheet2
https://www.questdiagnostics.com/home/Covid-19/Patients/NAAT/
fact-sheet2

This test has been authorized by the FDA under an
Emergency Use Authorization (EUA) for use by authorized
laboratories.

Due to the current public health emergency, Quest
Diagnostics is receiving a high volume of samples from
a wide variety of swabs and media for COVID-19 testing.
In order to serve patients during this public health
crisis, samples from appropriate clinical sources are
being tested. Negative test results derived from
specimens received in non-commercially manufactured
viral collection and transport media, or in media and
sample collection kits not yet authorized by FDA for
COVID-19 testing should be cautiously evaluated and the
patient potentially subjected to extra precautions such
as additional clinical monitoring, including collection
of an additional specimen.

Methodology: Nucleic Acid Amplification Test (NAAT)
includes PCR or TMA

Additional information about COVID-19 can be found
at the Quest Diagnostics website:
www.QuestDiagnostics.com/Covid19.

**Performing Sites**
DLO Diagnostic Laboratory of Oklahoma-Diagnostic Labor, 225 NE 97th Street, Oklahoma City, OK 73114-6302 Laboratory Director: Dr.
Madhusudan Rao

---

PHILIPPE,GUY (DK333431B)                  1 / 2                  8/4/20

**Key**

● Priority Out of Range   ▲ Out of Range   (PEND) Pending Result   (PRE) Preliminary Result   (FINAL) Final Result   (RE) Reissued Result

Note: Data displayed only for results that meet strict identification matching. Historical result view may vary based on corrected or updated patient demographics. The reference range displayed may vary due to potential changes in laboratory testing methods. Please refer to the published reference range on each lab report.

Quest, Quest Diagnostics, the associated logo, Nichols Institute, Interactive Insights and all associated Quest Diagnostics marks are the registered trademarks of Quest Diagnostics. All third party marks - '®' and '™' - are the property of their respective owners. Privacy policy can be found at: http://questdiagnostics.com/home/privacy-policy/online-privacy.html. © 2020 Quest Diagnostics Incorporated. All rights reserved.

[ interRadiology.com ]                                                    Page 1 of 1

Electronically signed by:Melvin Jackson MD  Aug 11 2020  3:44PM EST Author 8/11/2020

## RADIOLOGY REPORT

Report provided below represents finding reviewed by a radiologist for the purposes of rendering an impression as to the condition of the listed patient at the time of the performed x-ray study. Active disease will thus be determined based on the actual time the x-ray procedure was performed, not the time of the rendered interpretation. Report is based upon the radiographic examination, correlation with the clinical findings is essential.

| | |
|---|---|
| **Patient Name:** Phillippe Guy<br>**Medical Rec.#:** 09783-104<br>**Gender:** M<br>**D.o.B.:** Thursday, February 29, 1968 | **Date of Exam:** Monday, August 10, 2020<br>**Facility:** - - -<br>**Nurses Station:** - - -<br>**Ordering M.D.:** Jackson Melvin Dr.<br>**Procedures:** 1<br>**Reason for Exam:** No information provided<br>**Type of Exam:** cxr - hx +ppd<br>**Study Received:** 8/10/2020 9:37:03 AM MST<br>**Study Read:** 8/10/2020 10:17:12 AM MST |

## Procedure 1

**Findings/Exam**

Technique: Chest, 2 views Comparison: None. Findings: The cardiomediastinal silhouette is normal. Pulmonary vascularity is unremarkable. There are no focal infiltrates. The costophrenic angles are sharp with no pleural effusion. The bony mineralization is normal.

**Comment**

Impression: 1. No radiographic evidence of acute cardiopulmonary disease. 2. Specifically, no radiographic evidence of active TB.

Dr. Naiyer Imam
Radiologist

The Protected Health Information contained in this fax is highly confidential. It is intended for the exclusive use of the addressee. It is to be used only to aid in providing specific healthcare service to this patient. Any other use is a violation of Federal Law (HIPAA) and will be reported as much.

StatRad Exam Requisition                                                    Page 1 of 1



## FDC Miami MIM

| | | | |
|---|---|---|---|
| Patient: | PHILIPPE, GUY (Male) | DOB: | 02/29/68 |
| Register#: | 09783-104 | Age: | 50 |
| Date: | 10/18/18 09:51 | Status: | OP |
| Slicecount: | 2 | | |
| History: | History of PPD (+) on INH Prophylaxis | | |
| Priors: | | | |
| Exams: | FILM CXR 2 VIEWS | | |
| Referring Phy: | MENENDEZ_R_HSA_MLP | | |
| Ordering Phy: | | | |
| Ordering Phy #: | | | |
| Accession Numbers: 202#BOP00013041 | | | |

### Final Report

Exam: FILM CXR 2 VIEWS

HISTORY: Positive PPD. On INH prophylaxis

TECHNIQUE: Frontal and lateral views of the chest.

COMPARISON: 1/12/2017

FINDINGS: Normal lung volumes. The lungs are clear. No acute airspace disease or pulmonary edema. No lung cavities, fibronodular opacities or parenchymal architectural distortion.

Normal cardiomediastinal contours for age.

No pleural effusion or pneumothorax.

No acute osseous abnormalities.

IMPRESSION: Stable and normal chest examination. No radiographic evidence of active tuberculosis.


Radiologist:            Justin Yoon, MD

Study ready at 10:04 and initial results transmitted at 11:06

Name: PHILIPPE, GUY
Age: 52 yr

Philippe, Guy
09783-104    #173   N/S   129476-58-978-991.

P/PR: 120/174 ms
QRS: 102 ms
QT/QTc: 392/423 ms
P/QRS/T axis: 58/51/38 deg
Heart rate: 70 bpm

Normal ECG
Unconfirmed Report

Trevor Erickson, MD
McRae Correctional Facility

25 mm/s   10 mm/mV   Frequency Response: 0.5-40 Hz kHz   Version 2.10.06

BP-A0807         INFLUENZA VACCINE CONSENT – INMATES CDFRM
Sep 11
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

*(*Note: CDC Vaccine Information Statements in multiple languages available at: www.cdc.gov/vaccines/pubs/vis/)*

I have been provided a copy of the Vaccine Information Statement* for Influenza Vaccine dated 8/15/2019 . I have had the opportunity to ask questions about the benefits and risks of vaccination.

☐ **I consent to receive the influenza vaccine at this time.**

**Health Questions Prior to Influenza Vaccination** *(Check Yes or No)*

| Yes | No | Health Questions |
|-----|-----|------------------|
| | | Are you sick today? *(if moderately to severely ill should postpone vaccination)* |
| | | Do you have allergy to eggs? |
| | | Have you ever had serious reaction to influenza vaccine? |
| | | If so, describe: |
| | | Have you had Guillain-Barré syndrome (progressive paralysis) |

| Inmate Signature | Witness Signature | Date |
|------------------|-------------------|------|
| | | |

√ **I decline to receive the influenza vaccine at this time.**

| Inmate Signature | Witness Signature | Date |
|------------------|-------------------|------|
| *[signature]* | Katie Staples, RN | 10-1-20 |

Katie Staples, RN
McRae Correctional Facility

| (PRINT)  Inmate Name (Last, First) | Register Number | Facility |
|-----------------------------------|-----------------|----------|
| Philippe, Guy | 09783 - 104 | McRae Correctional Facility MCA |

Proscribed By P6190

BP-A0808          VACCINE CONSENT -- INMATES     CDFRM
Sep 11
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

(*Note: CDC Vaccine Information Statements in multiple languages available at: www.cdc.gov/vaccines/pubs/vis/)

I have been provided a copy of the Vaccine Information Statement* for:

Pneumococcal 23    vaccine dated  10/30/2019

I have had the opportunity to ask questions about the benefits and risks of vaccination.

I consent to be vaccinated.

| Inmate Signature | Witness Signature | Date |
|---|---|---|
| | | |

I decline to receive the above vaccine at this time.

| Inmate Signature | Witness Signature | Date |
|---|---|---|
| X _(signature)_ | Katie Staples, RN | 8-11-20 |

Katie Staples, RN
McRae Correctional Facility

| (PRINT) Inmate Name (Last, First) | Register Number | Facility |
|---|---|---|
| Philippe, Guy | 09783-104 | McRae Correctional Facility MCA |

BP-A0808      **VACCINE CONSENT – INMATES**    CDFRM
Sep 11

**U.S. DEPARTMENT OF JUSTICE**        **FEDERAL BUREAU OF PRISONS**

*(*Note: CDC Vaccine Information Statements in multiple languages available at: www.cdc.gov/vaccines/pubs/vis/)*

I have been provided a copy of the Vaccine Information Statement* for:

         Tetanus/Tdap        vaccine dated 02/24/2015 .

I have had the opportunity to ask questions about the benefits and risks of vaccination.

