UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-20874-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,

vs.

**GUY PHILIPPE**,

    Defendant.

_____/

<u>**ORDER**</u>

**THIS CAUSE** is before the Court on Defendant, Guy Philippe's Emergency Motion Asking for Compassionate Release (Reduction in Sentence – RIS) pursuant to 18 U.S.C. 3582(C)(1)(A) … Appoint Court Appointment/Public Defender Counselor … [ECF No. 78]. Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion to Appoint Counsel is **DENIED**.

2. The Government shall file a response to the Motion for Compassionate Release within the time permitted by the rules.

**DONE AND ORDERED** in Miami, Florida, this 10th day of December, 2020.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record
        Defendant, *pro se*