UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 05-20874-CR-ALTONAGA

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**GUY PHILIPPE**,

    Defendant.
_____/

**ORDER**

**THIS CAUSE** came before the Court on Defendant's Motion for Reduced Sentence Based Eligibility [sic] Safety Valve Pursuant to the First Step Act [ECF No. 82]. On October 30, 2022, the Government filed its Response [ECF No. 84]. Following notification of Defendant's change of address (*see* Notice [ECF No. 85]), the Clerk mailed Defendant a copy of the Government's Response (*see* Notice [ECF No. 86]) on November 7, 2022. To date, Defendant has not filed a reply nor requested additional time to do so.

The Court adopts the well-reasoned analysis supplied by the Government in its Response. Defendant fails to demonstrate any eligibility for resentencing, as the First Step Act's expansion of the safety valve provision in Section 402 does not apply to him or his offense of conviction — money laundering. (*See* Resp. 4–6). Second, the Court previously considered the factors in 18 U.S.C. section 3553(a) in denying Defendant a compassionate release. (*See* Jan. 5, 2021 Order [ECF No. 81] 2–3). Reconsideration of that decision is unwarranted on the basis that Defendant has engaged in post sentencing rehabilitative efforts. (*See* Mot. 7).

Being fully advised, it is

CASE NO. 05-20874-CR-ALTONAGA

**ORDERED AND ADJUDGED** that the Motion for Reduced Sentence Based Eligibility [sic] Safety Valve Pursuant to the First Step Act **[ECF No. 82]** is **DENIED**.

**DONE AND ORDERED** in Miami, Florida, this 21st day of November, 2022.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record