I consent to be vaccinated.

| Inmate Signature | Witness Signature | Date |
|---|---|---|
|  |  |  |

I decline to receive the above vaccine at this time.

| Inmate Signature | Witness Signature | Date |
|---|---|---|
| x *[signature]* | *Katie Staples, RN* | 8-11-20 |

Katie Staples, RN
McRae Correctional Facility

| (PRINT)  Inmate Name (Last, First) | Register Number | Facility |
|---|---|---|
| Philippe, Guy | 09783-104 | McRae Correctional Facility - MCA |

BP-A0808         **VACCINE CONSENT – INMATES**     CDFRM
Sep 11
**U.S. DEPARTMENT OF JUSTICE**               **FEDERAL BUREAU OF PRISONS**

*(*Note: CDC Vaccine Information Statements in multiple languages available at:  www.cdc.gov/vaccines/pubs/vis/)*

I have been provided a copy of the Vaccine Information Statement* for:

        MMR _____ vaccine dated 02/12/2018 _____ .

I have had the opportunity to ask questions about the benefits and risks of vaccination.

I consent to be vaccinated.

| Inmate Signature | Witness Signature | Date |
|---|---|---|
|  |  |  |

I decline to receive the above vaccine at this time.

| Inmate Signature | Witness Signature | Date |
|---|---|---|
| X _C. Philippe_ | Katie Staples, RN | 8-11-20 |

Katie Staples, RN
McRae Correctional Facility

| (PRINT)  Inmate Name (Last, First) | Register Number | Facility |
|---|---|---|
| Philippe, Guy | 09783-104 | McRae Correctional Facility - MCA |

MO2 201 up

BP-A0358   **MEDICAL TREATMENT REFUSAL** (Rechazo de Tratamiento Médico) CDFRM
JUN 10

**U.S. DEPARTMENT OF JUSTICE**                              **FEDERAL BUREAU OF PRISONS**

8-26-20
                                                            Date          (Fecha)

I, Philippe, Guy  09783-104 , refuse treatment recommended
Name and Registration Number   (Numbre y Número de Registro)   (rechaza el tratamiento recomendado
by the **Federal Bureau of Prisons Medical staff** for the following condition(s):
por el Personal Médico del Bureau Federal de Prisiones, por las siguientes razones):

DESCRIBE IN LAYMAN'S TERMINOLOGY:          (DESCRIBA EN TERMINOLOGIA COMUN Y CORRIENTE):

  Inactive tuberculosis infection

The following **treatment(s)** was/were recommended:(El siguiente tratamiento(s) fue/fueron recomendado(s)):

  Tuberculosis preventive medicine
  Isoniazid, Priftin, Vitamin B6 for 12 weeks or Isoniazid and Vitamin B6 for 9 months

**Federal Bureau of Prisons Medical staff members have carefully explained to me that the following
possible consequences and/or complications may result because of my refusal to accept treatment:**

(Los miembros del personal Médico del Bureau Federal de Prisiones me ha explicado cuidadosamente las
posibles consecuencias o complicaciones siguientes que pueden resultar por causa de mi rechazo a aceptar
tratamiento):

  Development of active tuberculosis
  Becoming contagious
  Death

**I understand the possible consequences and/or complications, listed above, and still refuse** recommended
treatment. I hereby assume all responsibility for my physical and/or mental condition, and release the
Bureau of Prisons and its employees from any and all liability for respecting and following my
expressed wishes and directions.

(Me doy por enterado de las posibles consecuencias o complicaciones enlistadas arriba, y aun así me rehuso
al tratamiento recomendado. Por medio de la presente, asumo toda responsabilidad por mi condición física
o mental, y relevo al Bureau de Prisiones y a sus empleados de cualquiera y toda responsabilidad por causa
de respectar y seguir mis expresos deseos y direcciones.)

Charlene Hart, LPN
McRae Correctional Facility   Katherine Hart, LPN                8/26/20
                                          Patient's Signature and Date (Firma del Paciente y Fecha)

[signature] LPN                    8/26/20
Signature of Witness and Date   (Firma del Testigo y Fecha)


Signature of Witness and Date   (Firma del Testigo y Fecha)

Record Copy - Inmate's Medical Record; Copy - Hospital File; Copy - To Inmate

PDF                          Prescribed by P6031              Replaces BP-S358.060 of MAY 94

**Inmate Condensed Chart Report**

| | | | |
|---|---|---|---|
| **Name:** | PHILIPPE, GUY | **DOB:** | 02/29/1968 |
| **MRN:** | 5755670 | **Sex:** | M |
| **Agency#:** | 09783-104 - BOP | | |

## 🖥 PROGRESS NOTES

---

**10/10/20  11:32 am**

Addendum                              **Owner:**    Branch, Walter

**Notes**

Addendum  to BOP Hypertension  CCC, 09/25/2020:
   1) A Spanish translator was used
   2) The patient has no pain
   3) No UA  was available to b reviwed

**Signature**

Electronically signed by : Walter  Branch  M.D.; 10/10/2020 12:32 PM EST; Author

---

**9/30/20  1:02 pm**

Addendum                              **Owner:**    Branch, Walter

**Notes**

Addendum for BOP  CCC Hypertension  ( Initial):
No Spanish interpreter was used
2) The patient denied any pain
3) A urinalysis   was not available to be reviewed

**Signature**

Electronically signed by : Walter  Branch  M.D.; 09/30/2020 2:02 PM EST; Author.
Electronically signed by : Walter  Branch  M.D.; 09/30/2020 2:02 PM EST; Author

---

**8/18/20  11:39 am**

Lab Specimens Obtained                 **Owner:**    WARD, MARY

**Notes**

Lab Specimens obtained per protocol as ordered at 0500

**Signature**

Electronically signed by : MARY  WARD  R.N.; 08/18/2020 12:39 PM EST; Author

---

**8/14/20  11:39 am**

Progress Note                          **Owner:**    Moring, Karisia

**Inmate Condensed Chart Report**

| | |
|---|---|
| **Name:** PHILIPPE, GUY | **DOB:** 02/29/1968 |
| **MRN:** 5755670 | **Sex:** M |
| **Agency#:** 09783-104 - BOP | |

## 📋 PROGRESS NOTES

**Current Meds**
Atorvastatin Calcium 20 MG Oral Tablet;TAKE 1 TABLET BEDTIME; Rx

**Allergies**
No Known Drug Allergies

**Vital Signs**
 Recorded by Glasper,Tangela on 14 Aug 2020 10:51 AM
BP:129/76, LUE, Sitting,
HR: 58 b/min,
Resp: 18 r/min,
Temp: 97.8 F,
Weight: 173 lb,
BMI Calculated: 26.30 ,
BSA Calculated: 1.92 ,
O2 Sat: 99 (%SpO2)

**Subjective**
RECIEVED INMATE FOR EKG AS ORDERED. NO COMPLAINTS VOICED

**Objective**
ALERT AND ORIENTED X3. RESP EVEN AND UNLABORED. SKIN WARM AND DRY TO TOUCH. VITALS WNL.
DENIES CHEST PAIN/DISCOMFORT, SHORTNESS OF BREATH, OR HEART PALPITATIONS. EKG DONE, TOLERATEI
WELL. NO COMPLAINTS VOICED

**Assessment**
EKG DONE AND REVIEWED BY M. JACKSON, MD

**Plan**
WATCH CALL OUT TO DISCUSS RESULTS WITH PROVIDER

**Education**
Education and Counseling

 X Educated on Treatment Plan

 X Patient / Inmate Verbalized understanding of diagnosis and treatment plan

**Signature**
Electronically signed by : Karisia Moring LPN; 08/14/2020 12:39 PM EST; Author

---
**8/6/20 1:32 pm**

**BOP Intake SOAPE**              Owner:    RUGGENBERG, LESLIE

**Notes**
S - (subjective) " I am okay."
O - (objective) Inmate received from intake.
A - (assessment) See intake screening form.
P - (plan) Inmate received at MCA. Intake packet completed and placed in health record.
E - (education)Orientation packet given which includes information on:  Hepatitis B & C, HIV/AIDS, Tuberculosis, Dental Care
and Hygiene, Rights/Responsibilities, Medical Service Options, Pain Management, Accessing Medical Care, and Advanced
Directives, amd Co-pay of two dollars charged for sick call services.  inmate verbalized understanding.  Inmate voiced
understanding.
HIV - Refusal Signed

**Signature**
Electronically signed by : LESLIE RUGGENBERG R.N.; 08/06/2020 2:32 PM EST

---
**8/6/20 1:17 pm**

Clinic Note                   Owner:    Staples, Katie

**Inmate Condensed Chart Report**

| | | | |
|---|---|---|---|
| **Name:** | PHILIPPE, GUY | **DOB:** | 02/29/1968 |
| **MRN:** | 5755670 | **Sex:** | M |
| **Agency#:** | 09783-104 - BOP | | |

## PROGRESS NOTES

**Results**
CXR pa/lateral ordered by Dr. Jackson during the intake process due to a history of positive PPD
**Signature**
Electronically signed by : Katie Staples R.N.; 08/06/2020 2:17 PM EST; Author

## Hypertension Chronic Care Clinic (BOP)
Initial                                                13-6P-BOP

| | |
|---|---|
| **Inmate/Resident Name:** PHILIPPE, GUY | **Agency #:** 09783-104 - BOP   **DOB:** 02/29/1968 |

**Facility:** MCF          **Date:** 09/25/2020   **Time:** 10:22:33 AM

**Translator Used: Spanish**   ☐ Yes  ☐ No      **Does the patient have pain?**   ○ No   ○ Yes

**Other Translator Language:**   ☐ Yes  ☐ No

**If Yes, List:** _____   **If Yes, Check Pain Scale Rating**

☐ 1 (mild)  ☐ 2  ☐ 3  ☐ 4  ☐ 5  ☐ 6  ☐ 7  ☐ 8  ☐ 9  ☐ 10 (severe)

**Chief complaint:** Initial Visit

## SUBJECTIVE

**Demographics:**   Sex:   ☑ Male   ☐ Female

Race   ☑ African-American   ☐ Non-African-American

Age:  52      Age at HTN Onset:  26 Aug 2017

CARDIOVASCULAR RISK FACTORS:                               Describe

| | | | |
|---|---|---|---|
| Diabetes Mellitus | ● No | ○ Yes | |
| Dyslipidemia | ○ No | ● Yes | |
| Obesity | ○ No | ● Yes | |
| Cigarette Smoker | ● No | ○ Yes | ex |
| Microalbuminuria or GFR<60 | ● No | ○ Yes | |

FAMILY HISTORY OR CV DISEASE:                               Describe

| | | | |
|---|---|---|---|
| Hypertension | ○ No | ● Yes | brother |
| CAD | ○ No | ● Yes | Father |
| Diabetes Mellitus | ● No | ○ Yes | Father |
| Renal Disease | ● No | ○ Yes | |
| Dyslipidemia | ● No | ○ Yes | |
| Neurofibromatosis | ● No | ○ Yes | |
| Other | ● No | ○ Yes | |

**Current Medications - Dosage and Frequency (if more room is needed to list medications, use page 4)**

| | |
|---|---|
| Atorvastatin 20 mg HS | |
| | |
| | |

**\*\*It is unacceptable to document See MAR\*\***

☑ NKDA

☐ Known Drug Allergies: _____

Proprietary Information - Not For Distribution - Copyrighted -
Property of CoreCivic/BOP Contract Facilities                    9-15-16

## Hypertension Chronic Care Clinic (BOP)

13-6P-BOP

| | |
|---|---|
| Inmate/Resident Name: | PHILIPPE, GUY |
| Agency #: | 09783-104 - BOP |
| Facility | MCF |
| DOB: | 02/29/1968 |
| Date: | 09/25/2020 |

## SUBJECTIVE   *(Continue)*

**REVIEW OF SYSTEMS**   **Significant History Present?**   Describe

| | No | Yes | |
|---|---|---|---|
| Cardiovascular | ⦿ No | ◯ Yes | |
| Pulmonary | ⦿ No | ◯ Yes | |
| Genitourinary | ⦿ No | ◯ Yes | |
| Endocrine | ⦿ No | ◯ Yes | |
| Other | ⦿ No | ◯ Yes | |

## OBJECTIVE

**Vital Signs:**

B/P- 1: 130/79   B/P- 2: 141/87   Average B/P: 135/85   Pulse: 71   Height: 68

Respirations: 16   Temp: 97.3   Weight: 174   BMI: 26.45

**Examination**   *(Enter additional findings on page 4)*

| | | | | |
|---|---|---|---|---|
| General Appearance | ☑ Normal | ☐ Findings | Details: | |
| Fundi | ☐ Normal | ☑ Findings | Details: | Discs sharp |
| Neck | ☑ Normal | ☐ Findings | Details: | |
| Cardiac | ☑ Normal | ☐ Findings | Details: | |
| Pulmonary | ☑ Normal | ☐ Findings | Details: | |
| Abdomen | ☑ Normal | ☐ Findings | Details: | |
| Extremities | ☑ Normal | ☐ Findings | Details: | |
| Neuro/Reflexes | ☑ Normal | ☐ Findings | Details: | |
| Skin | ☑ Normal | ☐ Findings | Details: | |
| Other: GU/ Rectal | ☐ Normal | ☑ Findings | Details: | Performed one month ago |

## DIAGNOSTIC EVALUATION   **Laboratory Tests**   *(Place additional Labs on page 4)*

| TEST | DATE | RESULTS | TEST | DATE | RESULTS |
|---|---|---|---|---|---|
| BUN | 18Aug 20 | 14 | Urinalysis | | |
| Creatinine | 18Aug20 | 1.05 | | | |
| GFR | 18 Aug20 | 92 | | | |
| Fasting Lipids | | | Annual UA | | |
| T. Cholesterol | 18Aug 20 | 207 | | | |
| HDL | 18 Aug20 | 46 | Sodium | 18Aug20 | 139 |
| LDL | 18Aug20 | 147 | Potassium | 18Aug20 | 4.3 |
| Triglycerides | 18Aug20 | 71 | Chloride | 18Aug20 | 100 |
| Fasting Glucose | 18Aug20 | 76 | | | |
| Hematocrit | | | | | |

Page 2 of 4

**Proprietary Information - Not For Distribution - Copyrighted - Property of CoreCivic/BOP Contract Facilities**

9-15-16

## Hypertension Chronic Care Clinic (BOP)

13-6P-BOP

| | | |
|---|---|---|
| Inmate/Resident Name: | PHILIPPE, GUY | Agency #: 09783-104 - BOP |
| Facility: | MCF | DOB: 02/29/1968   Date: 09/25/2020 |
| Electrocardiogram Date | 14 Aug20 | Results NSR |

## ASSESSMENT

**Classification**

| | | Degree of Control |
|---|---|---|
| ☐ Normal | SBP < 120 and DBP <80 | Good Control |
| ☑ Prehypertension | SBP 120-139 or DBP 80-89 | Good Control |
| ☐ Stage 1 Hypertension | SBP 140-159 or DBP 90-99 | Fair Control |
| ☐ Stage 2 Hypertension | SBP ≥ 160 or DBP ≥100 | Poor Control |

## PLAN

| | | | | |
|---|---|---|---|---|
| **Change Diet** | ⦿ No | ☐ Yes | **Describe** | |
| **Change/Adjust Meds** | ☐ No | ⦿ Yes | **Describe** | Add HCTZ, 25 mg daily |
| **Vaccinations (tdap/td,** | ☐ No | ☐ Yes | | |
| **influenza, pneumovax)** | | | **Describe** | |
| **Other** | ☐ No | ☐ Yes | **Describe** | |

**New/Changed Meds**   (Name and Dose)

HCTZ, 25 mg daily

**Additional Plans: Treatment goal of BP<or = 140/90**      ☐ Yes      ⦿ No      **Plan:**

Add medication.

### Education and Counseling      (Check all that apply)

☑ Patient educated on lifestyle changes (caloric restriction, fat intake, etc.)

☑ Patient educated on exercise recommendations      ☑ Patient educated on smoking cessation

☐ Patient understands medications      ☑ Discuss normal/abnormal labs/studies with patient

☑ Patient/inmate verbalized understanding of treatment plan

☐ Other educational effort(s)

Return visit:

☐ 2 weeks      ☐ 1 month      ☑ 3 months      ☐ other

☐ **Problem List and Med List Updated**

| | | | |
|---|---|---|---|
| Signature: | Branch, Walter | Title: MD | Date: 09/25/2020 |

**Proprietary Information - Not For Distribution - Copyrighted - Property of CoreCivic/BOP Contract Facilities**      9-15-16

## Hypertension Chronic Care Clinic (BOP)

13-6P-BOP

| Inmate/Resident Name | PHILIPPE, GUY | | Agency # | 09783-104 - BOP |
|---|---|---|---|---|
| Facility | MCF | DOB: 02/29/1968 | Date: | 09/25/2020 |

*Please use this page to comment on findings from previous pages*

## SUBJECTIVE

See note

## OBJECTIVE

See Note

## ASSESSMENT

See Note

## PLAN

See Note

| Signature: | Branch, Walter | Title: | MD | Date: | 09/25/2020 |
|---|---|---|---|---|---|

Proprietary Information - Not For Distribution - Copyrighted - Property of CoreCivic/BOP Contract Facilities

9-15-16

**Latent TB - Initial Visit (BOP)**                    13-6M1-BOP

| | |
|---|---|
| Inmate-Resident Name: | PHILIPPE, GUY |
| Agency #: | 09783-104 - BOP |
| DOB: | 02/29/1968 |

Facility: MCF          Date: 08/26/2020          Military Time: _____

If your patient has Active Tuberculosis, use the correct form instead of this one.

Translator Used: Spanish Other     | Yes  | No
Translator Language:               ☐ Yes  ☐ No

Does the Patient have pain?     ○ No  ○ Yes

If Yes. List: _____

If Yes, Circle Pain Scale Rating

○ 1 (mild)  ○ 2 ○ 3 ○ 4 ○ 5 ○ 6 ○ 7 ○ 8 ○ 9 ○ 10 (severe)

## SUBJECTIVE

**Type of Visit**     (Check all that apply):

☑ Initial Visit

☐ Already on TB or LTBI treatment: Start Date: _____     Anticipated Stop Date: _____

☐ With symptoms regardless of skin test results

☑ No symptoms but positive skin test          ☐ New skin test converter with negative chest x-ray

## History:

Tuberculin skin test (TST):

Date: 1/25/18     (mo/yr)     Result  20     mm induration

If 2-step TST, describe second results  _____     mm induration

Note: induration ≥ 5mm is considered positive for:

- Close contact with active TB patients     - Systemic corticosteroid treatment     - CXR results suggesting inactive TB
- HIV co-infection     - Organ transplant recipient     - Patients receiving anti-TNF alfa drugs
- Other immunocompromised condition     - Patient on immunosuppressive therapy

Previous QuantiFERON Results:     ○ Positive     ○ Negative     ○ indeterminate     ○ Unknown     ◉ N/A

### Risk Factors for TB:

| | | | | |
|---|---|---|---|---|
| Close Contacts to infectious TB cases | ○ No | ◉ Yes | Describe: | Prison |
| Foreign-born from high-incidence countries | ○ No | ◉ Yes | Describe: | Haiti |
| Injection drug users | ◉ No | ○ Yes | Describe: | |
| Residents/Employees of | ◉ No | ○ Yes | Describe: | |

- prisons and jails
- long term care facilities
- hospitals and long term care facilities
- homeless shelters

Prior treatment for TB or LTBI?     ○ No  ◉ Yes     , When?  TB prophylaxis / cc'hild     Where?  Haiti

Treatment completed  ○ No  ◉ Yes     Treatment incomplete  ○ No  ○ Yes     Why?  _____

How many doses taken     n/a

Preexisting conditions(s)     _____

**Proprietary Information - Not For Distribution - Copyrighted - Property of CoreCivic/BOP Contract Facilities**     9-15-16

**Latent TB - Initial Visit (BOP)**                                                     13-6M1-BOP

| | | |
|---|---|---|
| Inmate/Resident Name: | PHILIPPE, GUY | Agency #: 09783-104 - BOP |
| Facility: MCF | DOB: 02/29/1968 | Date: 08/26/2020 |

**Current Signs and Symptoms**  (Check all that apply):

| Symptom | Present? | Describe | Symptom | Present? | Describe |
|---|---|---|---|---|---|
| Cough | ⦿ No  ○ Yes | | Fatigue | ⦿ No  ○ Yes | |
| Dizziness | ⦿ No  ○ Yes | | Night Sweats | ⦿ No  ○ Yes | |
| Rash/Hives | ⦿ No  ○ Yes | | Hemoptysis | ⦿ No  ○ Yes | |
| Fever/Chills | ⦿ No  ○ Yes | | GI Upset | ⦿ No  ○ Yes | |
| Brown Urine | ⦿ No  ○ Yes | | Tingling/Numbness Hands/Feet | ⦿ No  ○ Yes | |
| Jaundice | ⦿ No  ○ Yes | | Visual Changes | ⦿ N  ○ Yes | |
| Abdominal Pain | ⦿ No  ○ Yes | | Diarrhea | ⦿ No  ○ Yes | |
| Seizure | ⦿ No  ○ Yes | | Memory Loss | ⦿ No  ○ Yes | |
| Loss of Appetite | ⦿ No  ○ Yes | | Weight Loss | ⦿ No  ○ Yes | |
| Nausea/Vomiting | ⦿ No  ○ Yes | | Headache | ⦿ N  ○ Yes | |
| Sore Muscles/Joints | ⦿ No  ○ Yes | | Other Symptoms | ⦿ No  ○ Yes | |

☑ NKDA
☐ Known Drug Allergies: _____

| Current Medication(s) | Dosage / Frequency | Side Effects (if yes, list) |
|---|---|---|
| Atorvastatin | 20 mg tablet at bedtime | ⦿ No  ○ Yes | |
| | | ○ No  ○ Yes | |
| | | ○ N  ○ Yes | |
| | | ○ N  ○ Yes | |

**It is unacceptable to document see MAR; medications must be listed (if more room is needed, list on the last page)**

Need baseline CXR within 6 months of initiating LTBI treatment for non-HIV infected patients. One month for HIV patients

☑ Chest X-ray Results Date: 8/10/20

Findings: normal

**Additional Risk Factors:**

| | | | | |
|---|---|---|---|---|
| HIV | ⦿ No  ○ Yes | ○ Testing | ○ Self-Report | |
| Renal disease | ⦿ No  ○ Yes | Describe: | | |
| Liver disease | ⦿ No  ○ Yes | Describe: | | |
| Non-TB pulmonary disease | ⦿ No  ○ Yes | Describe: | | |
| Diabetes | ⦿ No  ○ Yes | Describe: | | |
| Non HIV immunosuppression | ⦿ No  ○ Yes | Describe: | | |

Other Diagnoses: Hyperlipidemia, borderline HTN

Proprietary Information - Not For Distribution - Copyrighted - Property of CoreCivic/BOP Contract Facilities                    9-15-16

**Latent TB - Initial Visit (BOP)**

13-6M1-BOP

| | | | |
|---|---|---|---|
| Inmate/Resident Name: | PHILIPPE, GUY | Agency #: | 09783-104 - BOP |
| Facility: | MCF | DOB: 02/29/1968 | Date: 08/26/2020 |

## OBJECTIVE

### Vital Signs:

B/P 152/96 **Pulse** 64 ○ Regular ○ Irregular **Respirations:** 18 **Temp:** 98.2

**Today's Weight** 170 # **Height:** 5'8

**Previous Weight** 173 on (date) 08/14/20 ● prev. wt. measured ○ prev. wt. estimated by patient

### Physical Exam

| | | | Describe: | |
|---|---|---|---|---|
| General: | ● Normal | ○ Findings | Describe: | |
| HEENT: | ● Normal | ○ Findings | Describe: | |
| Skin: | ● Normal | ○ Findings | Describe: | |
| Lungs: | ● Normal | ○ Findings | Describe: | |
| Heart: | ● Normal | ○ Findings | Describe: | |
| Abdomen: | ● Normal | ○ Findings | Describe: | |
| Neurologic: | ● Normal | ○ Findings | Describe: | |
| Other: | ● Normal | ○ Findings | Describe: | mp BPH |

### Labs

AST (SGOT): 24 Date: 8/18/20

ALT (SGPT): 33 Date: 8/18/20

CBC Date: 8/18/20

- WBC: 5.38

- HGB/HCT: 15.2 45.3

- Platelets: 205

HIV: refused (refusal signed) Date: 8/6/20 ☑ Test Refused

HBsAg: NA Date: NA

Anti-HCV: NA Date: NA

Sputum Eval: ☑ NA Date: Results:

## ASSESSMENT

☐ **Latent TB Infection -** Infected with TB without clinically active disease (infected persons usually have positive TB test reactions, but the patient has no symptoms related to the infection and are not infectious)

**Other Diagnoses:** 1) Hyperlipidemia 2) Borderline HTN 3)

## PLAN

**Latent TB Patient**

**Indications for Treatment:** 10 mm or greater induration on PPD or 5 mm or greater induration with the following concurrent situations

- HIV co-infection
- Other immunosuppressive condition or therapy

☑ Reason(s) for not initiating LTBI treatment: neg CXR, Asymptomatic previous immunization

☐ Patient refused LTBI treatment and signed refusal form

**Proprietary Information - Not For Distribution - Copyrighted -**
**Property of CoreCMc/BOP Contract Facilities**

9-15-16

Latent TB - Initial Visit (BOP)

13.6M1-BOP

| Inmate/Resident Name: | PHILIPPE, GUY | | | | Agency #: | 09783-104 - BOP |
|---|---|---|---|---|---|---|
| Facility: | MCF | | DOB: | 02/29/1968 | Date: | 08/26/2020 |

## Treatment

Weekly INH-Rifapentine therapy for 12 weeks is the preferred treatment regimen

☐ Drug-drug interactions with Rifapentine evaluated

☐ Correct doses considered. See below.

☐ Medications ordered as direct observation therapy

### Dosing Guidelines for INH-RPT Regimen

**INH** (15mg/kg) rounded up to nearest 50 or 100 mg (900mg maximum)

| Kilograms | Pounds | INH Dose |
|---|---|---|
| <40 | <88 | 15mg/kg rounded up to nearest 50 mg (split tablets) |
| 41-46 | 89-101 | 700mg |
| 47-53 | 103-116 | 800mg |
| >54 | >117 | 900mg (maximum) |

INH is formulated as 100mg and 300mg tablets

### Rifapentine

| Kilograms | Pounds | Rifapentine Dose |
|---|---|---|
| 25.1-32 | 55-70 | 600mg |
| 32.1 -49.9 | 71-109 | 750 mg |
| >50 | >110 | 900mg (maximum) |

RPT is formulated as 150 mg tablets (keep sealed until use in blister packs)

### Pyridoxine (Vitamin B-6)

Administer 50mg once weekly with each dose of INH-RPT

☐ Medical Hold ordered for duration of the therapy          ☐ LTF's ordered at dose 4

☐ Weekly medication side effect screening ordered

### Education and Counseling

☐ INH-RPT Regimen is provided to prevent the development of active TB          ☐ It is a 12-week, once per week regimen.

☑ Seek medical attention for adverse effects, including: fever, yellow eye, dizziness, rash, or aches, vomiting, weakness, abdominal pain, tingling of ands or feet, loss of appetite or greater than one day of nausea.

☐ RPT will turn urine and eyes secretions a reddish color.          ☐ Do not miss appointments or medication dosing times.

☑ Patient given a copy of CDC publication Hand-out (CS234967E) What You Need to Know About your Medicine for Latent Tuberculosis (TB) Infection. Available at: http://www.cdc.gov/tb/publications/PDF/3HP_508.pdf

☑ Discussed normal/abnormal labs with patient          ☑ Patient/inmate verbalized understanding of treatment plan.

| Signature: | Branch, Walter | | Title: | MD | Date: | 08/26/2020 |
|---|---|---|---|---|---|---|

Proprietary Information - Not For Distribution - Copyrighted - Property of CoreCivic/BOP Contract Facilities

9-15-16

Latent TB - Initial Visit (BOP)

13-6M1-BOP

**Inmate Resident Name:** PHILIPPE GUY   **Agency #:** 09783-104 - BOP

**Facility:** MCF   **DOB:** 02/29/1968   **Date:** 08/26/2020

*Please use this page to comment on findings from previous pages*

## Subjective

## Objective

## Assessment

## Plan

Signature   Branch, Walter   Title   MD   Date   08/26/2020

**Proprietary Information - Not For Distribution - Copyrighted - Property of CoreCivic/BOP Contract Facilities**

9-15-16

**Cardiac Chronic Care Clinic**                                    13-6A1-BOP

| | | | | | |
|---|---|---|---|---|---|
| **Inmate/Resident Name:** | PHILIPPE, GUY | | **Agency #:** | 09783-104 - BOP | **DOB:** 02/29/1968 |
| **Facility:** | MCF | | **Date:** 08/26/2020 | **Time:** | 07:56:19 AM |

## SUBJECTIVE          If additional writing space is needed to elaborate, use page 4

**What condition(s) is to be addressed today?**

Hyperlipidemia

**1) ONSET:**   known to be

☐ Hypertensive since   08/26/2017    ☑ Dyslipidemic since:               ☐ Other Cardiac since   08/26/2017

**2) Current signs and symptoms:**

| | | | | |
|---|---|---|---|---|
| Headaches | ☐ No | ☉ Yes | Describe: | occasional |
| Dizziness | ☉ No | ☐ Yes | Describe: | |
| Blurred Vision | ☐ No | ☉ Yes | Describe: | occasional |
| Palpitations | ☉ No | ☐ Yes | Describe: | |
| Chest Pain | ☉ No | ☐ Yes | Describe: | |
| Dyspnea/SOB | ☐ No | ☐ Yes | Describe: | |
| Syncope | ☐ No | ☉ Yes | Describe: | vasovagal x 1 |
| Claudication | ☐ No | ☉ Yes | Describe: | after playing soccer |

☐ Wt. Gain    ☑ Wt. Loss of   2 lbs   lbs. # since   14 Aug

☑ Other (please describe)

☐ Denies All

Chest pain: Last episode date:   none    Frequency:           x per

Relieved by:   n/a    Exacerbated by:   n/a

Change in pattern:   ☐ Yes    ☐ No    NTG used since last visit?   ☐ No    ☐ Yes

Describe:

**3) CVD risk factors:**    (Check all that apply)

☐ Cigarette smoking    ☐ HTN or taking antihypertensive drugs    ☑ Family history CVD    ☐ Sedentary Lifestyle

☐ Obesity    ☐ Diabetes    ☑ Dyslipidemia    ☐ Age (Men>55, Women>65)    ☐ Chronic Kidney Disease

**4) PMH:**   ☐ None  ☐ Heart failure  ☐ Peripheral vascular disease    ☐ Retinopathy  ☑ Other   history of HTN

| | | | | |
|---|---|---|---|---|
| Signature: | Branch, Walter | Title: | MD | Date: 08/26/2020 |

Proprietary Information - Not For Distribution - Copyrighted - Property of CoreCivic/BOP Contract Facilities

BOP FAC DATE (FSC 11/20/15)

**Cardiac Chronic Care Clinic**                    13-6A1-BOP

5) Chronic diseases other than CVD:     Hyperlipidemia

6) Hospitalizations:     ◉ None     ○ Yes     Describe:

7) Lifestyle modification history:

Current Diet:     heart healthy

Exercise regimen:     cardio

8) Blood pressure flow sheet reviewed?     ◉ Yes     ○ No

## OBJECTIVE     If additional writing space is needed to elaborate, use page 4

9) Current Medications (include dose and frequency)     **It is unacceptable to document See MAR**

Atorvastatin 20 mg tablet at bedtime

Medication Allergies?     ◉ No     ○ Yes     , List

10) Vital Signs:     For hypertensive patients, 2 or more B/P measurements 2 minutes apart should be averaged. If the first two readings differ by 5 mm/Hg, additional measurements should be obtained and averaged.

Temp:     98.2          HR:     65          RR:     16          Today's weight:     170     BMI:     25.85

Previous weight:     173     # on (date)     8/14/20     ◉ prev. wt. measured     ○ prev. wt. estimated by patient

Waist Circumference:     32

| B/P#1 | 131/84 | (L) Sitting | B/P#1 | | (R) Sitting | B/P#1 | | Sitting |
| B/P#2 | 152/96 | (L) Sitting | B/P#2 | | (R) Sitting | B/P#2 | | Sitting |

11) General:     ◉ Normal     ○ Findings     Describe:

12) HEENT:     ◉ Normal     ○ Findings     Describe:

12a) Fundoscopic Exam (Date):     8/26/20     ○ Normal     ○ Abnormal findings

13) Skin:     ◉ Normal     ○ Findings     Describe:

14) Lungs:     ◉ Normal     ○ Findings     Describe:

15) Heart:     ◉ Normal     ○ Findings     Describe:

16) Abdomen:     ◉ Normal     ○ Findings     Describe:

17) Neurological:     ◉ Normal     ○ Findings     Describe:

18) Other:     ◉ Normal     ○ Findings     Describe:

19) Extremities:     ◉ Normal     ○ Findings     Describe:

20) Laboratory results:     from (date)     8/18/20     Total Cholesterol     207     LDL-C:

HDL-C:     147     UA:     normal     TG:     71     Creatinine:     1.08

21) EKG     (Date):     ◉ Normal     ○ Abnormal findings     8/14/20

Facility:     MCF

Inmate/Resident Name:     PHILIPPE, GUY          Inmate/Resident #:     09783-104-BOP

Signature     Branch, Walter          Title:     MD     Date:     08/26/2020

Proprietary Information - Not For Distribution - Copyrighted - Property of CoreCivic/BOP Contract Facilities          BOP FAC DATE (FSC 11/20/15)

**Cardiac Chronic Care Clinic**　　　　　　　　　　　　　　　　　　　　13-6A1-BOP

## ASSESSMENT　　(Check all that apply)　　If additional writing space is needed to elaborate, use page 4

22) Essential HTN　☐ CAD　☐ PVD　☑ Dyslipidemia　☐ Other Cardiac Disease: | borderline HTN |

23) Patient goal blood pressure　　**under 60 years of age:**　☐ BP at Goal　= SBP <140, DBP<90

　　　　　　　　　　　　　　　　　　　　☑ Patient not at goal

Patient goal blood pressure　　**60 and over**　☐ BP at Goal　= SBP <150, DBP<90

　　　　　　　　　　　　　　　　☐ **Patient not at goal**

24) Status:

☐ **Improved** -　BP and Lipid levels have improved or reached goal - since previous CCC visit

☐ **Unchanged** -　BP, Weight, Baseline Laboratory Values and/or Lipid Levels have not changed since previous CCC visit

☐ **Worsened** -　An increase in BP, Weight, Baseline Laboratory Values and/or Lipid Levels; non-adherence to treatment Plan and/or development of more acute symptoms since previous CCC visit.

## PLAN　If additional writing space is needed to elaborate, use page 4

25) **Diagnostic measures:**　　(indicate lab tests to be completed　**before**　next visit)

26) **Therapeutic measures:**　| Repeat BP in one month |

Change in medication.　| continue present medications |

Recommended Change in Diet:　| Heart healthy |

Recommended Exercise Regimen:　|　|

27) **Immunizations:**　| Already offered. Refused MMR, Pneumococcal, and TDAP. Refusal in chart. |

28) Education and Counseling

| | | | | | | |
|---|---|---|---|---|---|---|
| Sodium intake | ● Yes | ○ No | Diet | ● Yes | ○ No | |
| Medicine Compliance | ● Yes | ○ No | Smoking | ○ Yes | ○ No | |
| Exercise Program | ● Yes | ○ No | Weight Reduction | ○ Yes | ● No | |
| Lab Results | ● Yes | ○ No | | | | |
| Medication Changes/Tx. Plan | ○ Yes | ● No | | | | |
| Patient verbalizes understanding | ● Yes | ○ No | | | | |

29) **Return visit:**　○ 2 weeks　● 1 month　○ 3 months　○ 6 months　○ other: |　|

**B/P check**　every | | week for | | weeks　Every | | month for | | months

30) **Additional follow-up orders:**　☐ Annual Dilated Eye Exam　☐ Pneumovax　☐ Flu Shot

Facility: | MCF |

Inmate/Resident Name: | PHILIPPE, GUY |　Inmate/Resident#: | 09783-104 - BOP |

Signature: | Branch, Walter |　Title: | MD |　Date: | 08/26/2020 |

**Cardiac Chronic Care Clinic**                                        13-6A1-BOP

*Please use this page to comment on findings from previous pages*

## SUBJECTIVE      (Reference numbers 1-8)

see note

## OBJECTIVE      (Reference numbers 9-21)

see note

## ASSESSMENT      (Reference numbers 22-24)

see note

## PLAN      (Reference numbers 25-30)

see note

## EDUCATION

see note

| | | | | |
|---|---|---|---|---|
| Facility: | MCF | | | |
| Inmate/Resident Name: | PHILIPPE, GUY | | Inmate/Resident #: | 09783-104 - BOP |
| Signature: | Branch, Walter | Title: MD | Date: | 09/26/2020 |

Page 4 of 4          Proprietary Information - Not For Distribution - Copyrighted - Property of
                    CoreCivic/BOP Contract Facilities          BOP FAC DATE (FSC 11/20/15)

13-71A19

# HEADACHE

| Inmate Name: | PHILIPPE, GUY | | Inmate #: | 09783-104 - DOB | DOB: | 02/29/1968 |
|---|---|---|---|---|---|---|
| Facility Name: | MCRAE CORRECTIONAL | | Date: | 08/18/2020 | Time: | 04:49:58 PM |

*ATTENTION: IF A PROFESSIONAL JUDGMENT IS REQUIRED BEYOND YOUR SCOPE OF PRACTICE SET FORTH BY THE NURSING PRACTICE ACT OF YOUR STATE OR YOU HAVE QUESTIONS ABOUT HOW TO PROCEED, YOU MUST CONSULT WITH A HIGHER DISCIPLINE*

## SUBJECTIVE (Check all that apply)

**\*\*NOTE:  If patient presents with a headache and has any change in neurological status utilize NEUROLOGICAL STATUS CHANGES Protocol and notify LIP immediately.**

**CALL 9-1-1 FOR ALTERED STATES OF CONSCIOUSNESS or IF PATIENT/INMATE IS UNRESPONSIVE.**
NOTIFY SHIFT SUPERVISOR OR DESIGNEE, PENDING ARRIVAL OF EMS.

*In cases of emergency call EMS - document all findings for an emergency on the Emergency Flowsheet 13-34A1*

1) Chief Complaint: (in patients own words)

> I JUST HAVE A HEADACHE SOMETIMES

2) Onset of Symptoms:   2   ○ hour(s)  ○ day(s)  ○ week(s)  ⦿ month(s)
   ○ other:
   ⦿ New   ○ Recurrent   ○ Chronic

3) Are you allergic to anything (e.g. medications, bee stings)?   ⦿ No   ○ Yes
   If yes, describe:

4) Location of Pain:  describe   HEAD                                **(document on anatomical form)**

5) Do you have history of the following?  ☐ migranes  ☐ hypertension  ☐ sinus problems
   ⌐ glasses  ⌐ contacts  ⌐ recent trauma  ☐ visual problems  ☐ diabetes
   ☐ other:

6) What type of pain do you have?  ☐ sharp  ☐ intermittent  ☐ dull  ☐ constant  ☐ throbbing  ☐ pressure
   ☑ pain: on scale (1-10)   5
   ☑ location of pain   HEAD           duration   30 MINS         frequency   2 DAYS X WEEK
   ☐ recent changes/increase in frequency and/or duration of headache- describe:

7) Are you experiencing any of the following?  ☐ nausea/vomiting  ☐ drowsiness  ⌐ confusion
   ⌐ dizziness  ⌐ extremity weakness  ⌐ fever/chills  ☐ visual changes  ☐ stiff neck
   ☐ light sensitivity  ☐ recent dental procedure  ☐ partial paralysis  ☐ difficulty speaking  ☐ seizures
   ☐ other:

**Does anything make the pain:**   ☐ better - describe
                                   ☐ worse - describe

SUBJECTIVE FINDINGS (continued):
**FINDINGS REQUIRING IMMEDIATE CONSULTATION WITH LICENSED INDEPENDENT PROVIDER (LIP):**

⌐ Recent trauma; seizures; change in neurological status; acute visual changes; any evidence of neurological findings (i.e. paralysis, facial drooping, slurred speech. etc.); stiff neck; nausea/vomiting; severe pain; diabetic; dental pain; reports of increasing headache intensity/frequency

| Signature: | Moring, Karisia | | Title: | LPN | Date: | 08/18/2020 | Time: | 04:49:58 PM |
|---|---|---|---|---|---|---|---|---|

Page 1 of 4          Proprietary Information - Not For Distribution - Copyrighted - Property of CoreCivic          04/04/18

## HEADACHE continued:

13-71A19

**OBJECTIVE (Check all that apply. Use space below for additional comments)**

8) Vital Signs:  B/P: `137/81`   Pulse: `77`   Respirations: `18`   Temperature: `96.8`
   Ht: `5'8`   Wt: `170`

9) Is patient able to touch chin to chest with mouth closed?   ( Yes
   ( No, If not notify infectious disease nurse/LIP immediately

10) Exam:
   ☐ bruising: describe
   ☐ tenderness - location
   ☐ broken skin: describe
   ☐ other:
   ☐ raccoon eyes
   ☐ bleeding/blood in ear canal
   ☐ vomiting

11) Facial symmetry:   ( Yes   ( No, describe,
    Facial paralysis:   ( Yes   ( No - describe,

12) Affect:   ☑ awake   ☑ alert   ☐ lethargic/drowsiness   ☐ confused   ☐ irritable/agitated   ☐ flat
    ☐ other

13) Orientation:   ☑ person   ☑ place   ☑ time

14) Pupils:   ☑ equal   ☐ unequal   ☐ reactive   ☐ unreactive   ☐ pinpoint

15) Coordination:   ☐ abnormal gait   ☐ muscle spasms
    ☐ unable to move all extremities, list

16) Is patient being followed in Chronic Care?   ( No   ( Yes
    If yes, list:  `LIPIDS`

17) Has the patient been seen previously at sick call for this complaint?   ( No   ( Yes
    If yes, list date(s):

    **(Note: if the patient has been seen two or more times for this same complaint, referral to an LIP is necessary)**

18) Current Medications:   ☑ Reviewed with patient ·   ( no issues
    ( issues

OBJECTIVE FINDINGS (continued):

**FINDINGS REQUIRING IMMEDIATE CONSULTATION WITH LICENSED INDEPENDENT PROVIDER (LIP)/RN:**
☐ Temp < 96F or > 101F   |   Resp < 14 or > 24   |   Pulse < 50 or > 110   |   BP: sys < 90 or > 160 / dia > 100
☐ Any abnormalities noted in objective section # 9 - 18

---

If LPN instructed to follow nursing intervention plan of care, consulted with: Name
Title:

**Medical Provider /RN Notified Date:**   Time:

**Emergency department notification time:**   Transport time:

**Inmate Name:** `PHILIPPE, GUY`   **Inmate #:** `09783-104 - BOP`   **DOB:** `02/29/1968`

**Signature:** `Moring, Karisia`   **Title:** `LPN`   **Date:** `08/18/2020`   **Time:** `04:49:58 PM`

**HEADACHE (continued):**

13-71A19

**ASSESSMENT:**

EXPLAIN ASSESSMENT DECISION RELATED TO CLINICAL FINDINGS, TO INCLUDE PHYSICAL ASSESSMENT:

ALTERATION IN COMFORT

**Findings requiring immediate consultation with Licensed Independent Provider (LIP)**

⏐ Recent trauma; seizures; change in neurological status; acute visual changes; any evidence of neurological findings (i.e. paralysis, facial drooping slurred speech, etc.); stiff neck; nausea/vomiting; severe pain; diabetic; dental pain; reports of increasing headache intensity/frequency.

☐ Temp < 96F or > 101F  ⏐  Resp. < 14 or > 24  ⏐  Pulse < 50 or > 110  ⏐  BP: sys < 90 or > 160 / dia > 100

☐ Any abnormalities noted in objective section # 9 - 18

**Findings requiring urgent consultation with Licensed Independent Provider (LIP)**

☐ Headache associated with fever OR constant headache > 12 hours unrelieved with OTC treatment; positional headaches

**Findings requiring routine consultation with Licensed Independent Provider (LIP)**

☐ Uncomplicated headaches increasing in frequency/severity and not relieved by nursing protocol intervention

**PLAN:**

☐ Consulted with: Name [M . JACKSON]                    Title: [MD]

☐ Orders received -        ○ No    ○ Yes

    If yes, list [                                                    ]

☐ Cool compresses to head and/or neck or warm showers

☑ Disposition -

    ○ Emergent referral (immediately)     ○ Urgent referral (within 24 hours)     ○ Routine referral (within 2 - 14 days)

    ☐ Scheduled with Provider: Name [                    ]     **Title:** [            ]

    ☑ Return to clinic if symptoms worsen          ☐ None

☑ Patient Education -

    ☑ Instructed on factors that trigger headaches, stress reduction techniques

    ☑ Follow-up sick call if no improvement, within 4 days.

    ☑ Inmate verbalizes understanding of instructions.

[                                                            ]

☑ OTC Medication(s) [name, dose, route, frequency, duration]:

    ☐ **Tylenol 325 mg** -    2 tablets by mouth every 4 - 6 hours as needed x 4 days

    ☑ **Motrin (Ibuprofen) 200 mg** -    2 tablets by mouth three times a day as needed x 4 days

    ☐ **Other:** [                                                ]

**PLAN (continued)**

[                                                            ]

**Signature:** [Moring, Karisia]          **Title:** [LPN]     **Date:** [08/18/2020]     **Time:** [04:49:58 PM]

Proprietary Information - Not For Distribution - Copyrighted - Property of CoreCivic

04/04/18

13-71A19

**SUBJECTIVE**

**OBJECTIVE**

**ASSESSMENT**

**PLAN**

| Inmate Name: | PHILIPPE, GUY | | Inmate #: | 09783-104 | DOB: | 02/29/1969 |
|---|---|---|---|---|---|---|
| Signature: | Monng, Karisia | Title: LPN | Date: 08/18/2020 | Time: | 04 49 58 PM | |

Page 4 of 4          Proprietary Information - Not For Distribution - Copyrighted - Property of CoreCivic          04/04/18

**Inmate Condensed Chart Report**

| | | | |
|---|---|---|---|
| **Name:** | PHILIPPE, GUY | **DOB:** | 02/29/1968 |
| **MRN:** | 5755670 | **Sex:** | M |
| **Agency#:** | 09783-104 - BOP | | |

## PROGRESS NOTES

**8/19/20  7:44 am**

Dental Note                          **Owner:**    Mizell, Griffin

### Current Meds

Subjective
Intake exam,inmate received 8/7/2020
Objective
Reviewed medical and health history.Caries,missing teeth,and restorations charted.
Assessment
Intake exam,health history update
Plan
Information to access care discucced
Education
Oral health instructions

### Signature

Electronically signed by : Griffin  Mizell  DDS; 08/19/2020 8:44 AM EST; Author

# Dental Examination

13-139

| | | |
|---|---|---|
| Inmate/Resident Name | PHILIPPE, GUY | |
| Inmate/Resident # | 09783-104 - BOP | |
| Date of Birth | 02/29/1968 | Race / Sex |
| Facility | MCF | |

**Type of Examination:**   Initial ⦿   Periodic ○   Date 08/19/2020

**Existing Conditions:**

Missing Teeth: 1 ☐ 2 ☐ 3 ☑ 4 ☐ 5 ☐ 6 ☐ 7 ☐ 8 ☐ 9 ☐ 10 ☐ 11 ☐ 12 ☐ 13 ☐ 14 ☐ 15 ☐ 16 ☐
(check all that apply) 32 ☑ 31 ☐ 30 ☐ 29 ☐ 28 ☐ 27 ☐ 26 ☐ 25 ☐ 24 ☐ 23 ☐ 22 ☐ 21 ☐ 20 ☐ 19 ☐ 18 ☐ 17 ☑

Existing Restorations: 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ 7 ☐ 8 ☐ 9 ☐ 10 ☐ 11 ☐ 12 ☐ 13 ☐ 14 ☐ 15 ☐ 16 ☐
(check all that apply) 32 ☐ 31 ☐ 30 ☐ 29 ☐ 28 ☐ 27 ☐ 26 ☐ 25 ☐ 24 ☐ 23 ☐ 22 ☐ 21 ☐ 20 ☐ 19 ☐ 18 ☐ 17 ☐

Dental Prosthesis Present:   (choose one)   F/F ○   P/P ○

Calculus/Deposits:   (choose one)   None ○   Slight ⦿   Moderate ○   Heavy ○

Gingiva   (choose one)   Normal ○   Inflamed ⦿   Highly Inflamed ○

Masticating Efficiency:   Good ⦿   Fair ○   Poor ○

## Head and Neck Exam:

| | Normal | Abnormal | Comments |
|---|---|---|---|
| Pharnyx | ☑ | ☐ | |
| Soft Palate | ☑ | ☐ | |
| Hard Palate | ☑ | ☐ | |
| Lips | ☑ | ☐ | |
| Tongue | ☑ | ☐ | |
| Floor of the Mouth | ☑ | ☐ | |
| Neck/Thyroid/Nodes | ☑ | ☐ | |
| TMJ | ☑ | ☐ | |
| Salivary Glands | ☑ | ☐ | |

**Signature of Dentist**   Mizell, Griffin     **Title** DDS

     Proprietary Information - Not For Distribution - Copyrighted - Property of CoreCivic     12/08/10

## Dental Examination

13-13B

| | |
|---|---|
| Inmate/Resident Name | PHILIPPE, GUY |
| Inmate/Resident # | 09783-104 - BOP |
| Date of Birth | 02/29/1968 |
| Facility/ | MCF |

Race / Sex

**Diseases and Abnormalities:**

Extractions Indicated:

(check all that apply)

1 ☐  2 ☐  3 ☐  4 ☐  5 ☐  6 ☐  7 ☐  8 ☐  9 ☐  10 ☐  11 ☐  12 ☐  13 ☐  14 ☐  15 ☐  16 ☐

32 ☐  31 ☐  30 ☐  29 ☐  28 ☐  27 ☐  26 ☐  25 ☐  24 ☐  23 ☐  22 ☐  21 ☐  20 ☐  19 ☐  18 ☐  17 ☐

Restorations Indicated:

(check all that apply)

1 ☐  2 ☐  3 ☐  4 ☐  5 ☐  6 ☐  7 ☐  8 ☐  9 ☐  10 ☐  11 ☐  12 ☐  13 ☐  14 ☐  15 ☐  16 ☐

32 ☐  31 ☐  30 ☐  29 ☐  28 ☐  27 ☐  26 ☐  25 ☐  24 ☐  23 ☐  22 ☐  21 ☐  20 ☐  19 ☐  18 ☐  17 ☐

Remarks:

**Dental Priority:**   1 ☐   2 ☐   3 ☑   4 ☐   *(see 13-13 for priority definitions)*

**Signature of Dentist**  Mizell, Griffin    **Title** DDS

        Proprietary Information - Not For Distribution - Copyrighted - Property of CoreCivic        12/08/10

13-13A

# Dental Patient Medical History

Inmate/Resident Name _Guy Philippe_

Race _Black_ ___ Sex _M_ __ Date of Birth _02 - 29 - 68_

Inmate/Resident # _09783.104_

Facility _McRae Correctional Facility_

Date _8 - 10 - 2020_

| Circle Yes or No for the following questions. If yes, please give details. | | |
|---|---|---|
| 1. Are you in good health? | YES | NO |
| 2. Has there been any change in your general health within the past year? | YES | NO |
| 3. Are you under any medical care? | YES | NO |
| 4. Have you had any serious illnesses or operations? If so, what was the problem? | YES | NO |
| 5. Are you taking any medicines or drugs (including over the counter drugs)? | YES | NO |
| 6. Are you allergic to any medicine or materials? | YES | NO |
| 7. Have you ever had a reaction to local anesthetic? | YES | NO |
| 8. Have you had any complication or illness following dental treatment? | YES | NO |
| 9. Women: Are you pregnant?  Circle Trimester 1   2   3 | YES | NO |

10. Please draw a circle around any of the following that you have had in the past or presently have.

| | | | |
|---|---|---|---|
| Rheumatic fever | Liver disease | Diabetes | Genital warts |
| Heart disease or condition | Jaundice (other than birth) | Stomach Ulcers | Psychiatric treatment |
| Heart Murmur | Hepatitis | Kidney trouble | Cancer |
| Artificial Heart Valves | History of IV drug abuse | Fainting or dizzy spells | Radiation Therapy |
| High Blood Pressure | Asthma | Epilepsy or seizures | Chemotherapy |
| Swollen ankles | Hay fever | HIV positive | Blood transfusion |
| Frequent chest pain | Emphysema | AIDS or AIDS-related complex | Sickle Cell Disease |
| Shortness of Breath | Tuberculosis (TB) | Venereal Disease (syphilis, | Hemophilia |
| Prosthetic (artificial) joint | Arthritis | gonorrhea, venereal warts) | Bruise easily |

Signature of Patient _E Philippe_ ___ Date _8 - 10 - 2020_

Dentist's Comments _____

Signature of Dentist _____  Griffin E. Mizell Jr. DDS  Date _8-11-20_
                                        McRae Correctional Facility

UPDATE:
Health Changes/Current Medications _____

Signature of Dentist _____  Date _____

12/08/10

Proprietary Information – Not For Distribution – Copyrighted - Property of CoreCivic

13-13C

# Dental Treatment Plan



| | PSR | |
|---|---|---|
| S1 | S2 | S3 |
| S4 | S5 | S6 |

**Circle one**

| | | | |
|---|---|---|---|
| Gingiva: | Normal | Inflamed | Highly inflamed |
| Deposits: | Slight | Moderate | Heavy |
| Stain: | Slight | Moderate | Heavy |
| Prosthesis Present: | | F / F | P / P |
| Prosthesis Needed: | _____ | | |

| Tooth # | Treatment Planned | Date Completed |
|---|---|---|
| | Cleaning | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| Head and Neck Exam | Normal | Abnormal | Comments |
|---|---|---|---|
| Lips | ✓ | | |
| Commissures | ✓ | | |
| Buccal Mucosa | ✓ | | |
| Pharynx | ✓ | | |
| Soft Palate | ✓ | | |
| Hard Palate | ✓ | | |
| Tongue | ✓ | | |
| Floor of Mouth | ✓ | | |
| TMJ | ✓ | | |
| Neck Nodes | ✓ | | |

COMMENTS: _____
_____
_____
_____

Signature of Dentist: _____

Date: 8·11·20

Griffin E. Mizell Jr. DDS
McRae Correctional Facility

### Legend

Amalgam: Outline and block in solidly with black/blue
Composite/Glass Ionomer: Outline in black or blue
Gold: Outline and inscribe horizontal parallel lines in black/blue
Root Canal Filling: Outline each canal filled and block in solidly
Missing teeth: Black/blue "X" on the root(s) of each tooth
Extraction indicated: 2 red parallel vertical lines through tooth
Unerupted tooth: Outline tooth with a single oval
Caries: Outline and block in solidly in Red
Radiolucency: Outline size, location, and form in black/blue

Inmate/Resident Name: **Philippe, Guy**
Inmate/Resident #: **09783-104**      R/S: _____
Race: _____      Sex: **Male**
Date of Birth: **2/29/1968**
Facility: **McRae Correctional Facility**

Proprietary Information – Not For Distribution – Copyrighted - Property of CoreCivic

12/08/10

**Inmate Condensed Chart Report**

| | | | |
|---|---|---|---|
| **Name:** | PHILIPPE, GUY | **DOB:** | 02/29/1968 |
| **MRN:** | 5755670 | **Sex:** | M |
| **Agency#:** | 09783-104 - BOP | | |

## PROGRESS NOTES

8/7/20  7:12 am

**MH Intake File Review**                         **Owner:**    West, John

**Notes**
Mental Health Intake File Review completed

**Signature**
Electronically signed by : John  West  MHS; 08/07/2020 8:12 AM EST; Author

## Comprehensive Mental Health Evaluation

13-51A

| | |
|---|---|
| **Facility:** MCA | **Inmate/Resident #:** 09783-104 - BOP |
| **Inmate/Resident Name:** PHILIPPE, GUY | **Date of Birth:** 02/29/1968 |
| **Type of Evaluation:** | **Date of Evaluation:** 08/10/2020 |

Type of Evaluation:
- (•) Admission/Mental Health Intake
- ( ) Other (specify) [_____]
- ( ) Segregation Review:  ☐ 30 day  ☐ 90 day

**Note:**   Complete Section 1 and 2 below for Admissions.   Complete Section 2 for all other instances.

## SECTION 1: MENTAL HEALTH HISTORY

( ) Yes (•) No   History of Psychiatric hospitalization and/or outpatient psychiatric treatment. Describe:

( ) Yes (•) No   History of cerebral trauma or seizures. Describe:

( ) Yes (•) No   History of prescribed psychotropic medication. List:

( ) Yes (•) No   History of suicide attempts or suicidal ideation. Describe:

( ) Yes (•) No   History of drug or alcohol abuse and/or dependence. Describe:

( ) Yes (•) No   History of drug or alcohol treatment. Describe:

( ) Yes (•) No   History of placement in special education programs. Describe:

( ) Yes (•) No   History of sex offense. Describe:

( ) Yes (•) No   History of victimization due to criminal violence. Describe:

( ) Yes (•) No   History of expressively violent behavior (interpersonal violence with the goal of injuring another person). Describe:
Record says no but actively involved in a coup in Haiti

( ) Yes (•) No   Abnormal emotional response to previous or current incarceration. Describe:

## SECTION 2: MENTAL STATUS

(•) Yes ( ) No   Oriented x 4, (person, place, time, and circumstance).

(•) Yes ( ) No   Affect and mood within normal limits.

(•) Yes ( ) No   Speech normal in tone and structure, goal directed.

( ) Yes (•) No   Endorses suicidal ideation (if present describe)

( ) Yes (•) No   Self Harming plans and intentions are present (describe)

( ) Yes (•) No   Endorses violent/homicidal ideation (describe)

( ) Yes (•) No   Plans and intentions for violence are present (describe)

( ) Yes (•) No   Endorses auditory, visual, or other hallucinations.

( ) Yes (•) No   Expresses delusional thought content.

(•) Yes ( ) No   Expressed thought content orderly and goal directed.

( ) Yes (•) No   Judgment and insight are impaired.

(•) Yes ( ) No   Intellect is estimated to be average or above.

( ) Yes (•) No   Unusual number or type of stressors present. Describe:

( ) Yes (•) No   Currently prescribed psychotropic medication. List

( ) Yes ( ) No   Compliant with medication, if applicable.   N/A

**Impressions:** Stable with no complaints. Denies need for MH services. Releases 9/6/24.

**Level of Care:** ☑ I   ☐ II   ☐ III   ☐ IV

**Actions taken:** How to contact MH if needed

| **QMHP Signature:** Heyer, Thomas | **Title:** PsyD | **Date:** 08/10/2020 |
|---|---|---|

Page 1 of 2

Proprietary Information - Not For Distribution - Copyrighted - Property of CoreCivic   05/23/11

**Comprehensive Mental Health Evaluation continued:**

13-61A

Does the inmate state or appear to be intoxicated or withdrawing from drugs or alcohol? No

Suicide Potential: Low

Potential Risk of violence: Low

Circumstance/event that would reasonably be expected to increase potential of suicide/violence: Same as any incarcerated individual

Special recommendations for housing: None

Follow-up through Mental Health Services: No

Add to MH Watch List: No

PREA referral: No

| | | | | | |
|---|---|---|---|---|---|
| **Inmate Name:** | PHILIPPE, GUY | **Inmate #:** | 09783-104 - BOP | **DOB:** | 02/29/1968 |
| **Signature:** | Heyer, Thomas | **Title:** PsyD | **Date:** 08/10/2020 | **Time:** | 04:13:06 PM |

   Proprietary Information - Not For Distribution - Copyrighted - Property of CoreCivic   05/23/11



McRae Correctional Facility

**TO:**       Inmate Philippe, Guy Reg. No. 09783-104 (K02-118U)

**FROM:**     Stacey N. Stone, Warden

**SUBJECT:**  Request for Compassionate Release-CR # 158

**DATE:**     November 17, 2020

---

This memorandum is in response to the request that you receive a Compassionate Release/Reduction in Sentence.

Request for a Compassionate Release/Reduction in Sentence is governed by BOP Program Statement 5050.50. There are 11 factors listed that staff are to consider when evaluating an inmate's eligibility for Compassionate Release/Reduction in Sentence. The 11 factors include the following: unresolved detainers, supervised release violations, length of sentence and amount of time served (This factor has respect to proximity to release date of Residential Reentry Center or Home Confinement), inmate's release plans, inmate's current age and disciplinary history.

After reviewing BOP Program Statement 5050.50 (Compassionate Release/ Reduction in Sentence) and the factors that are to be considered when evaluating a request, I find the following:
- You are 52 years old.
- Your medical status is Care Level 1- Healthy/Simple Care.
- You were sentenced on June 21, 2017, for Conspiracy to launder monetary instruments.
- You are serving a sentence of 108-months. To date you have only served 42.9% of your full term or 50.3% of your statutory sentence (GCT).
- Your release date, via GCT, is September 06, 2024.
- During your period of incarceration you have received the following incident report:
  o July 18, 2019 -Code 328- Giving/accepting money without authorization.
- You have not provided a verifiable release plan.

Additional information derived from your Presentence Investigation revealed that the Drug Enforcement Administration (DEA) has an outstanding warrant for your arrest. This warrant stemmed from the deadly attack on a Haitian police headquarters and issued by the Haitian government. Furthermore, you are not currently experiencing any deteriorating mental or physical health that substantially diminishes your ability to function in a correctional setting.

After evaluating your record based on the factors listed in BOP Program Statement 5050.50, I find that you do not meet the criteria to be considered for a Compassionate Release/Reduction in Sentence. As such, your request is denied. In the event you wish to further the appeal process, I am including a BP 230 (10) Administrative Remedy form and instruction sheet. As always, your Unit Team will assist you if you require further procedural guidance.

SNS/cl

*CONFIDENTIAL MATERIAL – Sensitive But Unclassified*



**PRIORITY MAIL**

UNITED STATES POSTAL SERVICE ®
VISIT US AT USPS.COM ®
ORDER FREE SUPPLIES ONLINE

FROM: Guy Philippe #09783-104
Mc Rae Correctional Facility
P.O. Drawer 55030
Mc Rae-Helena, GA 31055

TO: Clerk of the Court
400 N. Miami Ave
Room 8
Miami, Fl 33128

FOR DOMESTIC AND INTERNATIONAL USE

Label 228, March 2016

TRACKED* ★ ★ ★ INSURED* ★

PRIORITY®
MAIL ★

TE ENVELOPE
r ANY WEIGHT*

McRae Correctional Facility
McRae, Georgia  31055

The enclosed letter was processed through mailing
procedures for forwarding to you.  The letter has
has neither been opened nor inspected.
If the writer raises questions or problems over
which this facility has jurisdiction, you may wish to
return the material for further information or
clarification. If the writer encloses correspondence
for forwarding to another addressee, please
return this enclosure to the above address.

DATE 11-30-20 STAFF SIC

UNITED STATES
POSTAL SERVICE®

EP14F July 2013
OD: 12.5 x 9.5

